ERNEST EDWARD DYKES
CDC # J-90300
San Quentin State Prison
San Quentin, CA  94974

In Propria Persona



E-filing

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CV 11 4454

| ERNEST EDWARD DYKES, | Case No.: |
|---|---|
| Petitioner, | **DEATH PENALTY CASE** |
| v. | [EXECUTION IMMINENT (Execution Date: _____)] |
| Robert L. Ayers, Warden of California State Prison at San Quentin, | REQUEST BY PRISONER FOR APPOINTMENT OF COUNSEL IN CALIFORNIA DEATH SENTENCE CASE AND FOR STAY OF EXECUTION OF DEATH SENTENCE |
| Respondent | |

    Pursuant to Local Rule 2254-23(b), Petitioner Ernest Edward Dykes, request that this Court appoint qualified counsel to represent me in federal habeas corpus proceedings that will be initiated on my behalf to seek relief from the judgment of conviction and sentence of death imposed against me by the Alameda County Superior Court.

    Pursuant to Local Rule 2254-24(a), in order to permit the appointment of counsel, and the preparation, filing and adjudication of a federal habeas corpus petition on my behalf, I further request that the Court stay execution of my sentence, and all court and other proceedings related to execution cf that sentence, including

1 | preparations for the execution and the setting of an execution date,
2 | until final disposition in this Court of the petition to be filed on
3 | my behalf.
4 |     This request is based on my attached declaration.

DATED: 9/6/2011, ~~2010~~      Respectfully submitted,

X _____
    ERNEST EDWARD DYKES

REQ. FOR APPTMT OF COUNSEL
& FOR STAY OF EXECUTION