

E-filing

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNEST EDWARD DYKES,<br><br>　　　　Petitioner,<br><br>v.<br><br>Robert L. Ayers, Warden of California State Prison at San Quentin,<br><br>　　　　Respondent | Case No.:<br>**DEATH PENALTY CASE**<br><br>**CV 11 4454**<br><br>[PROPOSED] ORDER STAYING DEATH SENTENCE AND REFERRING THE MATTER TO THE SELECTION BOARD FOR SUGGESTION OF APPOINTED COUNSEL |

　　Upon request of petitioner, and pursuant to Local Rules 2254-25 (a), (b) and (c),

　　IT IS HEREBY ORDERED that the execution of petitioner's sentence of death, and all court and other proceedings related to the execution of that sentence, including preparation for execution and the setting of an execution date, are stayed until final disposition in this Court of the federal habeas corpus petition to be filed on petitioner's behalf.

　　IT IS FURTHER ORDERED, that this matter be referred to the Selection Board for the United States District Court, Northern

District of California, for suggestion of one or more counsel to be appointed to represent petitioner in these proceedings.

The Clerk of the Court shall give immediate telephonic notice to respondent, Robert L. Ayers (or his successor), Warden of San Quentin, that petitioner's execution is stayed by order of this Court. The Clerk shall also serve a certified copy of this order on petitioner; respondent, Michael Martel (or his successor), Warden of San Quentin Prison; the Clerk of the Alameda County Superior Court; Eric Share, Supervising Deputy Attorney General of the State of California; District Attorney of Alameda County; and Michael G. Millman, Executive Director of the California Appellate Project, San Francisco.

DATED: _____    _____
                                  UNITED STATES DISTRICT JUDGE

SUBMITTED BY:

_[signature]_
Tim Brosnan, Cal. Bar No. 75938
Attorney at Law
1116 Guerrero Street
San Francisco, CA 94110
415 285-5417

On behalf of Petitioner
ERNEST EDWARD DYKES

DECLARATION OF SERVICE BY MAIL

RE:   Dykes *vs.* *(San Quentin Warden)*, Case No.:_____

I, Tim Brosnan, declare that I am over 18 years of age and not a party to the within cause; my business address is 1116 Guerrero Street, San Francisco, CA 94110. I served a true copy of the attached

- REQUEST BY PRISONER FOR APPOINTMENT OF COUNSEL IN CALIFORNIA DEATH SENTENCE CASE AND FOR STAY OF EXECUTION OF DEATH SENTENCE
- DECLARATION IN SUPPORT OF REQUEST BY PRISONER FOR APPOINTMENT OF COUNSEL
- [PROPOSED] ORDER STAYING DEATH SENTENCE AND REFERRING THE MATTER TO THE SELECTION BOARD FOR SUGGESTION OF APPOINTED COUNSEL

on each of the following, by placing same in an envelope (or envelopes) addressed (respectively) as follows:

(See attached list)

Enclosed said envelope was then, on September 6, 2011, sealed and deposited in the United States Mail at San Francisco, California, the county in which I am employed, with the postage thereon fully prepaid.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 6, 2011, at San Francisco, California.

_____
Tim Brosnan

PROOF OF SERVICE

**SERVICE LIST**

Clerk of the Court
Alameda County Superior Court
Wiley M Manuel Courthouse
661 Washington Street
Oakland, CA 94607

Robert L. Ayers (OR Acting Warden)
Warden
San Quentin State Prison
San Quentin, CA  94964

ERNEST EDWARD DYKES
CDC# J-90300
San Quentin State Prison
San Quentin, CA  94974

Steven S. Lubliner
Attorney at Law
P.O. Box 750639
Petaluma, CA 94975-0639

Karen L. Landau
Attorney At Law
2626 Harrison Street
Oakland, CA  94610 94612

Michael G. Millman
California Appellate Project
101 Second Street, Suite 600
San Francisco, CA  94105

Alameda County District Attorney
1225 Fallon Street, Room 900
Oakland, CA 94612

Eric Share, Supervising Deputy Attorney General

455 Golden Gate Ave., Suite 11000

San Francisco, CA  94102-3658

PROOF OF SERVICE