

1 | ERNEST EDWARD DYKES
CDC# J-90300
2 | San Quentin State Prison
San Quentin, CA  94974
3

4 | In Propria Persona

5

6 | # E-filing

7

8 | IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

10

11 | ERNEST EDWARD DYKES,                )    Case No.:  **11  4454**
                                    )
12 |          Petitioner,              )    **DEATH PENALTY CASE**
                                    )
13 | v.                                 )    [EXECUTION IMMINENT
                                    )    (Execution Date: _____)]
14 | Robert L. Ayers, Warden of         )
California State Prison at          )    DECLARATION IN SUPPORT OF REQUEST
15 | San Quentin,                       )    BY PRISONER FOR APPOINTMENT OF
                                    )    COUNSEL IN CALIFORNIA DEATH
16 |          Respondent               )    SENTENCE CASE AND FOR STAY OF
                                    )    EXECUTION OF DEATH SENTENCE
17 | _____  )

18

19 |    I, ERNEST EDWARD DYKES, in support of my request that this Court

20 | appoint counsel to represent me in federal habeas corpus proceedings

21 | that will be initiated on my behalf, and stay execution of my death

22 | sentence, declare under penalty of perjury:

23 |    1. I was convicted and sentenced to death on December 22, 1995,

24 | in the Alameda County Superior Court, State of California, Criminal

25 | Case No. 118376.  I am incarcerated at San Quentin Prison, San

26 | Quentin, California.

27 |    2.   My conviction and death sentence were affirmed on direct

28 | appeal by the California Supreme Court on June 15, 2009.  People v.

1  Dykes, 46 Cal.4th 731 (2009).  On  November 9, 2009, I filed a
2  petition for writ of certiorari in the United States Supreme Court
3  (Supreme Court No. 09-7563).  The United States Supreme Court denied
4  the petition for writ of certiorari on January 11, 2010.

5      3.  On July 6, 2004, I filed a petition for writ of habeas
6  corpus in the California Supreme Court.  That petition is pending.  I
7  am preparing a request for counsel now in anticipation that the
8  California Supreme Court may deny the petition, thereby causing the
9  limited time to seek federal review to begin running.

10     4.  I intend to file a petition for writ of habeas corpus in
11 this Court, alleging federal constitutional errors that entitle me to
12 relief from the judgment of conviction and sentence of death.  I need
13 the assistance of counsel in preparing and litigating this petition.

14     5.  The attorneys who represented me in state court appellate
15 and post-conviction proceedings, Karen L. Landau, 2626 Harrison St.,
16 Oakland, 94611 (510) 839-9230 x 14 (direct appeal) and Steven
17 Lubliner, P.O. Box 750639, Petaluma, CA have advised me that they are
18 not available to represent me in these federal habeas corpus
19 proceedings.

20     6.  I am indigent and do not have the assets to retain an
21 attorney to represent me in these proceedings.

22     7.  I have not previously sought habeas corpus relief arising
23 out of this matter from this Court or any other federal court.

DATED: 9/6/2011

X _____
   ERNEST EDWARD DYKES