Ernest Dykes, J-90300
San Quentin State Prison
San Quentin, CA 94974

11-4454

November 9, 2011

Hon. Susan Illston
U.S. District Court
450 Golden Gate Ave.
San Francisco, CA 94102


FILED
DEC X 1 2011

Re:  California v. Dykes, Capital Habeas

Dear Judge Illston:

    I am incarcerated on California's death row.  The California Supreme Court has denied my state petition for writ of habeas corpus.  My state court appellate attorney filed a motion for appointment of counsel on my behalf.  I understand that this motion was filed in early September, 2011.

    My state court appeals attorney, Karen Landau, has informed me that she located a qualified capital habeas attorney named Phillip Trevino, to represent me in federal court.  She has told me that Mr. Trevino is highly qualified and that she believes he will do a good job for me.   Mr. Trevino is a member of the Capital Selection Committee for the Central District of California, a graduate of the Stanford Law School, and he has previously represented defendants in capital federal habeas corpus proceedings.

    Ms. Landau has informed me that Mr. Trevino is willing to represent me and that he has applied to do so.  I would like Mr. Trevino to represent me, and would like counsel to be appointed as soon as possible.  Ms. Landau told me that Mr. Trevino applied to be appointed, but that his application is sitting in front of the Capital Selection Committee, which has not acted, although it has had his application for more than one month.

    I am concerned that two months have passed since the time my lawyer filed a motion for appointment of counsel.  I understand that there is a one-year statute of limitations and am worried about the time that already has passed and is passing.

    I hope you will consider this letter and see whether Mr. Trevino can be appointed to represent me.

                            Sincerely,

                            Ernest Dykes