

Hon. Susan Illston
U.S. District Court
450 Golden Gate Ave.
San Francisco, CA 94102

Ernest Dykes J-90300
San Quentin State Prison
San Quentin, CA 94974

11-28-11

[signature]