UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNEST EDWARD DYKES,<br><br>Petitioner,<br><br>v.<br><br>MICHAEL MARTEL, Acting Warden of California State Prison at San Quentin,<br><br>Respondent | Case No.: 11-CV-04454<br><br>[PROPOSED] ORDER APPOINTING COUNSEL<br><br>DEATH PENALTY CASE<br><br>~~FILED UNDER SEAL~~ public file |

Pursuant to Local Rule 2254-25, subdivisions (a) and (b), and the recommendation of the Selection Board for the United States District Court for the Northern District of California, Phillip A. Treviño, 137 N. Larchmont Blvd., #801, Los Angeles, CA 90004, telephone number (213) 949-8000, and Verna J. Wefald, Verna J. Wefald, 65 N. Raymond Ave., Suite 230, Pasadena, CA 91103, telephone number (626) 577-2658, are appointed as lead and second counsel, respectively, to represent petitioner in these habeas corpus death penalty proceedings.

DATED: 12/19/12

SUSAN ILLSTON
United States District Judge

Submitted by:

Michael G. Millman
For the Selection Board

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

ERNEST EDWARD DYKES,

        Plaintiff,

v.

ROBERT L AYERS et al,

        Defendant.

Case Number: CV11-04454 SI

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 20, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Phillip Trevino
137 N. Larchmond Blvd., #801
Los Angeles, CA 90004

Ernest Edward Dykes J-90300
San Quentin State Prison
San Quentin, CA 94974

Dated: December 20, 2011

                                        Richard W. Wieking, Clerk
                                        By: Tracy Forakis, Deputy Clerk