Appellate Courts Case Information



CALIFORNIA COURTS
THE JUDICIAL BRANCH OF CALIFORNIA

Supreme Court

Change court ⇕

*Court data last updated: 07/26/2012 03:05 PM*

Docket (Register of Actions)

**DYKES (ERNEST) ON H.C.**
**Case Number S126085**

| Date | Description | Notes |
|------|-------------|-------|
| 07/06/2004 | Petition for writ of habeas corpus filed (AA) | by attorney Steven S. Lubliner. (401 pp.) |
| 07/06/2004 | Exhibit(s) filed (AA) | in support of petition for writ of habeas corpus. (7 volumes) |
| 07/07/2004 | Informal response requested | (Rule 60); due 8/6/2004. Any reply due within 30 days of service and filing response. If counsel find it necessary to request additional time, the court will consider requests for extensions of time in 30-day increments only. |
| 08/02/2004 | Request for extension of time filed | to file informal response. (1st request) |
| 08/06/2004 | Extension of time granted | to 9/7/2004 to file the informal response to the petition for writ of habeas corpus. After that date, only seven further extensions totaling about 210 additional days will be granted. Extension is granted based upon Deputy Attorney General Eric D. Share's representation that he anticipates filing that document by 4/3/2005. |
| 09/02/2004 | Request for extension of time filed | to file informal response. (2nd request) |
| 09/10/2004 | Extension of time granted | to 10/5/2004 to file the informal response to the petition for writ of habeas corpus. After that date, only six further extensions totaling about 180 additional days will be granted. Extension is granted based upon Deputy Attorney General Eric D. Share's representation that he |

| | | D. Share's representation that he anticipates filing that document by 4/3/2005. |
|---|---|---|
| 10/01/2004 | Request for extension of time filed | to file informal response. (3rd request) |
| 10/13/2004 | Extension of time granted | to 11/4/2004 to file the informal response to the petition for writ of habeas corpus. After that date, only five further extensions totaling about 150 additional days will be granted. Extension is granted based upon Deputy Attorney General Eric D. Share's representation that he anticipates filing that document by 4/3/2005. |
| 11/01/2004 | Request for extension of time filed | to file informal response. (4th request) |
| 11/05/2004 | Extension of time granted | to 12/3/2004 to file the informal response to the petition for writ of habeas corpus. After that date, only four further extensions totaling about 120 additional days will be granted. Extension is granted based upon Supervising Deputy Attorney General Eric D. Share's representation that he anticipates filing that document by 4/3/2005. |
| 11/29/2004 | Request for extension of time filed | to file informal response. (5th request) |
| 12/02/2004 | Extension of time granted | to 1/3/2005 to file the informal response to the petition for writ of habeas corpus. After that date, only three further extensions totaling about 90 additional days will be granted. Extension is granted based upon Supervising Deputy Attorney General Eric D. Share's representation that he anticipates filing that document by 4/3/2005. |
| 12/28/2004 | Request for extension of time filed | to file informal response. (6th request) |
| 01/03/2005 | Extension of time granted | to 2/2/2005 to file the informal response to the petition for writ of habeas corpus. After that date, only two further extensions totaling about 60 additional days will be granted. Extension is granted based upon Supervising Deputy Attorney General Eric D. Share's representation |

| | | |
|---|---|---|
| | | General Eric D. Share's representation that he anticipates filing that document by 4/3/2005. |
| 01/28/2005 | Request for extension of time filed | to file informal response. (7th request) |
| 02/01/2005 | Extension of time granted | to 3/4/2005 to file the informal response to the petition for writ of habeas corpus. After that date, only one further extension totaling about 30 additional days will be granted. Extension is granted based upon Supervising Deputy Attorney General Eric D. Share's representation that he anticipates filing that document by 4/3/2005. |
| 03/01/2005 | Request for extension of time filed | to file informal response. (8th request) |
| 03/04/2005 | Extension of time granted | to 4-4-2005 to file informal response. After that date, no further extension will be granted. Extension granted based upon Deputy AG Eric Share's representation that he anticipates filing the document by 4-3-2005. |
| 03/29/2005 | Informal response filed (AA) | by respondent. (170 pp.) |
| 03/30/2005 | Order filed | On the court's own motion, the Clerk is directed to strike the filing of the petition for writ of habeas corpus. The petition is defective because it refers to sealed matters. (Compare petn., e.g., pp. 302-308, with RT 4048-4049 in People v. Ernest Edward Dykes (S050851).) Petitioner may serve and file a corrected petition that does not disclose any information contained in any sealed portion of the record on appeal, and if he elects to do so, he must serve and file the corrected petition by May 13, 2005. The court will not regard the corrected petition as a successive petition for any procedural purpose. Petitioner is further directed to take all necessary and proper steps to cure the improper disclosure of sealed information in his original petition for writ of habeas corpus by May 13, 2005. The order of March 4, 2005, directing respondent to file the informal response |

| | | to the petition for writ of habeas corpus by April 4, 2005, is vacated. Respondent is to file the informal response within 30 days after petitioner files any corrected petition for writ of habeas corpus pursuant to this order. |
|---|---|---|
| 04/28/2005 | Request for extension of time filed | to file corrected petition for writ of habeas corpus and exhibits and in which to file reply to informal response. (1st request) |
| 05/03/2005 | Extension of time granted | to 7/12/2005 to file corrected petition for writ of habeas corpus and exhibits, and informal reply. |
| 05/11/2005 | Note: | order of 3-30-2005 is set aside to the extent that it requires appellant to take certain steps by 5-13-2005. (see order filed this date in People v. Dykes, S050851) |
| 06/21/2005 | Note: | original petition, exhibits and copies returned to the court by attorney Lubliner. |
| 07/07/2005 | Request for extension of time filed | to file reply to informal response. (2nd request) |
| 07/11/2005 | Extension of time granted | to Aug 11, 2005 to file the reply to the informal response to the petition for writ of habeas corpus. After that date, only four further extensions totaling about 120 additional days will be granted. Extension is granted based upon counsel Steven S. Lubliner's representation that he anticipates filing that document by December 12, 2005. |
| 07/11/2005 | Filed: | supplemental proof of service of petitioner's request for extension of time to file reply to informal response. |
| 08/10/2005 | Request for extension of time filed | to file reply to informal response. (3rd request) |
| 08/12/2005 | Extension of time granted | to 9-12-2005 to file reply to informal response. After that date, only three further extensions totaling about 90 additional days will be granted. Extension granted based upon counsel Steven S. Lubliner's representation that he anticipates filing the document by 12-12-2005. |

| 09/12/2005 | Request for extension of time filed | to file reply to informal response. (4th request) |
| 09/19/2005 | Filed: | Supplemental declaration in support of application for extension of time to file reply to informal response. |
| 09/22/2005 | Extension of time granted | to 10/11/2005 to file the reply to the informal response to the petition for writ of habeas corpus. After that date, only one further extension totaling about 30 additional days will be granted. Extension is granted based upon counsel Steven S. Lubliner's representation that he anticipates filing that document by 12/12/2005. |
| 10/11/2005 | Request for extension of time filed | to file reply to informal response. (5th request) |
| 10/20/2005 | Extension of time granted | to 11/14/2005 to file the reply to the informal response to the petition for writ of habeas corpus. After that date, only one further extension totaling about 30 additional days will be granted. Extension is granted based upon counsel Steven S. Lubliner's representation that he anticipates filing that document by 12/12/2005. |
| 11/14/2005 | Request for extension of time filed | to file reply to informal response. (6th request) |
| 11/16/2005 | Filed: | Supplemental declaration in support of application for extension of time to file reply to informal response. |
| 11/23/2005 | Extension of time granted | to 12/12/05 to file the informal reply. After that date, only two further extensions totaling about 60 additional days will be granted. Extension is granted based upon counsel Steven S. Lubliner's representation that he anticipates filing that document by February 10, 2006. |
| 12/12/2005 | Request for extension of time filed | to file reply to informal response. (7th request) |
| 12/16/2005 | Extension of time granted | to 1/11/2006 to file the reply to the informal response to the petition for writ of habeas corpus. After that date, only one further extension totaling about 30 additional days will be granted. Extension |

|  |  | is granted based upon counsel Steven S. Lubliner's representation that he anticipates filing that document by 2/10/2006. |
|---|---|---|
| 01/11/2006 | Request for extension of time filed | to file reply to informal response. (8th request) |
| 01/19/2006 | Extension of time granted | to 3/13/2006 to file the reply to the informal response to the petition for writ of habeas corpus. After that date, only one further extension totaling about 30 additional days will be granted. Extension of time is granted based upon counsel Steven S. Lubliner's representation that he anticipates filing that document by 4/12/2006. |
| 03/14/2006 | Request for extension of time filed | to file reply to informal response. (9th request) |
| 03/16/2006 | Extension of time granted | to May 12, 2006 to file the reply to the informal response to the petition for writ of habeas corpus. Extension is granted based upon counsel Steven S. Lubliner's representation that he anticipates filing that document by May 12, 2006. After that date, no further extension will be granted. |
| 05/12/2006 | Reply to informal response filed | Petitioner: Dykes, Ernest Edward Attorney: Steven S. Lubliner    by attorney Steven Lubliner. (67 pp.) |
| 05/12/2006 | Exhibit(s) filed (AA) | in support of reply to informal response. (1 volume - 18 pp.) |
| 08/31/2011 | Petition for writ of habeas corpus denied (AA) | The petition for writ of habeas corpus filed on July 6, 2004, is denied. Claim XXVII is denied as premature, without prejudice to the filing of a renewed petition within 10 days after an execution date is set. All remaining claims are denied on their merits. In addition, Claim XIV is procedurally barred because it was raised and rejected on appeal. (In re Waltreus (1965) 62 Cal.2d 218, 225.) In addition, Claim IV (to the extent petitioner contends the prosecutor's questioning of petitioner's mother violated Evidence Code section 773, subdivision (a), and People v. Davenport (1988) 41 Cal.3d 247) is procedurally barred because it |

| | | could have been raised on appeal, but was not. (In re Dixon (1953) 41 Cal.2d 756, 759.) The following claims and subclaims are also forfeited because petitioner failed to raise them in the trial court (In re Seaton (2004) 34 Cal.4th 193, 200): Claim IV (to the extent petitioner contends the prosecutor engaged in misconduct by arguing, knowing the statements were untrue, that petitioner "had a good family" and "had a better upbringing, had better parents than the victim in this case did, " and that there was "nothing redeeming" in petitioner); Claim XXII. Justice Werdegar would deny these claims and subclaims solely on their merits. |
| --- | --- | --- |

**Click here** to request automatic e-mail notifications about this case.

Careers | Contact Us | Accessibility | Public Access to Records | Terms of Use | Privacy    © 2012
Judicial Council of California / Administrative Office of the Courts