1 **PHILLIP A. TREVIÑO** [SBN 121119]
  ptrevino@samben.us
2 137 N. Larchmont Blvd., #801
  Los Angeles, California 90004
3 Telephone: (213) 949-8000

4 Attorney for Petitioner
  ERNEST DYKES
5

6
                    **UNITED STATES DISTRICT COURT**
7
              **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
8

9
  **ERNEST DYKES**,                      ) **Case No. 11-CV-04454-SI**
10                                        )
              Petitioner,                 )
11                                        ) CERTIFICATE OF SERVICE OF MOTION
              v.                          ) FOR EQUITABLE TOLLING AND
12                                        ) SUPPORTING EXHIBITS
  **MICHAEL MARTEL, Acting Warden,**     )
13                                        )
              Respondent.                 ) **DEATH PENALTY CASE**
14 _____)

15

16      Notice is hereby given that on today's date the undersigned

17 counsel did cause to be mailed, via first class U.S. mail, a true and

18 correct copy of the Motion for Equitable Tolling, supporting exhibits,

19 and the Court's notice of electronic filing made in this matter on

20 today's date.  Said materials were mailed as follows:

21          Mr. Eric Share, SDAG
            455 Golden Gate Avenue, Suite 11000
22          San Francisco, CA 94102-1375

23      Counsel apologizes that, upon making the initial electronic

24 filing, he was not yet aware that Respondent's counsel was not yet

25 receiving electronic service in this matter.

26                              Respectfully submitted,

27 Dated: July 27, 2012          s/Phillip A. Treviño

28