KAMALA D. HARRIS
Attorney General of California
GLENN R. PRUDEN
Supervising Deputy Attorney General
ERIC D. SHARE
Supervising Deputy Attorney General
State Bar No. 151230
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA  94102-7004
  Telephone:  (415) 703-1375
  Fax:  (415) 703-1234
  E-mail:  Eric.Share@doj.ca.gov
*Attorneys for Respondent*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **ERNEST EDWARD DYKES,**<br><br>         Petitioner,<br><br>v.<br><br>**KEVIN CHAPPELL, Acting Warden of San Quentin State Prison,**<br><br>         Respondent. | 11-04454-SI<br><br>**DEATH PENALTY CASE**<br><br>**NOTICE OF APPEARANCE OF COUNSEL** |

TO THE CLERK OF THE UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA:

  Please enter the appearance of Eric D. Share, Supervising Deputy Attorney General, as lead attorney of record for Respondent KEVIN CHAPPELL, Acting Warden, San Quentin State Prison.  All future correspondence, pleadings and filings should be sent to:

  ERIC D. SHARE, State Bar No. 151230
  Supervising Deputy Attorney General
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA  94102-7004
  Telephone:  (415) 703-1375

1  Fax: (415) 703-1234
   e-mail: Eric.Share@doj.ca.gov
2
3  Please also enter Glenn R. Pruden, Supervising Deputy Attorney General, and Alice B.
4  Lustre, Deputy Attorney General, as co-counsel of record for Respondent KEVIN CHAPPELL,
5  Acting Warden, San Quentin State Prison. All future correspondence, pleadings and filings
6  should also be sent to:
7  GLENN R. PRUDEN, State Bar No. 195089
   Supervising Deputy Attorney General
8  Office of the Attorney General
   455 Golden Gate Avenue, Suite 11000
9  San Francisco, CA 94102-7004
   Telephone: (415) 703-5959
10 Fax: (415) 703-1234
11 E-mail: Glenn.Pruden@doj.ca.gov
12 and
13 ALICE B. LUSTRE, State Bar No. 241994
   Deputy Attorney General
14 Office of the Attorney General
   455 Golden Gate Avenue, Suite 11000
15 San Francisco, CA 94102-7004
   Telephone: (415) 703-1167
16 Fax: (415) 703-1234
17 E-mail: Alice.Lustre@doj.ca.gov
18
19 Dated: July 30, 2012                        Respectfully submitted,

20                                             KAMALA D. HARRIS
                                               Attorney General of California
21                                             GLENN R. PRUDEN
                                               Supervising Deputy Attorney General
22
                                               /s/ Eric D. Share
23
                                               ERIC D. SHARE
24                                             Supervising Deputy Attorney General
                                               *Attorneys for Respondent*
25
26 SF2011202695
   20628481.doc
27
28

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:   **Ernest Edward Dykes v. Kevin Chappell, Acting Warden of San Quentin State Prison**

No.:   **11-04454-SI**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service with postage thereon fully prepaid that same day in the ordinary course of business.

On July 30, 2012, I served the attached **NOTICE OF APPEARANCE OF COUNSEL** by placing a true copy thereof enclosed in a sealed envelope in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004, addressed as follows:

California Appellate Project
Federal Court Docketing
101 Second Street, Suite 600
San Francisco, CA  94105-3647

Habeas Corpus Resource Center
303 Second Street, Suite 400
South Tower
San Francisco, CA 94107

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on July 30, 2012, at San Francisco, California.

| J. Wong | *(signed)* J Wong |
|---|---|
| Declarant | Signature |

SF2011202695
20628485.doc