*Los Angeles Times* | LOCAL

# PolitiCal
ON POLITICS IN THE GOLDEN STATE

## Attorney general debate: Kamala Harris says she will 'follow the law' on death penalty

October 5, 2010 | *12:21 pm*



Candidate Kamala Harris said in Tuesday's debate that there was "work that can be done" to improve the state's death penalty process. But she deflected a death-penalty question to focus instead on the issue of repeat offenders, who she said were costing the state millions.

Her opponent, Steve Cooley, countered that Harris "did not respond to the issue of the death penalty very well at all in my opinion. And I think she wants to avoid that issue because she's absolutely, religiously" opposed to that issue.

Harris said Cooley was going "below the dignity of the office" with his remarks.

"I am personally opposed to the death penalty," she said, "but I will follow the law."

Live coverage of the entire debate is available here.

-- Anthony York in Davis

*Photo: Eric Risberg / Associated Press*

**MORE FROM THE TIMES**

Wal-Mart puts iPhone 5 on sale for $127; are iPhone sales dragging?

Mandy Patinkin leaves Stephen Colbert speechless

Michael Douglas' son Cameron reportedly beaten badly in prison

Burger deals: McRib comeback, 55-cent Burger King, free Red Robin

Tim Tebow called 'terrible' and more by Jets teammates

**FROM AROUND THE WEB**

10 Things You Should Never Buy at Garage Sales | *Reader's Digest*

A trillion-dollar missed opportunity – enough to pay U.S. deficit | *ExxonMobil's Perspectives Blog*

Which Supreme Court Justice was Turned Down by 14 Law Firms? | *Makers*

I claimed Social Security at age 62 and am subject to the earnings limit of $15,120. Does this amount increase as you get closer to full retirement age? | *AARP.org*