SIGN IN | REGISTER | NEWSLETTERS

Part of the Bay Area News Group



Like 34k　　eEdition / Subscriber Services
Mobile | Mobile Alerts | RSS

NEWS　PHOTOS　BUSINESS　TECH　SPORTS　ENTERTAINMENT　LIVING　OPINION　PUBLICATIONS　MY TOWN　HELP　　JOBS　CARS　REAL ESTATE　CLASSIFIED　SHOPPING

San Jose, CA　Now: 50°F　High: 63°F　Low: 45°F

Recommend　Send　506 people recommend this. Sign Up to see what your friends recommend.　　2　Share　2　Tweet　148

# Proposition 34: Death penalty repeal fails

By Howard Mintz and Matt O'Brien
Staff writers
Posted:  11/06/2012 08:00:00 PM PST
Updated:  11/07/2012 03:17:22 PM PST

California voters on Tuesday rejected a ballot measure that would have repealed the state's death penalty.

Proposition 34 lost by about 6 percentage points, dimming the hopes of death penalty opponents who were trying to abolish the death penalty in California and clear the largest death row in the nation.

Proposition 34 marked the first opportunity in more than three decades for California voters to decide whether to retain the death penalty, which has been scrapped by a number of other states in recent years.

"The people of California sent a clear message that the death penalty should still be implemented for those who commit the most heinous and unthinkable crimes," McGregor Scott, former United States Attorney and Co-Chair for No on Prop 34, said in a statement.

Scott added: "Now that the people have re-affirmed their support for the death penalty, we are committed to coming back to the voters with a reform proposition to streamline and expedite the death penalty in California, The problems with delay and expense of California's death penalty are entirely fixable."

Natasha Minsker, manager of the Proposition 34 campaign, indicated the vote would not be the last political effort to abolish the death penalty.

"This issue is not going away," she said Wednesday. "53 percent is not a mandate for carrying out executions. This state is clearly evenly divided on the death penalty."

The measure would have replaced the death penalty with life in prison without the possibility of parole and converted the death sentences of California's 727 death row inmates to life. It would have reverberated through the national debate over the death penalty, while immediately removing nearly a quarter of the more than 3,100 death row inmates now awaiting execution across the country.

Backers of the measure focused their arguments on the cost of California's notoriously slow capital punishment system, saying it would save hundreds of millions of dollars a year at a time when the state is facing a budget crunch.

The Proposition 34 campaign enlisted a roster of the rich and famous to bankroll the effort, gathering more than $7 million to far outspend the opposition.

But law enforcement officials, victims' rights groups and three of California's former governors aligned against the measure, arguing that the death penalty should be preserved for the state's most heinous killers. They refuted the potential cost savings, saying the estimates were inflated and that the ponderous death penalty system should be repaired, not replaced.

### Proposition results

More details, including tally by county, at interactive map.
• Prop. 30, taxes: yes
• Prop. 31, budget process: no
• Prop. 32, political contributions: no
• Prop. 33, auto insurance: no
• Prop. 34, repeal death penalty: no
• Prop. 35, human trafficking: yes
• Prop. 36, change three-strikes: yes
• Prop. 37, food labeling: no
• Prop. 38, taxes: no
• Prop. 39, business tax: yes
• Prop. 40, redistricting: yes

### Related Stories

Nov 7:
Death penalty proposition: Statement from No on Prop 34
Nov 7:
Defeat of Proposition 34: California's death penalty battle will continue
Oct 30:
Mercury News editorial: The death penalty and the Three Strikes Law are unfair and costly
Oct 23:
Jeff Rosen: Vote no on Proposition 34 and retain the death penalty
Oct 22:
California's Prop. 34: Battle over fate of state's death penalty heating up
Oct 11:
Transcript, online chat: Proposition 34, abolishing the death penalty
Sep 17:
Prop. 34: Death penalty opponents include California's rich and famous
Sep 14:
Data Center: Prop 34 donors and campaign finance data
May 5:
The cost of California's death penalty


Advertisement

### Elections 2012

**Latest headlines**
Golden State's optimism is back, new poll says
Bay Area congressional delegation: Closer look at new contingent
Internal Affairs: San Jose cops grumble after dismal election results
With Election 2012 in the books, where does all that leftover campaign money go?
The rules behind campaign cash spending

**Related content**
Elections 2012: California and Bay Area
The presidential campaign
Series: Voices of the Voters
Politics: National | Bay Area and beyond

Most Viewed　Most E-Mailed
(From the last 12 hours)

1. University of California introduces a modern logo
2. Boxing: Juan Manuel Marquez, Manny Pacquiao could be due for another...
3. Editors' Picks: Top stories on MercuryNews.com
4. San Jose: Teen stabbed on a busy night downtown
5. Republican senator proposes relenting on tax rates
6. San Francisco 49ers notebook: Brandon Jacobs, frustrated over...

### News Videos »

Anchor Caught Dancing During Commercial...

California has executed just 13 inmates since restoring the death penalty in 1978, the result of an appeals process that takes decades and often results in death sentences being overturned long after a murderer is sent to San Quentin. Just last month, a federal appeals court overturned the 1978 death sentence of condemned killer Douglas Stankewitz, the state's longest serving death row inmate.

Executions have been on hold for nearly seven years in California, the result of ongoing legal challenges to the state's lethal injection method. Those court battles will continue to unfold, likely ensuring another year or more of delays before the state can realistically resume executions.

However, while the legal battles have unfolded, at least 13 death row inmates have exhausted all of their legal appeals, raising the prospect that California will experience an unprecedented spate of executions if Proposition 34 is rejected and further legal roadblocks are removed.

Californians have historically demonstrated strong public support for the death penalty, adopting the 1978 law with more than 70 percent of the vote. But support has been eroding in recent years, prompting death penalty foes to make a move to abolish a system that both current Chief Justice Tani Cantil-Sakauye and former Chief Justice Ronald George have called "dysfunctional."

Gov. Jerry Brown and Attorney General Kamala Harris took no public position on Proposition 34, but Brown revealed that he voted for the measure after filling in his ballot in Oakland on Tuesday. Unlike other states where legislators have repealed the death penalty, only California voters can abolish the death penalty here because it's in the state constitution.

Howard Mintz covers legal affairs. Contact him at 408-286-0236 or follow him at Twitter.com/hmintz

 Reprint       Print    Email    Font Resize  Return to Top



**Brand New Policy in California**
(Dec 2012) If you drive in California you better read this... Learn More »
Insurance.Comparisons.org

**Recommended for You**
- Mayan 2012 doomsday prediction rebutted by NASA
- Review: A fresh 'Nutcracker' at Ballet San Jose
- Purdy: Good and bad from 49ers' 27-13 win over...
- San Francisco 49ers notebook: Brandon Jacobs...
- Truckee man arrested on attempted homicide...
- University of California introduces a modern...

-- SPONSORED LINK --
Film review: The Hobbit, An Unexpected Journey (Certificate 12A)
(From DailyMe.com)
 Powered by newstogram

• FAQ: Article commenting how-tos and tips

19 comments                                                                                  Add a comment

 **Cali Nidzo** · Top Commenter
It's clear to me the citizens of California support the death penalty. Can we please stop tying up the appeals system in court and start sending the dregs of society to their deaths? You can bet California's overall crime rate would go down if that was the case...
Reply · 20 · Like · November 6 at 11:17pm

    **Heike Thornton**
   now that is BS.. look at Texas it does not bring the crime rate down. As the matter of fact it brings it up. If you would educate yourself you would know this simple fact.
   Reply · 16 · Like · November 6 at 11:23pm

    **Cali Nidzo** · Top Commenter
   I'll concede this point: I didn't do research into the crime rates of Texas, I was merely speaking from the heart. However I will say this: the less pieces of garbage we have walking the streets or rotting in a prison cell on the taxpayers' dime, the better! I certainly have no problem with exterminating these lowlifes.
   Reply · 16 · Like · November 6 at 11:27pm

    **Heike Thornton**
   and what makes you better than the "garbage" a murder is a murder if done by state or on the street
   Reply · 18 · Like · November 6 at 11:54pm

   View 52 more

 **Chris Lawson** · San Diego, California
if you are found guilty of murder by a jury of our peers after they found your DNA and your sugar donut crumbs at the scene of the crime... you need to leave. BYE! (zzzt...zzzt)

instead... the victims family and other complete strangers (taxpayers) have money deducted from their paycheck every other week to pay for your cable/internet access bill, electric/gas bill, provide three nutritious meals a day, with better health/dental/vision



**Recommendations**

 Sign Up    Create an account or log in to see what your friends are recommending.

 Youth stabbed at Christmas in the Park
174 people recommended this.

University of California introduces a modern logo
5,864 people recommended this.

Facebook social plugin

**Top Classifieds**

Rentals  Jobs  Real Estate  Autos

NEW Shaver Lake View Cabing in development
CHOWCHILLA AREA:
PROP MGMT.
3/2.5 Beautiful Home $459,900
All Listings

electric/gas bill, provide three nutritious meals a day, with better health/dental/vision plans than most everyone reading this comment, laundry facilities, and water and soap to clean up before bed time each night for the rest of your 220 consecutive life sentences.

oh, and another thing... if you got more than 1 consecutive life sentence... BYE! (zzzt...zzzt)

Reply · 7 · Like · November 7 at 4:46am


**David Phillips** · Top Commenter
There is no reason for decades of appeals in cases where the guilty are condemned via DNA evidence. The left wing uses DNA evidence regularly to boost their agenda for ending capital punishment because some poor soul in the 80's was wrongfully convicted before DNA exonerated him. Well then, more the reason why DNA convictions should be streamlined.
Reply · 4 · Like · November 7 at 8:37am


**Veronica John** · Top Commenter · Sac City College
Good job California voters on defeating Prop 34 and keeping the death penalty here. Now that the majority of Californian's have shown they want the death penalty I hope it's time to get a move on and carry out the punishment 12 jurors decided on. Even if nobody will be executed in a year or two at least give them an actual scheduled execution date. Shock us all please!
Reply · 5 · Like · November 7 at 4:06am


**Brad R Dezirt** · Top Commenter · Works at USMC
Hey you bleeding heart liberals, the voters support the death penalty! Let's get rid of that scum on death row.
Reply · 5 · Like · November 7 at 8:50am


**Ninna Atkins**
Totally agree with David Martin: For everyone that still believes in the Death Penalty:

The death penalty is ineffective. There is no evidence of a deterrent effect on murder rates. According to a 2009 article in the Journal of Criminal Law and Criminology from Northwestern University, "85% of the country's top criminologists do not believe the death penalty acts as a deterrent to homicide... Similarly, 87% of the expert criminologists believe that abolition of the death penalty would not have any significant effect on murder rates."

The death penalty is agonizing for victims' families. Multiple proceedings and multi-year delays are hell on these poor people, who really just want closure but never get it.

Death row prisoners cost one quarter of a million dollars more per year than those sentenced to life without parole, due ...See More
Reply · 4 · Like · November 7 at 7:20am


**Matt Ackeret** · Top Commenter · Apple
It is a deterrent. THAT person will never commit another crime.
Reply · 4 · Like · November 7 at 11:28am


**Terry Gladek Hingston** · Assistant to the Dean of the Library at Santa Clara University
Ninna - It's a penalty; when did was it declared to be a deterrent to anyone other than the person who committed the crime. Want to stop torturing the victims' families, then move on and execute the people.
Reply · 2 · Like · November 7 at 12:25pm


**Luke Gianni** · Top Commenter
Matt Ackeret what evidence do you have to support that claim?
Reply · Like · November 7 at 1:16pm

View 5 more


**Benjamin C. Salamon** · Boise State Unversity, Boise
Fact! Is 3 former Governor's, Top law enforcement officer's through out the state and "The People of California" He said, the Death Penalty is here to stay, and it time to fix the system, that works, and end these stupid appeals process, and be more like the States of Texas and Florida! And I personal say let them "FRY"..... So you check your FACTS! God I hate people who think they are smarter then the rest of us. PS. Ask the victims and family's of these animals how they feel...... And maybe then you will see the true nature of pain and angry!
Reply · 4 · Like · November 7 at 5:14am


**Matt Ackeret** · Top Commenter · Apple
An apostrophe DOES NOT MAKE A PLURAL WORD.
Reply · Like · November 9 at 11:02am


**Je M'appelle Kourtney** · Hollywood High School
I agree. I believe the California Death penalty would be a better deterrent if they executed death row inmates often. And this method is often cheaper. When an inmate is on death row, it is tax payers who pay to clothe, house, and feed them. Kill them and get it over with

row, it is tax payers who pay to clothe, house, and feed them. Kill them and get it over with so their victims families can have justice and tax payers can save money.

Reply · 3 · Like · November 7 at 10:27am



**Jessica Shepard** · Yuba Community College

Housing inmates is housing inmates. Whether you hold them for execution or retain them for life, the incarceration expense remains the same. If your argument for fiscal responsibility is it will trim the cost of appeals guess again. The courts are tied up with appeals from defendants sentenced to 5 year terms. If you think people given life without parole don't appeal guess again.

Reply · 3 · Like · November 6 at 11:27pm



**Heike Thornton**

the difference is that a person on DR has paid lawyers by the state, the person on mainline has to pay for the lawyer alone.. thats were the saving comes in. That is only one saving in line.. I really wish you would all get the facts first before you make comments that are totally ignorant and false

Reply · 4 · Like · November 6 at 11:57pm



**Jim Misiano**

Heike Thornton it's not about money .

Reply · 1 · Like · November 7 at 12:05am



**David Martin** · Boise State University

um, yes it is. it's always about money. over 100 million a year to run something that doesn't work and doesn't get used. i would rather see more police in the streets, more teachers in the school, more programs than jails. people are clueless.

Reply · 2 · Like · November 7 at 5:54am

View 5 more



**Terry Gladek Hingston** · Assistant to the Dean of the Library at Santa Clara University

The death penalty isn't nor should it be considered a deterrent. It's a PENALTY. Where did that salient point get lost in the conversation.

Reply · 3 · Like · November 7 at 12:20pm



**Ash Lester** · Santa Clara

A costly one at that. Shouldn't be our jobs to decide who lives or dies. Luckily it was a close race, so maybe in the future!

Reply · Like · November 7 at 1:32pm



**Terry Gladek Hingston** · Assistant to the Dean of the Library at Santa Clara University

Only because of our insane appeals process.

Reply · Like · November 7 at 1:42pm



**Dudley Sharp**

PROP. 34: The Truth Will Kill It.... and did
Dudley Sharp

An honest discussion about Prop 34 would result in its overwhelming defeat.

COSTS

Are the cost claims made by the pro Prop 34 folks reliable (1)? No.

The ACLU cost review was easily destroyed (1) and Mitchell and Alarcon, of the $4 billion study infamy, refuse to share their database (1), which we can presume has problems and, therefore, no one can, responsibly, depend upon that review.

Is it possibly that life without parole (LWOP) may cost more than the death penalty? Yes (1).

Is it required that California citizens allow their representatives to be so irresponsible with both their state budget and death penalty management? Of course not.

...See More

Reply · 2 · Like · November 7 at 6:48am



**Jim Misiano**

Dudley friend me will ya

Reply · Like · November 7 at 7:10am



**Dudley Sharp**

your link isn't working for me. sharpjfa@aol.com

Reply · Like · November 7 at 9:02am



**Jim Misiano**


dudley you can click on my name now and add friendship .thank you i enjoy your work on this subject
Reply · Like · November 7 at 9:11am

View 1 more


**Monica Ramirez Flores** · Top Commenter
It amazes me how people talk about how murderers deserve the death penalty and how they should be "exterminated" oh, and I can't forget the funny part that says "who cares if their family suffers" REALLY? So what on earth makes you any better than the "lowlifes" out killing people? Exactly, you are far from better than them in fact you're just as low as them not to mention a hypocrite! GET REAL PEOPLE!
Reply · 2 · Like · November 7 at 1:03am


**Veronica John** · Top Commenter · Sac City College
The difference is not taking an innocent person's life. America was created with certain laws that everyone must abide by in order to be a part of society and the death penalty has been a part of America since the first day it was colonized. If people don't like the laws and punishment set forth when America first began there are many other countries they can move to that don't have the death penalty. Actually just drive north and there's Canada!!
Reply · 5 · Like · November 7 at 2:38am


**Adam Dayton** · Los Angeles, California
Yeah, you're right. But do you support life in prison? But the prisoner's family suffers!!! So that makes you no better than the murderer-rapist.

If you are incapable of understanding the difference between being indifferent to the suffering of a criminals family as a result of his punishment and the actual crime, then there is nothing I can tell you. You might as well tell me there is no difference between water and coke.
Reply · 3 · Like · November 7 at 3:02am


**Dudley Sharp**
Monica:

There are obvious moral differnces between:

Guilty murderer and innocent victim

Crime and punishment
Reply · 5 · Like · November 7 at 6:56am

View 5 more


**Impound Guy** · Top Commenter · BirmingHam High School, Van Nuys, California
Ok...the people have spoken so let's start lighting some of these POS up and start cleaning house without worrying about the needle causing an infection prior to their death 3 minutes later. Or worrying about a 1 or 3 part formulated death cocktail....bring back the firing squad if needed...no infection, instant death, and at a cost of about $1.05 cents per inmate for the ammo.
Reply · 1 · Like · November 7 at 9:19pm


**Chris Damasco** · NCE
Its amazing these killers are still alive while the victim is
Reply · 1 · Like · November 7 at 5:25pm


**Jason Tyler** · Optician at Jcpenney
There are people who are beyond redemption. Their mental sickness doesn't have a cure, yet. As a result, we have an obligation to keep our citizens safe.
Reply · Like · November 7 at 7:12pm


**David Lenhoff**
Forget about whether the death penalty acts as a deterrent or not. That should not be the enquiry here. The death penalty serves two valid purposes. Firstly, it removes a homicidal individual from society forever. By definition, the person executed will NEVER offend again. Secondly, it is a just punishment for someone who has committed the most heinous of crimes and who deserves nothing less.
Reply · Like · November 26 at 5:48pm


**Leonard C. Bonilla** · Top Commenter · Watsamatta U.
This is a very difficult subject. I have been on both sides of the argument and I still do not know in my heart which is right. My feelings right now are the one thing that would drop crime rates is a job for every person in the country, the next thing would be to legalize certain drugs and Tax them and take them out of the criminal elements hands.

Then after that, prisoners should be given, three good healthy meals a day, the ability to exercise, have medical care, but be prohibited form having TV, internet access, radio and news papers. They should be cut off from society. Prison should not be a country club experience. They have chosen not to conform to society's rules and laws and therefore forfeit their rights to be part of society.

I do not believe that the majority of criminals, especially those who committed violent crimes can be rehabilitated.

The question is, would this type of adjustment to our prison system negate the need for the death penalty? I don't know and I don't think anyone does. The one problem with the death penalty for me is the possibility that an innocent person could be executed. Until we can eliminate that aspect the argument will rage on.

Reply · Like · November 7 at 9:15am


**Adriano Raffa** · Staten Island Community College
See my post above.
Reply · Like · November 7 at 11:47am


**Luke Gianni** · Top Commenter
I have no problem with the death penalty as a form of punishment.
My problem is that we cannot say with absolute certainty that every single person sitting on death row at this moment in fact committed the crime.
Just as an example, more than 300 convictions have been overturned based on DNA evidence in the last ten years – some of whom were death row inmates.
I am sure the overwhelming majority of death row inmates are indeed guilty. But statistically speaking, it's likely there are a few out there who are not. And as we move forward to execute all these folks, the probability of us executing and innocent person will increase as well.
Are we willing to live with that?
(I mean that as an honest question).
Reply · Like · November 7 at 1:39pm


**Sergio Garcia**
yes!
Reply · Like · November 26 at 10:40am


**Daniel Westover** · CSUS Sacramento
which death penalty is that? the one where we sentence someone to never leave prison until he dies, but it costs much more than if we sentenced him to prison until he dies? that's both an exceptional deterrent, and a really super use of my tax money.
Reply · Like · November 7 at 2:20am


**Veronica John** · Top Commenter · Sac City College
Nobody is disagreeing about the fact that currently it costs more to house a death row inmate as opposed to one serving life w/o parole. The issue is with our judicial system; its broken. Don't get rid of the death penalty; fix the system. That's the point. There are 13 people who have exhausted all their appeals yet they have not been executed or given an execution date. Those 13 people should get the punishment 12 jurors agreed one. It's time for them to walk the green mile. Now that the majority of people in California voted to keep the death penalty hopefully that will help change to a green light.
Reply · 4 · Like · November 7 at 3:59am


**Julien Pierre** · Top Commenter · San Jose, California
That's not issue at all, a perfect judicial system doesn't exist and never will. There will always be room for judicial errors, including in death penalty cases. The dead simply cannot be brought back. But the wrongly convicted can at least be freed, if they are still alive.
Reply · 1 · Like · November 8 at 2:37am


**Daniel Amspaugh** · Top Commenter · Long Beach, California
This was one of the things I had to wrap my mind around while voting. It took me a good few minutes to make a decision. I think voters made the best choice.
Reply · Like · November 7 at 11:12am


**Rob Jarrett** · Top Commenter
The death penalty makes no sense. Someone is given the death penalty and then they sit on death row for the rest of their life.
Reply · Like · November 7 at 8:52am


**Dudley Sharp**
exactly, appeals should be 6-8 years.
Reply · 1 · Like · November 7 at 9:03am

Facebook social plugin

## Elections

[Golden State's optimism is back, new poll says](#)
[Bay Area congressional delegation: Closer look at new contingent](#)
[California sending new immigration perspective to Congress](#)

- The rules behind campaign cash spending
- With Election 2012 in the books, where does all that leftover campaign money go?
- Meet Tom Steyer: He'll be a California political player for years to come
- Only 20 votes separate San Francisco supervisor candidates
- California Gov. Jerry Brown clear to embark on more visionary policy

Copyright © 2012 - San Jose Mercury News

**NEXT ARTICLE IN NEWS**
Golden State Warriors forward David Lee finally turning stats into victories
» Continue to article...

Place an Ad | About Our Ads | Help/Contact | Site Map | Advertise | Home Delivery | Copyright | Privacy Policy and Terms of Use | About Bay Area News Group

A MediaNews Group WEBSITE
MediaNews Group - Bay Area News Group

- San Francisco 49ers bounce back to beat Miami Dolphins 27-13
- 'Amazing Race' Finale Recap: You Won't Believe Who Won
- Antioch man stabbed multiple times early Sunday morning
- U.S. doctor among those rescued from Taliban kidnappers
- Kawakami: Colin Kaepernick manages game in San Francisco 49ers victory
- Cal falls to No. 21 UNLV on last-second basket
- San Francisco 49ers teammate says Aldon Smith an incomparable pass rusher
- San Jose: Teen stabbed on a busy night downtown
- Shirakawa spending: Several rush to reimburse Santa Clara County for supervisor's ta
- Truckee man arrested on attempted homicide in Menlo Park shooting
- Half Moon Bay cougar killing prompts demand for changes
- Predictable start to season of predictions
- Syria's civil war spills into Lebanon, 4 dead
- Political Blotter: Americans evenly split over legalizing marijuana
- Republican senator proposes relenting on tax rates
- Good Samaritan helps San Leandro police nab pick-pocket
- San Francisco 49ers coach Jim Harbaugh sees many positives from 27-13 victory ove
- Purdy: Good and bad from 49ers' 27-13 win over Dolphins
- Asian-American citizens hold slight edge over non-citizen Asians in Bay Area tech job
- University of California introduces a modern logo
- Review: A fresh 'Nutcracker' at Ballet San Jose
- Cadillac crashes into Diablo Valley Bridge Center Sunday afternoon
- Golden State Warriors forward David Lee finally turning stats into victories
- Purdy: Frank Gore's sincerity, drive can't be questioned
- Review: John Cale rocks Regency