**Semi-Official Election Results**

# State Ballot Measures - Statewide Results

100.0% ( 24,491 of 24,491 ) precincts partially reporting as of December 3, 2012, 4:58 p.m. (http://vote.sos.ca.gov/frequently-asked-questions/#faq-reporting)

Visit the **County Reporting Status** (http://vote.sos.ca.gov/returns/status/) page to determine when a county has submitted its latest report.

**County Results** (http://vote.sos.ca.gov#county-list)

**Other Links** (http://vote.sos.ca.gov#other-links)

**Statewide Map** (http://vote.sos.ca.gov/returns/maps/ballot-measures/)

|  |  | Proposition Title | Yes Votes | % | No Votes | % |
|---|---|---|---|---|---|---|
| Yes | 30 | Temporary Taxes to Fund Education | 6,902,562 | 55.3% | 5,584,785 | 44.7% |
| No | 31 | State Budget, State and Local Government | 4,579,061 | 39.5% | 7,014,491 | 60.5% |
| No | 32 | Political Contributions by Payroll Deduction | 5,328,207 | 43.4% | 6,940,282 | 56.6% |
| No | 33 | Auto Insurance Prices Based on Driver History | 5,441,219 | 45.1% | 6,633,713 | 54.9% |
| No | 34 | Death Penalty | 5,885,080 | 48.0% | 6,372,996 | 52.0% |
| Yes | 35 | Human Trafficking | 9,935,574 | 81.4% | 2,277,560 | 18.6% |
| Yes | 36 | Three Strikes Law | 8,447,576 | 69.3% | 3,750,222 | 30.7% |
| No | 37 | Genetically Engineered Foods Labeling | 5,986,652 | 48.5% | 6,365,236 | 51.5% |
| No | 38 | Tax for Education. Early Childhood Programs | 3,485,443 | 28.7% | 8,671,851 | 71.3% |
| Yes | 39 | Business Tax for Energy Funding | 7,273,367 | 61.0% | 4,641,745 | 39.0% |
| Yes | 40 | Redistricting State Senate | 8,235,698 | 71.9% | 3,215,335 | 28.1% |

## Related Links

**Quick Reference Guide** (http://vote.sos.ca.gov//voterguide.sos.ca.gov/quick-reference-guide/)

**Proposition 30** (http://vote.sos.ca.gov//voterguide.sos.ca.gov/propositions/30/)

**Proposition 31** (http://vote.sos.ca.gov//voterguide.sos.ca.gov/propositions/31/)

**Proposition 32** (http://vote.sos.ca.gov//voterguide.sos.ca.gov/propositions/32/)

**Proposition 33** (http://vote.sos.ca.gov//voterguide.sos.ca.gov/propositions/33/)

**Proposition 34** (http://vote.sos.ca.gov//voterguide.sos.ca.gov/propositions/34/)

**Proposition 35** (http://vote.sos.ca.gov//voterguide.sos.ca.gov/propositions/35/)

**Proposition 36** (http://vote.sos.ca.gov//voterguide.sos.ca.gov/propositions/36/)

**Proposition 37** (http://vote.sos.ca.gov//voterguide.sos.ca.gov/propositions/37/)

**Proposition 38** (http://vote.sos.ca.gov//voterguide.sos.ca.gov/propositions/38/)

**Proposition 39** (http://vote.sos.ca.gov//voterguide.sos.ca.gov/propositions/39/)

**Proposition 40** (http://vote.sos.ca.gov//voterguide.sos.ca.gov/propositions/40/)

## County Results

**Statewide** (http://vote.sos.ca.gov/returns/ballot-measures/)

**Alameda** (http://vote.sos.ca.gov/returns/ballot-measures/county/alameda/)

**Alpine** (http://vote.sos.ca.gov/returns/ballot-measures/county/alpine/)

**Amador** (http://vote.sos.ca.gov/returns/ballot-measures/county/amador/)

**Butte** (http://vote.sos.ca.gov/returns/ballot-measures/county/butte/)

**Calaveras** (http://vote.sos.ca.gov/returns/ballot-measures/county/calaveras/)

**Colusa** (http://vote.sos.ca.gov/returns/ballot-measures/county/colusa/)

**Contra Costa** (http://vote.sos.ca.gov/returns/ballot-measures/county/contra-costa/)

**Del Norte** (http://vote.sos.ca.gov/returns/ballot-measures/county/del-norte/)

**El Dorado** (http://vote.sos.ca.gov/returns/ballot-measures/county/el-dorado/)

**Fresno** (http://vote.sos.ca.gov/returns/ballot-measures/county/fresno/)

**Glenn** (http://vote.sos.ca.gov/returns/ballot-measures/county/glenn/)

**Humboldt** (http://vote.sos.ca.gov/returns/ballot-measures/county/humboldt/)

**Imperial** (http://vote.sos.ca.gov/returns/ballot-measures/county/imperial/)

**Inyo** (http://vote.sos.ca.gov/returns/ballot-measures/county/inyo/)

**Kern** (http://vote.sos.ca.gov/returns/ballot-measures/county/kern/)

**Kings** (http://vote.sos.ca.gov/returns/ballot-measures/county/kings/)

**Lake** (http://vote.sos.ca.gov/returns/ballot-measures/county/lake/)

**Lassen** (http://vote.sos.ca.gov/returns/ballot-measures/county/lassen/)

**Los Angeles** (http://vote.sos.ca.gov/returns/ballot-measures/county/los-angeles/)

**Madera** (http://vote.sos.ca.gov/returns/ballot-measures/county/madera/)

**Marin** (http://vote.sos.ca.gov/returns/ballot-measures/county/marin/)

**Mariposa** (http://vote.sos.ca.gov/returns/ballot-measures/county/mariposa/)

**Mendocino** (http://vote.sos.ca.gov/returns/ballot-measures/county/mendocino/)

**Merced** (http://vote.sos.ca.gov/returns/ballot-measures/county/merced/)

**Modoc** (http://vote.sos.ca.gov/returns/ballot-measures/county/modoc/)

**Mono** (http://vote.sos.ca.gov/returns/ballot-measures/county/mono/)

**Monterey** (http://vote.sos.ca.gov/returns/ballot-measures/county/monterey/)

**Napa** (http://vote.sos.ca.gov/returns/ballot-measures/county/napa/)

**Nevada** (http://vote.sos.ca.gov/returns/ballot-measures/county/nevada/)

**Orange** (http://vote.sos.ca.gov/returns/ballot-measures/county/orange/)

**Placer** (http://vote.sos.ca.gov/returns/ballot-measures/county/placer/)

**Plumas** (http://vote.sos.ca.gov/returns/ballot-measures/county/plumas/)

**Riverside** (http://vote.sos.ca.gov/returns/ballot-measures/county/riverside/)

**Sacramento** (http://vote.sos.ca.gov/returns/ballot-measures/county/sacramento/)

**San Benito** (http://vote.sos.ca.gov/returns/ballot-measures/county/san-benito/)

**San Bernardino** (http://vote.sos.ca.gov/returns/ballot-measures/county/san-bernardino/)

**San Diego** (http://vote.sos.ca.gov/returns/ballot-measures/county/san-diego/)

**San Francisco** (http://vote.sos.ca.gov/returns/ballot-measures/county/san-francisco/)

**San Joaquin** (http://vote.sos.ca.gov/returns/ballot-measures/county/san-joaquin/)

**San Luis Obispo** (http://vote.sos.ca.gov/returns/ballot-measures/county/san-luis-obispo/)

**San Mateo** (http://vote.sos.ca.gov/returns/ballot-measures/county/san-mateo/)

**Santa Barbara** (http://vote.sos.ca.gov/returns/ballot-measures/county/santa-barbara/)

**Santa Clara** (http://vote.sos.ca.gov/returns/ballot-measures/county/santa-clara/)

**Santa Cruz** (http://vote.sos.ca.gov/returns/ballot-measures/county/santa-cruz/)

**Shasta** (http://vote.sos.ca.gov/returns/ballot-measures/county/shasta/)

**Sierra** (http://vote.sos.ca.gov/returns/ballot-measures/county/sierra/)

**Siskiyou** (http://vote.sos.ca.gov/returns/ballot-measures/county/siskiyou/)

**Solano** (http://vote.sos.ca.gov/returns/ballot-measures/county/solano/)

**Sonoma** (http://vote.sos.ca.gov/returns/ballot-measures/county/sonoma/)

**Stanislaus** (http://vote.sos.ca.gov/returns/ballot-measures/county/stanislaus/)

**Sutter** (http://vote.sos.ca.gov/returns/ballot-measures/county/sutter/)

**Tehama** (http://vote.sos.ca.gov/returns/ballot-measures/county/tehama/)

**Trinity** (http://vote.sos.ca.gov/returns/ballot-measures/county/trinity/)

Tulare (http://vote.sos.ca.gov/returns/ballot-measures/county/tulare/)

Tuolumne (http://vote.sos.ca.gov/returns/ballot-measures/county/tuolumne/)

Ventura (http://vote.sos.ca.gov/returns/ballot-measures/county/ventura/)

Yolo (http://vote.sos.ca.gov/returns/ballot-measures/county/yolo/)

Yuba (http://vote.sos.ca.gov/returns/ballot-measures/county/yuba/)

## Other Links

**Statewide Contests** (http://vote.sos.ca.gov/contests/statewide/)

**Legislative and Congressional Contests** (http://vote.sos.ca.gov/contests/district/)

**State Ballot Measures** (http://vote.sos.ca.gov/returns/ballot-measures/)

**Maps** (http://vote.sos.ca.gov/maps/)

**Close Contests** (http://vote.sos.ca.gov/returns/close-contests/)

**County Reporting Status** (http://vote.sos.ca.gov/returns/status/)

**Unprocessed Ballots Status** (http://vote.sos.ca.gov/unprocessed-ballots-status/)

**Check Status of Your Ballot** (http://www.sos.ca.gov/elections/ballot-status/)

**Certified List of Candidates** (PDF 88KB) (http://www.sos.ca.gov/elections/2012-elections/nov-general/pdf/certified-list-candidates-abbreviated.pdf)