KAMALA D. HARRIS
Attorney General of California
DANE R. GILLETTE
Chief Assistant Attorney General
GERALD A. ENGLER
Senior Assistant Attorney General
ALICE B. LUSTRE
Deputy Attorney General
ERIC D. SHARE
Supervising Deputy Attorney General
State Bar No. 151230
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone:  (415) 703-1375
 Fax:  (415) 703-1234
 E-mail:  Eric.Share@doj.ca.gov
*Attorneys for Respondent*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **ERNEST EDWARD DYKES,**<br><br>                                      Petitioner,<br><br>     v.<br><br>**KEVIN CHAPPELL, Warden of San Quentin State Prison,**<br><br>                                      Respondent. | 11-CV-04454-SI<br><br>**DEATH PENALTY CASE**<br><br>**JOINT STIPULATION TO EXTEND TIME FOR PROCEEDINGS REGARDING DETERMINING EXHAUSTION ISSUES**<br><br>Judge:       The Honorable Susan Illston |

WHEREAS on December 21, 2012, petitioner filed a Petition for Writ of Habeas Corpus under 28 U.S.C. 2254;

WHEREAS Habeas Corpus Local Rule 2254-29 sets forth deadlines for the parties to attempt to resolve issues regarding exhaustion of the claims raised in the petition;

WHEREAS the petition for writ of habeas corpus is approximately 211 pages long and contains eight claims with various subparts;

1

*Dykes v. Chappell*, Case No. (11-CV-04454-SI)
Joint Stipulation to Extend Time for Proceedings Regarding Determining Exhaustion Issues

WHEREAS respondent is in the process of compiling and organizing the lengthy state-court record and having it scanned so that it is accessible to the parties and the Court by computer;

WHEREAS determining issues related to exhaustion will require the parties to review the state court record, including petitioner's direct appeal and state habeas petition in the California Supreme Court;

WHEREAS the parties have conferred and determined that, due to their respective caseloads and the work needed to fully address exhaustion issues, the deadlines set forth in Local Rule 2254-29 do not provide them adequate time to review the petition, meet and confer, and file with this Court, if necessary, a motion regarding exhaustion;

WHEREAS the parties have agreed that a schedule that is reasonable for them would be that respondent have until March 15, 2013—sixty days from the date of this stipulation—to review the petition and send petitioner a letter as required by Habeas Corpus Local Rule 2254-29(b) identifying claims it believes are unexhausted; the parties would then have until April 14, 2013—thirty days from the date of the letter—to meet and confer regarding the issues identified in the letter as required by Habeas Corpus Local Rule 2254-29(b); and, if there continue to be disagreements regarding exhaustion issues, respondent would have until May 14, 2013—thirty days—to file a motion with this Court and prepare with petitioner a joint statement as required by Habeas Corpus Local Rule 2254-29(c).

IT IS THEREFORE respectfully requested of the Court that this stipulation be approved and that time for respondent to notify petitioner by letter of claims it believes are unexhausted as required by Habeas Corpus Local Rule 2254-29(b) be extended to on or before March 15, 2013, that the parties then have until April 14, 2013, to meet and confer regarding issues identified in the letter as required by Habeas Corpus Local Rule 2254-29(b); and that respondent have until May 14, 2013, to file, if necessary, a motion asking the Court to determine the status of the claim(s).  In connection with any such motion relating to exhaustion disputes, the parties shall file a joint statement as required by Habeas Corpus Local Rule 2254-29(c) identifying claims the

2

*Dykes v. Chappell*, Case No. (11-CV-04454-SI
Joint Stipulation to Extend Time for Proceedings Regarding Determining Exhaustion Issues

parties agree are exhausted, claims the parties agree are unexhausted, and claims as to which the parties disagree on exhaustion.

Dated: January 14, 2013

Respectfully submitted,

KAMALA D. HARRIS
Attorney General of California
DANE R. GILLETTE
Chief Assistant Attorney General
GERALD A. ENGLER
Senior Assistant Attorney General
ALICE B. LUSTRE
Deputy Attorney General

By: /s/ Eric D. Share
ERIC D. SHARE
Supervising Deputy Attorney General
*Attorneys for Respondent*

PHILLIP A. TREVIÑO

By: /s/ Phillip A. Treviño
PHILIP A. TREVIÑO
*Attorney for Petitioner*

SF2011202695
20662521.doc

3

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:  **Ernest Edward Dykes v. Kevin Chappell, Warden of San Quentin State Prison**

No.:  11-CV-04454-SI

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service with postage thereon fully prepaid that same day in the ordinary course of business.

On January 14, 2013, I served the attached

**JOINT STIPULATION TO EXTEND TIME FOR PROCEEDINGS REGARDING DETERMINING EXHAUSTION ISSUES;**

**[PROPOSED] RESCHEDULING ORDER**

by placing a true copy thereof enclosed in a sealed envelope in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004, addressed as follows:

California Appellate Project
Federal Court Docketing
101 Second Street, Suite 600
San Francisco, CA 94105-3647

Habeas Corpus Resource Center
303 Second Street, Suite 400
South Tower
San Francisco, CA 94107

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on January 14, 2013, at San Francisco, California.

|                        |                |
|------------------------|----------------|
| J. Wong<br>Declarant   | *J Wong*<br>Signature |

SF2011202695
20663375.doc