IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ERNEST EDWARD DYKES,**<br><br>                                    Petitioner,<br><br>v.<br><br>**KEVIN CHAPPELL, Warden of San Quentin State Prison,**<br><br>                                    Respondent. | Case No. 11-CV-04454-SI<br><br>**DEATH PENALTY CASE**<br><br>**[PROPOSED] RESCHEDULING ORDER** |

The parties jointly request that the Court reschedule events in the present action that are currently set by Habeas Corpus Local Rule 2254-29. Pursuant to stipulation and the joint request of the parties, the Court grants the request and adopts the following schedule.

(1) On or before March 15, 2013, Respondent shall send to Petitioner a letter identifying claims in the Petition for Writ of Habeas Corpus that it believes are unexhausted.

(2) On or before April 14, 2013, Respondent and Petitioner shall meet and confer regarding the issues identified in the letter.

(3) If there continue to be disagreements regarding exhaustion issues, Respondent shall file on or before May 14, 2013, a motion asking the Court to determine the status of the claims.

1

[Proposed] Rescheduling Order
*Dykes v. Chappell*, Case No. 11-CV-04454-SI

1 | In conjunction with any motion, Respondent and Petitioner will file a joint statement as required
2 | by the local rule.

*It is so ordered.*

Dated: _____    _____
                                            The Honorable Susan Illston