KAMALA D. HARRIS
Attorney General of California
DANE R. GILLETTE
Chief Assistant Attorney General
GERALD A. ENGLER
Senior Assistant Attorney General
ALICE B. LUSTRE
Deputy Attorney General
ERIC D. SHARE
Supervising Deputy Attorney General
State Bar No. 151230
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA  94102-7004
  Telephone:  (415) 703-1375
  Fax:  (415) 703-1234
  E-mail:  Eric.Share@doj.ca.gov
*Attorneys for Respondent*

PHILLIP A. TREVIÑO
State Bar No. 121119
  137 N. Larchmont Blvd., #801
  Los Angeles, CA 90004
  Telephone:  (213) 949-8000
  E-mail:  ptrevino@samben.us
*Attorney for Petitioner*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **ERNEST EDWARD DYKES,**<br><br>Petitioner,<br><br>v.<br><br>**KEVIN CHAPPELL, Warden of San Quentin State Prison,**<br><br>Respondent. | 11-CV-04454-SI<br><br>**DEATH PENALTY CASE**<br><br>**JOINT STIPULATION REGARDING TIME TO FILE ANSWER TO PETITION FOR WRIT OF HABEAS CORPUS**<br><br>Judge:     The Honorable Susan Illston |

WHEREAS on December 21, 2012, petitioner filed a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2254;

1

*Dykes v. Chappell*, Case No. 11-CV-04454-SI
Joint Stipulation Regarding Time to File Answer to Petition for Writ of Habeas Corpus

1  WHEREAS Habeas Corpus Local Rule 2254-29 sets forth deadlines for respondent to
2  answer the petition;
3  WHEREAS the petition is approximately 211 pages long and contains eight claims with
4  numerous subclaims;
5  WHEREAS respondent is in the process of compiling and organizing the lengthy state-
6  court record and having it scanned so that it is accessible to the Court and the parties by
7  computer;
8  WHEREAS the parties have completed their meet and confer process regarding issues
9  related to exhaustion of claims;
10  WHEREAS respondent has chosen not to file a motion to dismiss for failure to exhaust but
11  will to proceed to answer the petition;
12  WHEREAS, Supervising Deputy Attorney General Eric D. Share will be the principal
13  attorney tasked with preparing the answer on behalf of respondent;
14  WHEREAS given the number and complexity of the issues raised in the petition substantial
15  time will be needed to prepare an adequate answer;
16  WHEREAS, in addition to preparing the answer to the petition, Supervising Deputy
17  Attorney General Share has supervisorial duties in the California Attorney General's Office that
18  will require a portion of his time;
19  WHEREAS Supervising Deputy Attorney General Share also has a one-month prepaid
20  vacation scheduled in the Fall;
21  WHEREAS the parties have conferred and agreed that based on the factors listed above
22  seven months is a reasonable time for respondent to file the answer;
23  WHEREAS the parties have agreed to confer again after the answer is filed, and petitioner
24  has had an opportunity to review and assess the answer, so that they may discuss an appropriate
25  time in which petitioner will have to prepare and file the traverse;
26
27
28

2

*Dykes v. Chappell*, Case No. 11-CV-04454-SI
Joint Stipulation Regarding Time to File Answer to Petition for Writ of Habeas Corpus

1  IT IS THEREFORE respectfully requested of the Court that this stipulation be approved

2 and that the time for respondent to answer the petition be extended to seven months from the date

3 of the filing of this joint stipulation, i.e., December 17, 2013.

5  Dated: May 17, 2013                                Respectfully submitted,

6                                                    KAMALA D. HARRIS
                                                     Attorney General of California
7                                                    DANE R. GILLETTE
                                                     Chief Assistant Attorney General
8                                                    GERALD A. ENGLER
                                                     Senior Assistant Attorney General
9                                                    ALICE B. LUSTRE
                                                     Deputy Attorney General
10

12                                                   By:    /s/  Eric D. Share
                                                     ERIC D. SHARE
                                                     Supervising Deputy Attorney General
13                                                   *Attorneys for Respondent*

15                                                   PHILLIP A. TREVIÑO

17                                                   By:    /s/  Phillip A. Treviño
                                                     PHILLIP A. TREVIÑO
                                                     *Attorney for Petitioner*
18

19 SF2011202695
   20692355.doc

3

*Dykes v. Chappell*, Case No. 11-CV-04454-SI
Joint Stipulation Regarding Time to File Answer to Petition for Writ of Habeas Corpus

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:   **Ernest Edward Dykes v. Kevin Chappell, Warden of San Quentin State Prison**

No.:   11-CV-04454-SI

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service with postage thereon fully prepaid that same day in the ordinary course of business.

On May 17, 2013, I served the attached

**JOINT STIPULATION REGARDING TIME TO FILE ANSWER TO PETITION FOR WRIT OF HABEAS CORPUS;**

**[PROPOSED] RESCHEDULING ORDER**

by placing a true copy thereof enclosed in a sealed envelope in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004, addressed as follows:

California Appellate Project
101 Second Street, Suite 600
San Francisco, CA 94105-3647

Habeas Corpus Resource Center
303 Second Street, Suite 400
South Tower
San Francisco, CA 94107

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on May 17, 2013, at San Francisco, California.

|  J. Wong  |  *J Wong*  |
|  Declarant  |  Signature  |

SF2011202695
20693843.doc