IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ERNEST EDWARD DYKES,**<br><br>                                  Petitioner,<br><br>v.<br><br>**KEVIN CHAPPELL, Warden of San Quentin State Prison,**<br><br>                                  Respondent. | Case No. 11-CV-04454-SI<br><br>**[PROPOSED] RESCHEDULING ORDER** |

The parties jointly request that the court reschedule the time that is currently set by Habeas Corpus Local Rule 2254-29 for respondent to file its answer to the petition for writ of habeas corpus. Pursuant to stipulation of the parties, the Court grants the request and orders that respondent shall file its answer on or before December 17, 2013.

*It is so ordered.*

Dated: _____          _____
                                                                        The Honorable Susan Illston

1