KAMALA D. HARRIS
Attorney General of California
DANE R. GILLETTE
CHIEF ASSISTANT ATTORNEY GENERAL
GERALD A. ENGLER
SENIOR ASSISTANT ATTORNEY GENERAL
ALICE B. LUSTRE
DEPUTY ATTORNEY GENERAL
Supervising Deputy Attorney General
ERIC D. SHARE
Supervising Deputy Attorney General
State Bar No. 151230
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone:  (415) 703-1375
 Fax:  (415) 703-1234
 E-mail:  Eric.Share@doj.ca.gov
*Attorneys for Respondent*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **ERNEST EDWARD DYKES,** | **CAPITAL CASE** |
| Petitioner, | 11-CV-04454-SI |
| v. | **NOTICE OF LODGING AND INDEX OF STATE RECORD PURSUANT TO HABEAS LOCAL RULE 2254-27(a)(5)** |
| **KEVIN CHAPPELL, Warden of San Quentin State Prison,** | |
| Respondent. | |

        Pursuant to Habeas L.R. 2254-27(a)(5), respondent has lodged the required record with an

index in this case.  We have not lodged extraneous state court records not specified in the rule and

which could have no conceivable relevance to this collateral proceeding.  All such documents

remain available to the Court upon requests.

///

///

1

**I.  STATE TRIAL RECORD**

*Alameda County Superior Court #102880*

**A.  Clerk's Transcripts on Appeal**

Master Index                                           [AG000001-AG000047]

Volume 1                                               [AG000049-AG000284]

Volume 2                                               [AG000286-AG000478]

Volume 3                                               [AG000479-AG000746]

Volume 4                                               [AG000747-AG000944]

Volume 5                                               [AG000945-AG001224]

Volume 6                                               [AG001225-AG001504]

Volume 7                                               [AG001505-AG001783]

Volume 8                                               [AG001784-AG002063]

Volume 9                                               [AG002064-AG002342]

Volume 10                                              [AG002343-AG002622]

Volume 11                                              [AG002623-AG002900]

Volume 12                                              [AG002901-AG003180]

Volume 13                                              [AG003181-AG003460]

Volume 14                                              [AG003461-AG003740]

Volume 15                                              [AG003741-AG004019]

Volume 16                                              [AG004020-AG004300]

Volume 17                                              [AG004301-AG004578]

Volume 18                                              [AG004579-AG004858]

Volume 19                                              [AG004859-AG005141]

Volume 20                                              [AG005142-AG005421]

Volume 21                                              [AG005422-AG005700]

Volume 22                                              [AG005701-AG005978]

Volume 23                                              [AG005979-AG006262]

Volume 24                                              [AG006263-AG006539]

| | | |
|---|---|---|
| 1 | Volume 25 | [AG006540-AG006819] |
| 2 | Volume 26 | [AG006820-AG007099] |
| 3 | Volume 27 | [AG007100-AG007379] |
| 4 | Volume 28 | [AG007380-AG007660] |
| 5 | Volume 29 | [AG007661-AG007940] |
| 6 | Volume 30 | [AG007941-AG008220] |
| 7 | Volume 31 | [AG008221-AG008498] |
| 8 | Volume 32 | [AG008499-AG008777] |
| 9 | Volume 33 | [AG008778-AG009053] |
| 10 | Volume 34 | [AG009054-AG009327] |
| 11 | Volume 35 | [AG009328-AG009604] |
| 12 | Volume 36 | [AG009605-AG009878] |
| 13 | Volume 37 | [AG009879-AG010152] |
| 14 | Volume 38 | [AG010153-AG010426] |
| 15 | Volume 39 | [AG010427-AG010701] |
| 16 | Volume 40 | [AG010702-AG010979] |
| 17 | Volume 41 | [AG010980-AG011257] |
| 18 | Volume 42 | [AG011258-AG011536] |
| 19 | Volume 43 | [AG011537-AG011815] |
| 20 | Volume 44 | [AG011816-AG012096] |
| 21 | Volume 45 | [AG012097-AG012337] |
| 22 | Volume 46 | [AG012338-AG012616] |
| 23 | Volume 47 | [AG012617-AG012893] |
| 24 | Volume 48 | [AG012894-AG013170] |
| 25 | Volume 49 | [AG013171-AG013452] |
| 26 | Volume 50 | [AG013453-AG013732] |
| 27 | Volume 51 | [AG013733-AG013933] |
| 28 | Volume 52 | [AG013934-AG014214] |

Notice of Lodging and Index of State Record-- *Dykes v. Chappell*  (11-CV-04454-SI)

| | | | |
|---|---|---|---|
| 1 | Volume 53 | | [AG014215-AG014495] |
| 2 | Volume 54 | | [AG014496-AG014776] |
| 3 | Volume 55 | | [AG014777-AG015056] |
| 4 | Volume 56 | | [AG015057-AG015337] |
| 5 | Volume 57 | | [AG015338-AG015615] |
| 6 | Volume 58 | | [AG015616-AG015894] |
| 7 | Volume 59 | | [AG015895-AG016055] |
| 8 | Volume 60 | | [AG016056-AG016368] |
| 9 | Volume 61 | | [AG016369-AG016705] |
| 10 | Volume 62 | *SEALED TRANSCRIPT* | |
| 11 | Volume 63 | | [AG016706-AG016857] |
| 12 | Volume 64 | | [AG016858-AG016907] |
| 13 | Volume 65 | | [AG016908-AG017054] |

14   / / /

15   **B.  Reporter's Transcripts on Appeal**

16   Master Index                                [AG017055-AG017067]

17   *Pre-Trial Transcripts*

| | | | | |
|---|---|---|---|---|
| 18 | ----- | Pages 00001-00003 | August 10, 1993 | [AG017068-AG017072] |
| 19 | ----- | Pages 00001-00002 | August 24, 1993 | [AG017073-AG017076] |
| 20 | ----- | Pages 00001-00002 | September 2, 1993 | [AG017077-AG017080] |
| 21 | ----- | Pages 00001-00002 | September 8, 1993 | [AG017081-AG017085] |
| 22 | ----- | Pages 00001-00002 | October 4, 1993 | [AG017086-AG017089] |
| 23 | ----- | Pages 00001-00002 | October 21, 1993 | [AG017090-AG017093] |
| 24 | ------ | Pages 00001-00007 | Dec 3, 9, 23, 1993 | [AG017094-AG017100] |
| 25 | ----- | Pages 00001-00004 | October 19, 1994 | [AG017101-AG017105] |
| 26 | ----- | Pages 00001-00002 | February 8, 1995 | [AG017105-AG017109] |
| 27 | ----- | Pages 00001-00004 | February 28, 1995 | [AG017110-AG017115] |
| 28 | ----- | Pages 00001-00004 | February 28, 1995 | [AG017116-AG017121] |

4

*Trial Transcripts*

| | | | |
|---|---|---|---|
| Volume 1 | Pages 00001-00163 | VARIOUS | [AG017122-AG017287] |
| Volume 2 | Pages 00164-00236 | May 10, 1995 | [AG017288-AG017363] |
| Volume 3 | Pages 00237-00322 | May 11, 15, 1995 | [AG017364-AG017450] |
| Volume 4 | Pages 00323-00559 | VARIOUS | [AG017451-AG017687] |
| Volume 5 | Pages 00576-00770 | June 1, 1995 | [AG017688-AG017885] |
| Volume 6 | Pages 00771-00915 | June 5, 1995 | [AG017886-AG018032] |
| Volume 7 | Pages 00916-01044 | June 6, 1995 | [AG018033-AG018164] |
| Volume 8 | Pages 01045-01197 | June 7, 1995 | [AG018165-AG018321] |
| Volume 9 | Pages 01198-01352 | June 8, 1995 | [AG018322-AG018479] |
| Volume 10 | Pages 01353-01540 | June 12, 1995 | [AG018450-AG018671] |
| Volume 11 | Pages 01541-01687 | June 13, 1995 | [AG018672-AG018818] |
| Volume 12 | Pages 01688-01854 | June 14, 1995 | [AG018819-AG018980] |
| Volume 13 | Pages 01855-02054 | June 15, 1995 | [AG018981-AG019182] |
| Volume 14 | Pages 02055-02215 | June 19, 1995 | [AG019183-AG019345] |
| Volume 15 | Pages 02216-02332 | June 20 & 21, 1995 | [AG019346-AG019464] |
| Volume 16 | Pages 02334-02448 | June 22, 1995 | [AG019465-AG019582] |
| Volume 17 | Pages 02449-02580 | June 26, 1995 | [AG019583-AG019717] |
| Volume 18 | Pages 02581-02603 | June 29, 1995 | [AG019718-AG019741] |
| Volume 19 | Pages 02604-02798 | July 10, 1995 | [AG019742-AG019938] |
| Volume 20 | Pages 02799-02940 | July 11, 1995 | [AG019939-AG020132] |
| Volume 21 | Pages 02941-03036 | July 12, 1995 | [AG020131-AG020181] |
| Volume 22 | Pages 03037-03110 | July 13, 1995 | [AG020182-AG020256] |
| Volume 23 | Pages 03111-03252 | July 17, 1995 | [AG020257-AG020402] |
| Volume 24 | Pages 03253-03418 | July 18, 1995 | [AG020403-AG020571] |
| Volume 25 | Pages 03419-03499 | July 19, 1995 | [AG020572-AG020654] |
| Volume 26 | Pages 03500-03592 | July 20-21, & 24, 1995 | [AG020655-AG020749] |
| Volume 27 | Pages 03593-03748 | VARIOUS | [AG020750-AG020906] |

| | | | |
|---|---|---|---|
| Volume 28 | Pages 03749-03872 | August 8, 1995 | [AG020907-AG021032] |
| Volume 29 | Pages 03873-04056 | VARIOUS | [AG021033-AG021217] |
| Volume 30 | Pages 04057-04090 | November 3, 1995 | [AG021218-AG021252] |
| Volume 31 | Pages 04091-04158 | December 22, 1995 | [AG021253-AG021323] |

*Record Correction*

| | | | |
|---|---|---|---|
| ----- | Pages 00001-00046 | January 6, 2006 | [AG021324-AG021372] |
| ----- | Pages 00047-00062 | January 6, 2006 | [AG021373-AG021390] |

/ / /

## II. DIRECT REVIEW RECORD

*California Supreme Court #S050851*

| | |
|---|---|
| Appellant's Opening Brief filed August 19, 2002 | [AG021391-AG021679] |
| Respondent's Brief filed May 16, 2003 | [AG021680-AG021953] |
| Appellant's Reply Brief filed January 7, 2004 | [AG021954-AG022066] |
| Opinion filed June 15, 2009 | [AG022067-AG022182] |
| Petition for Rehearing filed June 29, 2009 | [AG022183-AG022196] |
| Order Denying Petition filed August 12, 2009 | [AG022197-AG022198] |

/ / /

## III. FEDERAL CERTIORARI

*Supreme Court of the United States #09-7563*

| | |
|---|---|
| Petition for Certiorari filed November 9, 2009 | [AG022199-AG022337] |
| Brief in Opposition to Petition filed December 7, 2009 | [AG022338-AG022368] |
| Order Denying Petition filed January 11, 2010 | [AG022369] |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

**IV. STATE HABEAS CORPUS RECORD**

*California Supreme Court #S126085*

Petition for Writ of Habeas Corpus filed July 6, 2004      [AG022370-AG022790]

Exhibits in Support Volumes 1 filed July 6, 2004      [AG022791-AG023131]

Exhibits in Support Volumes 2 filed July 6, 2004      [AG023132-AG023437]

Exhibits in Support Volumes 3 filed July 6, 2004      [AG023438-AG023757]

Exhibits in Support Volumes 4 filed July 6, 2004      [AG023758-AG024057]

Exhibits in Support Volumes 5 filed July 6, 2004      [AG024058-AG024407]

Exhibits in Support Volumes 6 filed July 6, 2004      [AG024408-AG024763]

Exhibits in Support Volumes 7 filed July 6, 2004      [AG027464-AG024933]

Informal Response filed March 29, 2005      [AG024934-AG025125]

Informal Reply In Support of Petition . . . filed May 12, 2006      [AG025126-AG025199]

Exhibits in Support Volume 8 filed May 12, 2006      [AG025200-AG025231]

Order Denying Petition filed August 31, 2011      [AG025232]

*California First District Court of Appeal #A112760*

Petition for Writ of Mandate filed January 26, 2006      [AG025233-AG025266]

Exhibits in Support of Writ of Mandate filed January 26, 2006      [AG025267-AG025408]

Order Denying the Petition filed February 2, 2006      [AG025409]

*California Supreme Court #S141081*

Petition for Review filed February 14, 2006      [AG025410-AG025485]

Answer to Petition filed March 23, 2006      [AG025486-AG025516]

Reply to Answer to Petition filed March 29, 2006      [AG025517-AG025536]

Order Denying Petition filed April 19, 2006      [AG025537]

/ / /

/ / /

/ / /

/ / /

7

1  *California First District Court of Appeal #A113539*

2  Petition for Writ of Mandate filed April 17, 2006          [AG025538-AG025555]

3  Order Denying Writ of Mandate filed May 4, 2006          [AG025556]

4  / / /

5  Dated:  December 13, 2013                    Respectfully submitted,

6                                              KAMALA D. HARRIS
                                               Attorney General of California
7                                              DANE R. GILLETTE
                                               Chief Assistant Attorney General
8                                              GERALD A. ENGLER
                                               Senior Assistant Attorney General
9                                              ALICE B. LUSTRE
                                               Deputy Attorney General

10

11                                             /s/ Eric D. Share

12                                             ERIC D. SHARE
                                               Supervising Deputy Attorney General
13                                             *Attorneys for Respondent*

14  SF2011202695
    20664438.doc
15

16

17

18

19

20

21

22

23

24

25

26

27

28

Notice of Lodging and Index of State Record-- *Dykes v. Chappell*  (11-CV-04454-SI)

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:   **Ernest Edward Dykes v. Kevin Chappell, Warden of San Quentin State Prison**

No.:   **11-CV-04454-SI**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service with postage thereon fully prepaid that same day in the ordinary course of business.

On December 13, 2013, I served the attached

**NOTICE OF LODGING AND INDEX OF STATE RECORD PURSUANT TO HABEAS LOCAL RULE 2254-27(a)(5)**

by placing a true copy thereof enclosed in a sealed envelope in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004, addressed as follows:

California Appellate Project
Federal Court Docketing
101 Second Street, Suite 600
San Francisco, CA 94105-3647

Habeas Corpus Resource Center
303 Second Street, Suite 400 South
San Francisco, CA 94107

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on December 13, 2013, at San Francisco, California.

| J. Wong | /s/ J. Wong |
|---------|-------------|
| Declarant | Signature |

SF2011202695
40840211.doc