1  **PHILLIP A. TREVIÑO** [SBN 121119]
   137 N. Larchmont Blvd., #801
2  Los Angeles, California 90004
   Telephone: (213) 949-8000
3
   Attorney for Petitioner
4  ERNEST DYKES

5

6                    **UNITED STATES DISTRICT COURT**

7                 **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

8

9  **ERNEST DYKES**,                  )  **Case No. 11-CV-04454-SI**
                                       )
10          Petitioner,                )  STIPULATION TO SET DATE FOR REPLY
                                       )  / TRAVERSE TO ANSWER TO PETITION
11      v.                             )  UNDER 28 U.S.C. 2254
                                       )
12 **KEVIN CHAPPELL, Warden,**         )
                                       )
13          Respondent.                )  **DEATH PENALTY CASE**
   _____     )
14

15      THE UNDERSIGNED PARTIES, by and between their counsel of

16 record, hereby stipulate and agree as follows:

17      Petitioner filed his finalized petition with this Honorable

18 Court on December 21, 2012.

19      Pursuant to agreement between the parties, and pursuant to

20 order of this Honorable Court, Respondent was permitted until

21 December 13, 2013, to file his answer to the aforementioned

22 petition.  Respondent made said filing consistent with the order of

23 this Court.  The parties had previously agreed to defer setting a

24 due date for Petitioner's reply until Petitioner's counsel could

25 assess Respondent's answer in a meaningful way. Petitioner's

26 counsel has now done so.

27      Having now conferred, the parties agree, and respectfully

28 request, that Petitioner may have until April 27, 2014, to file a

1  reply (consistent with Rule 5(e) of the Rules Governing Section
2  2254 Cases) to Respondent's answer to the petition.
3      The parties further agree, and respectfully request, that this
4  Honorable Court permit the parties to file a joint request for a case
5  management conference no later than sixty (60) days after Petitioner
6  has filed his reply to the answer to the petition.
7      In support of this stipulation, the parties respectfully note the
8  number and complexity of issues raised by the petition. The petition
9  is 251 pages long, and raises eight (8) claims, each of which has
10 numerous sub-parts.  The answer is 147 pages long, and responds to and
11 rejects each of the eight (8) claims and their subparts.
12     The parties accordingly and respectfully submit that the
13 scheduling contemplated herein is appropriate given the complexity and
14 seriousness of this matter as well as the need of the Court to ensure
15 this matter progresses diligently and appropriately.
16     IT IS SO STIPULATED AND AGREED.
17
18 Dated: February 4, 2014         s/Phillip A. Treviño
                                        Attorney at Law
19                                         Counsel for Petitioner
20
21 Dated: February 4, 2014         s/Eric D. Share
                                        Supervising Deputy Attorney General
22                                         Counsel for Respondent
23
24
25
26
27
28