1  **PHILLIP A. TREVIÑO** [SBN 121119]
   137 N. Larchmont Blvd., #801
2  Los Angeles, California 90004
   Telephone: (213) 949-8000
3
   Attorney for Petitioner
4  ERNEST DYKES

5

6                    UNITED STATES DISTRICT COURT

7              FOR THE NORTHERN DISTRICT OF CALIFORNIA

8

9  **ERNEST DYKES**,                  )  **Case No. 11-CV-04454-SI**
                                      )
10           Petitioner,              )  (PROPOSED) ORDER SETTING DUE DATE
                                      )  FOR REPLY AND FOR REQUEST FOR
11      v.                            )  CASE MANAGEMENT CONFERENCE
                                      )
12 **KEVIN CHAPPELL, Warden,**        )
                                      )
13           Respondent.              )  **DEATH PENALTY CASE**
   _____    )
14

15      FOR GOOD CAUSE FOUND, and based upon stipulation and agreement
16 between the parties, Petitioner may have until April 27, 2014, to
17 file his reply to Respondent's answer.
18      The parties are to file a joint request for a case management
19 conference no later than sixty (60) days after Petitioner has filed
20 his reply to the answer to the petition.
21      IT IS SO ORDERED.
22
   Dated: February ___, 2014         _____
23                                    HONORABLE SUSAN ILLSTON
                                      United States District Judge
24

25 Presented by:

26
   s/Phillip A. Treviño
27

28