**PHILLIP A. TREVIÑO** [SBN 121119]
137 N. Larchmont Blvd., #801
Los Angeles, California 90004
Telephone: (213) 949-8000

Attorney for Petitioner
ERNEST DYKES

## UNITED STATES DISTRICT COURT

### FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ERNEST DYKES**, | **Case No. 11-CV-04454-SI** |
| Petitioner, | (~~PROPOSED~~) ORDER SETTING DUE DATE FOR REPLY AND FOR REQUEST FOR CASE MANAGEMENT CONFERENCE |
| v. | |
| **KEVIN CHAPPELL, Warden,** | |
| Respondent. | **DEATH PENALTY CASE** |

FOR GOOD CAUSE FOUND, and based upon stipulation and agreement between the parties, Petitioner may have until April 27, 2014, to file his reply to Respondent's answer.

The parties are to file a joint request for a case management conference no later than sixty (60) days after Petitioner has filed his reply to the answer to the petition.

IT IS SO ORDERED. A status conference has been scheduled for 6/27/14 at 2:30 p.m. A joint case management conference statement shall be filed one week prior to the conference.

Dated: February 4, 2014

_____
HONORABLE SUSAN ILLSTON
United States District Judge

Presented by:

s/Phillip A. Treviño