**PHILLIP A. TREVIÑO** [SBN 121119]
137 N. Larchmont Blvd., #801
Los Angeles, California 90004
Telephone: (213) 949-8000

Attorney for Petitioner
ERNEST DYKES

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ERNEST DYKES**, | Case No. 11-CV-04454-SI |
| Petitioner, | STIPULATION TO SET DATE FOR REPLY / TRAVERSE TO ANSWER TO PETITION UNDER 28 U.S.C. 2254 |
| v. | |
| **KEVIN CHAPPELL, Warden,** | |
| Respondent. | **DEATH PENALTY CASE** |

THE UNDERSIGNED PARTIES, by and between their counsel of record, hereby stipulate and agree as follows:

Pursuant to agreement between the parties, and pursuant to order of this Honorable Court, Petitioner is due to file no later than April 27, 2014, his reply (consistent with Rule 5(e) of the Rules Governing Section 2254 Cases) to Respondent's answer to the petition.

For good cause, and incorporating by reference the attached declaration of Phillip A. Treviño, the parties hereby stipulate and agree that Petitioner may have until June 27, 2014, to file his reply.

The parties further agree, and respectfully request, that this Honorable Court reschedule the case management conference, currently calendared for June 27, 2014, to sixty (60) days after Petitioner has

filed his reply to the answer to the petition. Counsel for Respondent notes he will be unavailable for several weeks beginning the second week of September and accordingly the parties request the date not be set during that period.

    IT IS SO STIPULATED AND AGREED.

Dated: April 11, 2014                    s/Phillip A. Treviño
                                                Attorney at Law
                                                Counsel for Petitioner

Dated: April 11, 2014                    s/Eric D. Share
                                                Supervising Deputy Attorney General
                                                Counsel for Respondent

**Declaration of Phillip A. Treviño**

I, Phillip A Treviño, do hereby state and declare as follows.

1. I am an attorney at law, duly admitted to practice before this Honorable Court and under appointment as lead counsel to Petitioner in this capital habeas.

2. In recent weeks, I have been experiencing extreme and debilitating lower back pain. On Monday, April 7, 2014, I saw my general physician for this reason. After evaluating me, he both scheduled me for an MRI and referred me to the UCLA Emergency Room for immediate treatment.

3. On Tuesday, April 8, 2014, I underwent an MRI. Based on the results of that examination, I have been diagnosed as suffering from significant disc impairment in the lower back and corrective surgery has been prescribed. My primary physician has referred me to a spinal surgeon specialist for this purpose.

4. My appointment with the surgeon is scheduled for early next week, and it is my understanding surgery will follow shortly thereafter.

5. Given my current medical condition, I am not able to complete my work in this matter on the current scheduling. Accordingly the parties respectfully request the scheduling in this matter be adjusted as recited herein.

I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed this day under the laws of the State of California.

Dated: April 11, 2014             s/Phillip A. Treviño