```
 1  PHILLIP A. TREVIÑO [SBN 121119]
    137 N. Larchmont Blvd., #801
 2  Los Angeles, California 90004
    Telephone: (213) 949-8000
 3
    Attorney for Petitioner
 4  ERNEST DYKES
```

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ERNEST DYKES**, | **Case No. 11-CV-04454-SI** |
| Petitioner, | (PROPOSED) ORDER SETTING DUE DATE FOR REPLY AND FOR REQUEST FOR CASE MANAGEMENT CONFERENCE |
| v. | |
| **KEVIN CHAPPELL, Warden,** | |
| Respondent. | **DEATH PENALTY CASE** |

FOR GOOD CAUSE FOUND, and based upon stipulation and agreement between the parties, Petitioner may have until June 27, 2014, to file his reply to Respondent's answer.

The Court sets a case management conference in this matter for _____.

IT IS SO ORDERED.

Dated: April ___, 2014               _____
                                     HONORABLE SUSAN ILLSTON
                                     United States District Judge

Presented by:

s/Phillip A. Treviño