1   **PHILLIP A. TREVIÑO** [SBN 121119]
    137 N. Larchmont Blvd., #801
2   Los Angeles, California 90004
    Telephone: (213) 949-8000
3
    Attorney for Petitioner
4   ERNEST DYKES

5

6                    **UNITED STATES DISTRICT COURT**

7              **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

8

9   **ERNEST DYKES**,                  ) Case No. **11-CV-04454-SI**
                                        )
10           Petitioner,               ) (~~PROPOSED~~) ORDER SETTING DUE DATE
                                        ) FOR REPLY AND FOR REQUEST FOR
11           v.                         ) CASE MANAGEMENT CONFERENCE
                                        )
12  **KEVIN CHAPPELL, Warden,**         )
                                        )
13           Respondent.               ) **DEATH PENALTY CASE**
    _____ )

14

15       FOR GOOD CAUSE FOUND, and based upon stipulation and agreement

16  between the parties, Petitioner may have until June 27, 2014, to

17  file his reply to Respondent's answer.

18       The Court sets a case management conference in this matter for

19   8/15/14   .

20       IT IS SO ORDERED.

21
    Dated: April  14  , 2014    _____
22                                HONORABLE SUSAN ILLSTON
                                  United States District Judge
23

24  Presented by:

25
    s/Phillip A. Treviño
26

27

28