**PHILLIP A. TREVIÑO** [SBN 121119]
137 N. Larchmont Blvd., #801
Los Angeles, California 90004
Telephone: (213) 949-8000

Attorney for Petitioner
ERNEST DYKES

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ERNEST DYKES**, | Case No. 11-CV-04454-SI |
| Petitioner, | STIPULATION TO SET DATE FOR REPLY / TRAVERSE TO ANSWER TO PETITION UNDER 28 U.S.C. 2254 |
| v. | |
| **KEVIN CHAPPELL, Warden,** | |
| Respondent. | **DEATH PENALTY CASE** |

THE UNDERSIGNED PARTIES, by and between their counsel of record, hereby stipulate and agree as follows:

Pursuant to agreement between the parties, and pursuant to order of this Honorable Court, Petitioner is due to file no later than June 27, 2014, his reply (consistent with Rule 5(e) of the Rules Governing Section 2254 Cases) to Respondent's answer to the petition.

For good cause, and incorporating by reference the attached declaration of Phillip A. Treviño, the parties hereby stipulate and agree that Petitioner may have until August 27, 2014, to file his reply.

The parties further agree, and respectfully request, that this Honorable Court reschedule the case management conference, currently calendared for August 21, 2014, to no sooner than sixty (60) days

1  after Petitioner has filed his reply to the answer to the petition.
2       Counsel for Respondent notes that from September 8 to September
3  30, 2014, he will be out of his office, and out of the country, and
4  therefore unavailable to work on this case. Accordingly, the parties
5  respectfully request that, in any event, the status conference not be
6  set until a reasonable date after that time so that the parties will
7  have time to prepare a joint status conference statement prior to a
8  status conference.
9       IT IS SO STIPULATED AND AGREED.

11 Dated: June 12, 2014              s/Phillip A. Treviño
                                     Attorney at Law
12                                   Counsel for Petitioner

14 Dated: June 12, 2014              s/Eric D. Share
                                     Supervising Deputy Attorney General
15                                   Counsel for Respondent

**Declaration of Phillip A. Treviño**

I, Phillip A Treviño, do hereby state and declare as follows.

1. I am an attorney at law, duly admitted to practice before this Honorable Court and under appointment as lead counsel to Petitioner in this capital habeas.

2. As the Court was informed in a recent submission, I was diagnosed in April, 2014, as suffering from a major spinal impairment. I underwent major surgery on April 28, 2014, to correct the problem.

3. The surgery proved more complex than the surgeon had anticipated, and as a result I was hospitalized longer than expected. In addition, after the surgery I experienced a number of unanticipated complications that required ongoing medical intervention for a number of weeks.

4. I am now stable although still recovering. It is my surgeon's expectation, as well as my strong hope, that I will have no long-term adverse impairment. However, I remain under numerous orders from my surgeon concerning what physical activities I may engage in through the end of this summer. On a few occasions I have disregarded his instructions, and I promptly experienced significant pain that made abundantly clear to me his advice is sound. Of particular importance here is the fact my surgeon has admonished me not to be seated for more than fifteen (15) minutes at any time. Regrettably, as I have been anxious to bring my docket current, on several occasions I foolishly disregarded this instruction, and promptly found myself painfully debilitated for significant periods. As I trust the Court can appreciate, this

particular limitation makes legal drafting extremely problematic, as I cannot sit and draft for the types of sustained sessions I have been used to doing.  As a direct consequence, and despite the exercise of due diligence, I have not been able to progress in this matter as quickly as I would have liked to have done.  Due to my current physical limitations I have been forced to conclude I will simply not be able to complete my work in this matter by the current deadline.

  5. For the foregoing reasons, I respectfully request the scheduling in this matter be adjusted as recited herein.

  6. Counsel for Respondent, Mr. Eric D. Share, Supervising Deputy Attorney General, has graciously advised me that given the circumstances he has no opposition to the adjustments requested herein.  He does note, however, that he has had long-standing plans to be out of his office, and out of the country, from September 8 to September 30, 2014. I join with him in respectfully requesting this Honorable Court not schedule this matter for any proceedings during that time so as not to disturb his plans.

  I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed this day under the laws of the State of California.

Dated: June 13, 2014   s/Phillip A. Treviño