**PHILLIP A. TREVIÑO** [SBN 121119]
137 N. Larchmont Blvd., #801
Los Angeles, California 90004
Telephone: (213) 949-8000

Attorney for Petitioner
ERNEST DYKES

## UNITED STATES DISTRICT COURT

### FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ERNEST DYKES,** | ) Case No. **11-CV-04454-SI** |
| Petitioner, | )<br>) (PROPOSED) ORDER SETTING DUE DATE |
| | ) FOR REPLY AND FOR REQUEST FOR |
| v. | ) CASE MANAGEMENT CONFERENCE |
| | ) |
| **KEVIN CHAPPELL, Warden,** | ) |
| | ) |
| Respondent. | ) **DEATH PENALTY CASE** |
| _____ | ) |

FOR GOOD CAUSE FOUND, and based upon stipulation and agreement
between the parties, Petitioner may have until August 27, 2014, to
file his reply to Respondent's answer.

The Court sets a case management conference in this matter for
no sooner than sixty days thereafter, viz. _____.

IT IS SO ORDERED.

Dated: June ___, 2014          _____
                              HONORABLE SUSAN ILLSTON
                              United States District Judge

Presented by:

s/Phillip A. Treviño