**PHILLIP A. TREVIÑO** [SBN 121119]
137 N. Larchmont Blvd., #801
Los Angeles, California 90004
Telephone: (213) 949-8000

Attorney for Petitioner
ERNEST DYKES

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ERNEST DYKES**, | **Case No. 11-CV-04454-SI** |
| Petitioner, | (~~PROPOSED~~) ORDER SETTING DUE DATE FOR REPLY AND FOR REQUEST FOR CASE MANAGEMENT CONFERENCE |
| v. | |
| **KEVIN CHAPPELL, Warden,** | |
| Respondent. | **DEATH PENALTY CASE** |

FOR GOOD CAUSE FOUND, and based upon stipulation and agreement between the parties, Petitioner may have until August 27, 2014, to file his reply to Respondent's answer.

The Court sets a case management conference in this matter for no sooner than sixty days thereafter, viz. November 6, 2014. at 4 p.m.

IT IS SO ORDERED.

Dated: June `16, 2014

_____
HONORABLE SUSAN ILLSTON
United States District Judge

Presented by:

s/Phillip A. Treviño