1 | **PHILLIP A. TREVIÑO** [SBN 121119]
2 | 137 N. Larchmont Blvd., #801
Los Angeles, California 90004
Telephone: (213) 949-8000
3 |
4 | Attorney for Petitioner
ERNEST DYKES
5 |
6 | **UNITED STATES DISTRICT COURT**
7 | **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
8 |

9 | **ERNEST DYKES**,                        ) **Case No. 11-CV-04454-SI**
                                        )
10 |         Petitioner,              ) EX PARTE APPLICATION TO EXTEND
                                        ) DATE FOR REPLY / TRAVERSE TO
11 |         v.                       ) ANSWER TO PETITION UNDER 28
                                        ) U.S.C. 2254
12 | **KEVIN CHAPPELL, Warden,**              )
                                        )
13 |         Respondent.          )
_____ ) **DEATH PENALTY CASE**
14 |

15 |     Petitioner hereby applies to this Honorable Court for an order

16 | extending by thirty (30) days the time for him to file a reply /

17 | traverse to Respondent's answer to the petition.

18 |     Currently Petitioner is due to file no later than August 27,

19 | 2014, his reply (consistent with Rule 5(e) of the Rules Governing

20 | Section 2254 Cases) to Respondent's answer to the petition.

21 |     For good cause, and incorporating by reference the attached

22 | declaration of Phillip A. Treviño, Petitioner respectfully requests

23 | this Honorable Court extend that deadline thirty (30) days until

24 | September 26, 2014, to file his reply.

25 |

26 | Dated: August 26, 2014              s/Phillip A. Treviño
                                        Attorney at Law
27 |                                      Counsel for Petitioner

28 |

**Declaration of Phillip A. Treviño**

I, Phillip A Treviño, do hereby state and declare as follows.

1.    I am an attorney at law, duly admitted to practice before this Honorable Court and under appointment as lead counsel to Petitioner in this capital habeas.

2.    Petitioner is currently due to file his reply / traverse to Respondent's answer to the petition no later than August 27, 2014.   This current deadline was previously extended due to the undersigned counsel's having undergone major surgery. I thank the Court for its consideration in this regard. I am now recovered from that physical challenge.

3.    As this Court is undoubtedly aware, on July 16, 2014, U.S. District Judge Cormac J. Carney issued a twenty-nine (29) page order in <u>Jones v. Chappell</u>, a capital habeas matter pending in the Central District of California, docket CV 09-2158-CJC.    In that order, Judge Carney found and declared that the California death penalty system was unconstitutionally flawed.    Based on his detailed analysis, Judge Carney found and adjudged that the death sentence imposed in that matter was unconstitutional.    His analysis was as to the system as a whole, and did not appear unique to petitioner Jones or to Jones' conviction.    The ruling made national headlines, as this Court is also no doubt aware.

4.    Both California Attorney General Kamala Harris and Governor Jerry Brown have made clear they personally oppose the death penalty.    Accordingly, it seemed plausible that the decision might not be appealed.    However, this past Thursday, August 21, 2014, Respondent California announced publicly that it would seek

1  review of that decision by the Ninth Circuit.

2      5.    Based upon the foregoing, I respectfully seek an

3  extension of time in this matter so that I may now evaluate Judge

4  Carney's decision, as well as the underlying pleadings and evidence

5  that lead to his findings, all with an eye to determine whether it

6  is appropriate to adjust the proposed Reply / Traverse I have

7  underway in this matter, or to seek leave of the Court to amend or

8  otherwise supplement the pending petition.   I did not do so as

9  soon as the decision issued simply because it appeared prudent not

10  to expend CJA funds for this purpose if the Jones decision were to

11  be allowed to stand.

12      6.    In addition to the foregoing, and by separate under seal

13  submission I will make shortly to this Court, I will seek funding

14  for an aspect of the work that needs to be undertaken in this

15  matter.   As I will explain to the Court therein, court staff had

16  previously advised me to defer that request in the hope that it

17  might not be necessary to incur the expenditure, thereby saving CJA

18  funds.   I am sensitive to that concern, and accordingly refrained

19  from making that funding request as per the Court's staff. However,

20  at this point, I am no longer comfortable doing so as it appears

21  this matter will go forward and I have a duty to ensure my client's

22  interests are protected. As the subject matter is confidential

23  pursuant to statute, I have not advised the Attorney General in

24  terms any more specific than recited herein. In my under seal

25  submission to the Court I will be more detailed and specific.

26      7.    I have, however, advised Counsel for Respondent, Mr. Eric

27  D. Share, Supervising Deputy Attorney General, that I will make

28

this ex parte application.   He has advised me that given the
circumstances his office takes no position on the relief requested
in this application.   As a courtesy to him, I note he has
previously advised this Court he will be out of his office (and out
of the country) from September 8 to September 30, 2014.
I respectfully request that any change in the subsequent
calendaring of this matter take his absence from the country into
account.

     I declare under the penalty of perjury that the foregoing is
true and correct to the best of my knowledge. Executed this day
under the laws of the State of California.

Dated: August 26, 2014          s/Phillip A. Treviño