**PHILLIP A. TREVIÑO** [SBN 121119]
137 N. Larchmont Blvd., #801
Los Angeles, California 90004
Telephone: (213) 949-8000

Attorney for Petitioner
ERNEST DYKES

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **ERNEST DYKES**, | Case No. 11-CV-04454-SI |
| Petitioner, | (PROPOSED) ORDER EXTENDING DUE DATE FOR REPLY AND FOR CASE MANAGEMENT CONFERENCE |
| v. | |
| **KEVIN CHAPPELL, Warden,** | |
| Respondent. | **DEATH PENALTY CASE** |

FOR GOOD CAUSE FOUND, Petitioner may have until September 26, 2014, to file his reply / traverse to Respondent's answer.

The parties are to file a joint request for a case management conference no later than sixty (60) days after Petitioner has filed his reply to the answer to the petition.

The case management conference will be heard on _____.

IT IS SO ORDERED.


Dated: August ___, 2014      _____
                             HONORABLE SUSAN ILLSTON
                             United States District Judge

Presented by:

s/Phillip A. Treviño