APPEAL

# UNITED STATES DISTRICT COURT for the CENTRAL DISTRICT OF CALIFORNIA (Western Division – Los Angeles)
## CIVIL DOCKET FOR CASE #: 2:09–cv–02158–CJC

| | |
|---|---|
| Ernest DeWayne Jones v. Kevin Chappell<br>Assigned to: Judge Cormac J. Carney<br>Case in other court:  9th CCA, 14–56302<br>          9TH CCA, 14–56373<br>Cause: 28:2254 Ptn for Writ of H/C – Stay of Execution | Date Filed: 03/27/2009<br>Jury Demand: None<br>Nature of Suit: 535 Death Penalty – Habeas Corpus<br>Jurisdiction: Federal Question |

**Petitioner**

**Ernest DeWayne Jones**  represented by  **Cliona R Plunkett**
Habeas Corpus Resource Center
303 Second Street Suite 400 South
San Francisco, CA 94107
415–348–3800
Fax: 415–348–3873
Email: cplunkett@hcrc.ca.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael Laurence**
Habeas Corpus Resource Center
303 Second Street Suite 400 South
San Francisco, CA 94107
415–348–3800
Fax: 415–348–3873
Email: mlaurence@hcrc.ca.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Patricia C Daniels**
Habeas Corpus Resource Center
303 2nd Street, Suite 400 South
San Francisco, CA 94107
415–348–3800
*TERMINATED: 07/07/2011*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bethany Lobo**
Habeas Corpus Resource Center
303 2nd Street Suite 400 South
San Francisco, CA 94107
415–348–3800
Fax: 415–348–3873
Email: blobo@hcrc.ca.gov
*TERMINATED: 11/15/2013*
*ATTORNEY TO BE NOTICED*

V.

**Respondent**

**Kevin Chappell**  represented by  **Herbert S Tetef**
CAAG – Office of Attorney General of California
300 South Spring Street Suite 1702
Los Angeles, CA 90013
213–897–0201

Fax: 213−897−6496
Email: herbert.tetef@doj.ca.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James W Bilderback , II**
CAAG – Office of Attorney General
California Department of Justice
300 S Spring Street Suite 1702
Los Angeles, CA 90013−1230
213−897−2049
Fax: 213−897−6496
Email: bill.bilderback@doj.ca.gov
*ATTORNEY TO BE NOTICED*

**Sarah Jean Farhat**
CAAG – Office of the Attorney General
California Department of Justice
300 South Spring Street Suite 1702
Los Angeles, CA 90013
213−897−2871
Fax: 213−897−6496
Email: sarah.farhat@doj.ca.gov
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/27/2009 | 1 | EX PARTE APPLICATION for Appointment of Counsel; Request for Stay of Execution and Status Conference; Notice of Intention to File Petition for Writ to Habeas Corpus; and Declaration in Support, filed by petitioner Ernest DeWayne Jones. Lodged Proposed Order.(ghap) (Entered: 03/27/2009) |
| 03/27/2009 | 2 | NOTICE: this capital habeas corpus case was initiated on 3/27/09 and has been assigned to Judge Cormac J. Carney for all further proceedings. (ghap) (Entered: 03/27/2009) |
| 03/27/2009 | 3 | ORDER by Judge James V. Selna: STAYING EXECUTION Upon request 1 of petitioner, through the Habeas Corpus Resource Center, and pursuant to LR 83−17.6(a) and (c), IT IS HEREBY ORDERED that the execution of petitioner's sentence of death and any and all court and other proceedings related to the execution of that sentence, including preparation for execution and the setting of an execution date, are stayed pending final disposition of Ernest Jones's Petition for Writ of Habeas Corpus and throughout all appellate proceedings in this matter, and the stay of execution shall terminate when the mandate of the Ninth Circuit Court of Appeals is issued, filed and spread on the minutes of the United States District Court, unless otherwise ordered. (See document for further details.) (rla) Modified on 3/30/2009 (rla). (Entered: 03/30/2009) |
| 03/30/2009 | 4 | NOTICE OF CLERICAL ERROR: Order 3 was issued by Judge James V. Selna. During the initial docketing of this Order 3 Judge Carmac J. Carney was erroneously reflected as the issuing judge. Docket text has been modified and now correctly reflects Judge Selna. (rla) Modified on 3/30/2009 (rla). (Entered: 03/30/2009) |
| 03/31/2009 | 5 | ORDER AMENDING ORDER STAYING EXECUTION by Judge Cormac J. Carney: IT IS HEREBY ORDERED that the execution of petitioner's sentence of death and any and all court and other proceedings related to the execution of that sentence, including preparation fro execution and the setting of an execution date, are stayed until ninety days after the date this Court appoints counsel to represent petitioner. (See document for further details.) IT IS SO ORDERED. (rla) (Entered: 03/31/2009) |
| 03/31/2009 | 6 | ORDER by Judge Cormac J. Carney, REFERRING MATTER TO DEATH PENALTY COMMITTEE FOR APPOINTMENT OF COUNSEL: Pursuant to Local Rule 83−17.4(a), this matter is hereby referred to the Death Penalty Committee to recommend qualified counsel to represent petitioner. IT IS SO ORDERED. (rla) (Entered: 03/31/2009) |

| | | |
|---|---|---|
| 03/31/2009 | 7 | Proof of Notification filed by Court(jal) (Entered: 03/31/2009) |
| 04/06/2009 | 8 | NOTICE of Appearance filed by attorney Herbert S Tetef on behalf of Respondent Robert K. Wong (Tetef, Herbert) (Entered: 04/06/2009) |
| 04/14/2009 | 9 | ORDER APPOINTING COUNSEL by Judge David O. Carter, IT IS HEREBY ORDERED that Michael Laurence and Patricia Daniels of Habeas Corpus Resource Center are appointed as counsel for petitioner Ernest DeWayne Jones in this action. The address and telephone number of counsel is 303 Second Street, Suite 400 South, San Francisco, California 94107, (415) 348–3800. IT IS SO ORDERED. (rla) Modified on 4/15/2009 (rla). (Entered: 04/15/2009) |
| 04/15/2009 | 10 | NOTICE OF CLERICAL ERROR Judge Cormac J. Carney was reflected on docket entry #9: Docket entry #9 has been modified to appropriately reflect Judge David O. Carter as the Judge that signed the Order Appointing Counsel 9 . (rla) (Entered: 04/15/2009) |
| 04/23/2009 | 11 | ORDER by Judge Cormac J. Carney, OUTLINING PROCEDURES FOR LITIGATION OF CAPITAL HABEAS CASE: Central District of California has adopted its Plan for Budgeting and Case Management in Capital Habeas Cases, as required by the Judicial Council of the Ninth Circuit. This case shall be governed by the Plan. The parties shall appear at a case management conference on June 12, 2009 at 10:30 a.m. following the issuance of this Order, to discuss implementation of a case management plan and budget for this case. (See document for details.) (rla) (Entered: 04/23/2009) |
| 05/14/2009 | 12 | NOTICE OF DISCREPANCY AND ORDER: by Judge Cormac J. Carney, ORDERING Death Penalty Case; Stipulation and Request for Order Continuing Initial case Management Conference; Proposed Order received on 5/11/2009 is not to be filed but instead rejected. Denial based on: Pursuant to G.O. 08–02, Case designated for e–filing. (lwag) (Entered: 05/14/2009) |
| 05/14/2009 | 13 | STIPULATION to Continue Initial Case Management Conference from June 12, 2009 to TBD filed by Petitioner Ernest DeWayne Jones. (Attachments: # 1 Proposed Order)(Laurence, Michael) (Entered: 05/14/2009) |
| 05/18/2009 | 14 | ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE by Judge Cormac J. Carney: Pursuant to the parties' stipulation 13 and for good cause shown, it is hereby ordered that the Initial Case Management Conference previously set for 6/12/09 at 10:30 a.m. shall be continued to 7/17/2009 at 10:30 AM. IT IS SO ORDERED. (mu) (Entered: 05/22/2009) |
| 07/02/2009 | 15 | CONFIDENTIAL CASE EVALUATION FORM filed by Respondent Robert K. Wong (Tetef, Herbert) (Entered: 07/02/2009) |
| 07/07/2009 | 16 | NOTICE of Under Seal Filing filed Ernest DeWayne Jones (Laurence, Michael) (Entered: 07/07/2009) |
| 07/07/2009 | 18 | SEALED DOCUMENT – CONFIDENTIAL CASE EVALUATION FORM (smi) (Entered: 07/13/2009) |
| 07/09/2009 | 17 | STATUS REPORT *(JOINT)* filed by Respondent Robert K. Wong. (Tetef, Herbert) (Entered: 07/09/2009) |
| 07/16/2009 | 19 | MINUTES OF IN CHAMBERS ORDER RESETTING CASE MANAGEMENT CONFERENCE AS TO TIME ONLY held before Judge Cormac J. Carney: The Court hereby resets the case management conference from Friday, July 17, 2009 at 10:30 a.m. to Friday, July 17, 2009 at 2:00 p.m. (mu) (Entered: 07/16/2009) |
| 07/17/2009 | 20 | MINUTES OF CASE MANAGEMENT CONFERENCE (Phase I) held before Judge Cormac J. Carney: Court and counsel confer regarding status of case. Mr. Laurence makes an oral request for an order to be issued for a stay of execution. Court grants the request and directs death penalty law clerk to prepare an order. Court schedules a status conference for June 21, 2010 at 3:30 p.m. Court Reporter: Maria Dellaneve. (mu) (Entered: 07/21/2009) |
| 07/23/2009 | 21 | MINUTES OF IN CHAMBERS ORDER RE PETITIONERS REQUEST FOR A STAY OF EXECUTION held before Judge Cormac J. Carney: Pursuant to the Patriot Act, Petitioner is entitled to a stay of execution for 90 days following the appointment |

| | | |
|---|---|---|
| | | of counsel but prior to the filing of the petition. See 28 U.S.C. § 2251(a). Following the filing of the petition, Petitioner may request a stay of execution for the duration of these federal habeas proceedings. (mu) (Entered: 07/24/2009) |
| 09/23/2009 | 22 | MINUTES OF IN CHAMBERS ORDER by Judge Cormac J. Carney: Petitioner's Budgeting Materials: Petitioner is directed to file his Phase I and II Budgeting Materials under seal on or before October 15, 2009. (rla) (Entered: 09/24/2009) |
| 10/09/2009 | 23 | NOTICE of Manual Filing filed by Petitioner Ernest DeWayne Jones of Petitioner's Phase I and II Budgeting Forms and Declaration of Counsel in Support. (Laurence, Michael) (Entered: 10/09/2009) |
| 10/13/2009 | 24 | SEALED DOCUMENT RE: CASE MANAGEMENT Plan and Budget for Phases I & II (Attachments: # 1 1, # 2 2) (ade) (Entered: 10/13/2009) |
| 10/26/2009 | 25 | SEALED DOCUMENT – ORDER (nbo) (Entered: 11/19/2009) |
| 03/10/2010 | 26 | APPLICATION for Writ of of Habeas Corpus filed by Petitioner Ernest DeWayne Jones. (Laurence, Michael) (Entered: 03/10/2010) |
| 03/17/2010 | 27 | MINUTES OF IN CHAMBERS ORDER held before Judge Cormac J. Carney, re: SETTING BRIEFING SCHEDULE: The Court is in receipt of the Petition 26 and now directs the parties to meet and confer. Within 30 days after the entry of this Order, the parties shall file a proposed briefing schedule regarding the direction of the litigation of this matter. Within 30 days of the filing of the proposed briefing schedule, Petitioner shall file his proposed Phase III budget. Pursuant to Local Rule 83–17.6 and 28 U.S.C. § 2251(a), the Court issues a stay of execution for the duration of these federal habeas proceedings. IT IS SO ORDERED. (rla) (Entered: 03/17/2010) |
| 04/06/2010 | 28 | ANSWER *to Petition for Writ of Habeas Corpus* filed by Respondent Robert K. Wong.(Tetef, Herbert) (Entered: 04/06/2010) |
| 04/06/2010 | 29 | NOTICE OF LODGING filed re Answer to Complaint 28 (Tetef, Herbert) (Entered: 04/06/2010) |
| 04/08/2010 | 30 | Joint STIPULATION for Order Re: Briefing Schedule filed by Respondent Robert K. Wong. (Attachments: # 1 Proposed Order)(Tetef, Herbert) (Entered: 04/08/2010) |
| 04/12/2010 | 31 | ORDER by Judge Cormac J. Carney, REGARDING JOINT STIPULATION RE: BRIEFING SCHEDULE 30 : The Joint Stipulation Re: Briefing Schedule 30 , lodged with the Court on April 8, 2010, is hereby adopted by this Court. The parties shall adhere to the filing deadlines set forth therein. The status conference previously set for June 21, 2010, at 3:30 p.m., is taken off calendar. IT IS SO ORDERED. (rla) (Entered: 04/12/2010) |
| 04/23/2010 | 32 | NOTICE OF MOTION AND MOTION for More Definite Statement filed by Petitioner Ernest DeWayne Jones. Motion set for hearing on 5/24/2010 at 01:30 PM before Judge Cormac J. Carney. (Attachments: # 1 Proposed Order Granting Motion for More Definite Statement)(Laurence, Michael) Modified on 6/8/2010 (rla). (Entered: 04/23/2010) |
| 04/26/2010 | 33 | NOTICE of Manual Filing filed by Respondent Robert K. Wong of 1) Application to Lodge Probation Report Under Seal; 2) Proposed Order; 3) Probation Report. (Tetef, Herbert) (Entered: 04/26/2010) |
| 04/28/2010 | 34 | EX PARTE APPLICATION FOR ENLARGEMENT OF TIME to File Traverse and Phase III Budget filed by Petitioner Ernest DeWayne Jones. (Attachments: # 1 Proposed Order Enlarging Time to File the Traverse and Phase III Budget)(Laurence, Michael) (Entered: 04/28/2010) |
| 04/29/2010 | 38 | APPLICATION to Lodge Probation Report Under Seal; filed by respondent Robert K. Wong. (rla) (Entered: 05/10/2010) |
| 04/29/2010 | 39 | ORDER by Judge Cormac J. Carney: granting APPLICATION 38 . IT IS ORDERED that Petitioner's confidential probation report is lodged under seal. (rla) Modified on 5/13/2010 (lwag). (Entered: 05/10/2010) |
| 04/30/2010 | 35 | MINUTES (IN CHAMBERS): ORDER by Judge Cormac J. Carney: ENLARGING TIME TO FILE TRAVERSE AND PHASE III BUDGET: 34 Ex Parte Application |

| | | |
|---|---|---|
| | | For An Order Enlarging The Time To File Traverse And Phase III Budget is HEREBY GRANTED. Petitioner is ordered to file the Traverse and Phase III budget thirty (30) days after respondent files a supplemental answer or, in the event that this Court denies petitioner's motion, petitioner will file a traverse thirty (30) days after this Court's order denying his motion. (rla) (Entered: 04/30/2010) |
| 05/03/2010 | 36 | OPPOSITION re: MOTION for More Definite Statement 32 filed by Respondent Robert K. Wong. (Attachments: # 1 Proposed Order)(Tetef, Herbert) (Entered: 05/03/2010) |
| 05/06/2010 | 37 | MINUTES (IN CHAMBERS): ORDER by Judge Cormac J. Carney: Hearing calendared for May 24, 2010, is vacated and the matter is taken off calendar, as the Court finds that this matter is appropriate for decision without oral argument, re: Motion for More Definite Statement 32 . IT IS SO ORDERED. (rla) (Entered: 05/06/2010) |
| 05/10/2010 | 40 | REPLY in Support of MOTION for More Definite Statement 32 filed by Petitioner Ernest DeWayne Jones. (Laurence, Michael) (Entered: 05/10/2010) |
| 05/13/2010 | 41 | NOTICE filed by Respondent Robert K. Wong. *(NOTICE OF ERRATA)* (Tetef, Herbert) (Entered: 05/13/2010) |
| 05/13/2010 | 42 | NOTICE OF LODGING filed *(SUPPLEMENTAL)* re Notice of Lodging 29 (Tetef, Herbert) (Entered: 05/13/2010) |
| 06/08/2010 | 43 | ORDER by Judge Cormac J. Carney: denying 32 Motion for More Definite Statement and Directing the Filing of Stipulation and Phase III Budget: Petitioner has thirty days from the date of this order to file a Traverse should he elect to file one. The parties also shall file within thirty (30) days of this order a stipulation setting forth a proposed briefing schedule for Petitioner's motion for an evidentiary hearing. The proposed briefing schedule should accommodate any discovery the parties intend to conduct prior to the filing of Petitioner's evidentiary motion. Finally, Petitioner shall file under seal within thirty (30) days of this order his Proposed Phase III Plan and Budget. IT IS SO ORDERED. (rla) (Entered: 06/08/2010) |
| 06/08/2010 | 44 | ORDER by Judge Cormac J. Carney, On Respondent's request, the Answer 28 filed by Respondent is deemed amended to replace all representations therein that Respondent denies or lacks sufficient knowledge to admit or deny the factual allegations with the following response: The state court record is the best evidence of the facts alleged in support of the claims in the federal Petition. Respondent hereby defers to the factual findings and evidence existing in the state court record. (rla) (Entered: 06/08/2010) |
| 07/07/2010 | 45 | NOTICE Notice of Manual Filing of Petitioner's Phase III Budgeting Forms and Declaration of Counsel filed by petitioner Ernest DeWayne Jones. (Daniels, Patricia) (Entered: 07/07/2010) |
| 07/07/2010 | 46 | STIPULATION for Discovery filed by petitioner Ernest DeWayne Jones. (Attachments: # 1 Proposed Order Proposed Order re Joint Briefing Schedule)(Daniels, Patricia) (Entered: 07/07/2010) |
| 07/08/2010 | 48 | SEALED DOCUMENT – PETITIONER'S PHASE III CASE MANAGEMENT & BUDGET FORMS AND DECLARATION OF COUNSEL IN SUPPORT REPORT (rla) (Entered: 07/13/2010) |
| 07/12/2010 | 47 | ORDER by Judge Cormac J. Carney, re Discovery and Joint Briefing Schedule 46 : The Joint Stipulation Re: Discovery and Joint Briefing Schedule lodged with the Court on July 7, 2010 is hereby adopted by this Court. The parties shall adhere to the filing deadlines set forth therein. (rla) (Entered: 07/12/2010) |
| 07/28/2010 | 49 | **DOCUMENT SEALED** ORDER APPROVING PHASE III BUDGET by Judge Cormac J. Carney (ade) (Entered: 07/30/2010) |
| 11/01/2010 | 50 | First EX PARTE APPLICATION FOR ENLARGEMENT OF TIME to File Motion for Evidentiary Hearing filed by Petitioner Ernest DeWayne Jones. (Attachments: # 1 Proposed Order Granting Extension of Time to File Motion for Evidentiary Hearing)(Laurence, Michael) (Entered: 11/01/2010) |

| | | |
|---|---|---|
| 11/03/2010 | 51 | ORDER re: Stipulation for Continuance of Hearing Date for Def.'s Motion for Partial Summary Judgment of Non–Infringement U.S. Patent No. 6298488. The hearing date originally scheduled for Nov. 22, 2010 for the DefendantsMotion for Partial Summary Judgment has been continued to Nov. 29, 2010. (See Order for further details) (db) (Entered: 11/04/2010) |
| 11/03/2010 | 53 | ORDER by Judge Cormac J. Carney: granting Ex Parte Application for Enlargement of Time to File His Motion for Evidentiary Hearing 50 . Petitioner is ordered to file a Motion on 1/4/11. (twdb) (Entered: 11/04/2010) |
| 11/04/2010 | 52 | NOTICE OF CLERICAL ERROR. Document 51 was posted to incorrect docket. Document has now been posted to correct docket. (db) (Entered: 11/04/2010) |
| 12/28/2010 | 54 | Second EXPARTE APPLICATION for Extension of Time to File Motion For Evidentiary Hearing filed by Petitioner Ernest DeWayne Jones. (Attachments: # 1 Proposed Order Proposed Order)(Daniels, Patricia) (Entered: 12/28/2010) |
| 01/03/2011 | 55 | ORDER by Judge Cormac J. Carney: GRANTING PETITIONER'S APPLICATION FOR A 30–DAY EXTENSION OF TIME TO FILE HIS MOTION FOR EVIDENTIARY HEARING 54 : Petitioner is ordered to file a Motion for Evidentiary Hearing on February 3, 2011. (rla) (Entered: 01/04/2011) |
| 01/28/2011 | 56 | Third EXPARTE APPLICATION for Extension of Time to File Motion For EvidentiaryHearing filed by Petitioner Ernest DeWayne Jones. (Attachments: # 1 Proposed Order Proposed Order)(Daniels, Patricia) (Entered: 01/28/2011) |
| 01/31/2011 | 57 | ORDER by Judge Cormac J. Carney: granting Petitioner's Ex Parte Application for a 14–Day Extension of Time to File His Motion for Evidentiary Hearing 56 . Petitioner is ordered to file a Motion for Evidentiary Hearing on February 17, 2011. (mt) (Entered: 02/01/2011) |
| 02/17/2011 | 58 | First EX PARTE APPLICATION to Exceed Page Limitation Motion For Evidentiary Hearing filed by Petitioner Ernest DeWayne Jones. (Attachments: # 1 Proposed Order Propsed Order Granting Application For Oversized Brief)(Daniels, Patricia) (Entered: 02/17/2011) |
| 02/17/2011 | 59 | NOTICE OF MOTION AND First MOTION for Hearing Evidentiary Hearing filed by Petitioner Ernest DeWayne Jones. (Attachments: # 1 Exhibit Volume 1 Of Exhibits In Support of Motion For Evidentiary Hearing, # 2 Exhibit Volume 2 Of Exhibits In Support of Motion For Evidentiary Hearing, # 3 Exhibit Volume 3 Of Exhibits In Support of Motion For Evidentiary Hearing, # 4 Exhibit Volume 4 Of Exhibits In Support of Motion For Evidentiary Hearing, # 5 Exhibit Volume 5 Of Exhibits In Support of Motion For Evidentiary Hearing, # 6 Exhibit Volume 6 Of Exhibits In Support of Motion For Evidentiary Hearing)(Daniels, Patricia) (Entered: 02/17/2011) |
| 03/03/2011 | 60 | ORDER GRANTING PETITIONERS APPLICATION TO FILE AN OVERSIZE MOTION FORAN EVIDENTIARY HEARING by Judge Cormac J. Carney: GOOD CAUSE APPEARING, petitioners Ex Parte Application To File Oversize Motion For An Evidentiary Hearing 58 is HEREBY GRANTED and the Motionis ordered filed. (mu) (Entered: 03/03/2011) |
| 03/28/2011 | 61 | NOTICE of Change of Attorney Information for attorney Sarah Jean Farhat counsel for Respondent Robert K. Wong. Adding Sarah J. Farhat as attorney as counsel of record for Robert K. Wong for the reason indicated in the G–06 Notice. Filed by Respondent Robert K. Wong (Farhat, Sarah) (Entered: 03/28/2011) |
| 04/06/2011 | 62 | IN CHAMBERS MINUTE ORDER VACATING BRIEFING SCHEDULE AND ORDERING SUPPLEMENTAL BRIEFING by Judge Cormac J. Carney: The Court vacates the current briefing schedule on Petitioners Motion for Evidentiary Hearing. On or before May 18, 2011, Petitioner shall file a Supplemental Brief addressing his entitlement to an evidentiary hearing in view of the Supreme Courts holding in Cullen v. Pinholster, 2011 WL 1225705 (April 4, 2011). (see document for details) (mu) (Entered: 04/06/2011) |
| 05/17/2011 | 63 | First EXPARTE APPLICATION for Extension of Time to File Supplemental Brief Addressing Petitioner's Entitlement To An Evidentiary Hearing filed by Petitioner Ernest DeWayne Jones. (Attachments: # 1 Proposed Order Proposed Order)(Daniels, Patricia) (Entered: 05/17/2011) |

| | | |
|---|---|---|
| 05/19/2011 | 64 | ORDER by Judge Cormac J. Carney, granting 63 Ex Parte Application for Extension of Time to File. GOOD CAUSE APPEARING, petitioner's Ex Parte Application For A 30–DayExtension Of Time To File A Supplemental Brief Addressing His Entitlement To An Evidentiary Hearing is HEREBY GRANTED. Petitioner is ordered to file a Supplemental Brief Addressing His Entitlement To An Evidentiary Hearing on or before June 17, 2011. IT IS SO ORDERED (dro) (Entered: 05/19/2011) |
| 06/10/2011 | 65 | Second EXPARTE APPLICATION for Extension of Time to File SUPPLEMENTAL BRIEF ADDRESSING HIS ENTITLEMENT TO AN EVIDENTIARY HEARING and PROPOSED ORDER filed by Petitioner Ernest DeWayne Jones.(Laurence, Michael) (Entered: 06/10/2011) |
| 06/13/2011 | 66 | ORDER by Judge Cormac J. Carney: granting 65 Ex Parte Application for Extension of Time to File a Supplemental Brief Addressing his Entitlement to an Evidentiary Hearing. Petitioner is ordered to file a Supplemental Brief Addressing His Entitlement To An Evidentiary Hearing on or before July 18, 2011. (twdb) (Entered: 06/14/2011) |
| 07/07/2011 | 67 | NOTICE of Change of Attorney Information for attorney Cliona R Plunkett counsel for Petitioner Ernest DeWayne Jones. Patricia C. Daniels will no longer receive service of documents from the Clerks Office for the reason indicated in the G–06 Notice.Patricia C. Daniels is no longer attorney of record for the aforementioned party in this case for the reason indicated in the G–06 Notice. Filed by Petitioner Ernest D. Jones (Plunkett, Cliona) (Entered: 07/07/2011) |
| 07/18/2011 | 68 | Supplemental BRIEF filed by Petitioner Ernest DeWayne Jones. *on the Effect of Cullen v. Pinholster on the Court's Power to Grant an Evidentiary Hearing* regarding First MOTION for Hearing Evidentiary Hearing 59 . (Laurence, Michael) (Entered: 07/18/2011) |
| 08/11/2011 | 69 | APPLICATION for Extension of Time to File Opposition to Petitioner's Supplemental Brief filed by Respondent Robert K. Wong. (Attachments: # 1 Proposed Order)(Tetef, Herbert) (Entered: 08/11/2011) |
| 08/16/2011 | 70 | ORDER by Judge Cormac J. Carney: granting 69 Application for Extension of Time to File. IT IS ORDERED that Respondent is granted to andincluding September 14, 2011, in which to file an Opposition to PetitionersSupplemental Brief on the Effect of Cullen v. Pinholster on the Courts Power to Grant an Evidentiary Hearing. Petitioners Reply in support of his SupplementalBrief shall be filed by September 28, 2011. (twdb) (Entered: 08/16/2011) |
| 09/14/2011 | 71 | OPPOSITION *TO PETITIONER'S SUPPLEMENTAL BRIEF ON EFFECT OF CULLEN v. PINHOLSTER* filed by Respondent Robert K. Wong. (Tetef, Herbert) (Entered: 09/14/2011) |
| 09/22/2011 | 72 | EX PARTE APPLICATION FOR ENLARGEMENT OF TIME to File Reply to Respondent's Opposition to Petitioner's Supplemental Brief on the Court's Power to Grant an Evidentiary Hearing filed by Petitioner Ernest DeWayne Jones. (Attachments: # 1 Proposed Order)(Laurence, Michael) (Entered: 09/22/2011) |
| 09/27/2011 | 73 | ORDER by Judge Cormac J. Carney: GRANTING 72 Ex Parte Application for a 30–Day Extension of Time to File a Reply to Respondent's Opposition to Petitioner's Supplemental Brief on the Court's Power to Grant an Evidentiary Hearing: Petitioner is ordered to file a Reply on or before October 28,2011. (rla) (Entered: 09/27/2011) |
| 10/28/2011 | 74 | Supplemental Reply BRIEF filed by Petitioner Ernest DeWayne Jones. *on the Effect of Cullen v. Pinholster on the Court's Power to Grant an Evidentiary Hearing* (Laurence, Michael) (Entered: 10/28/2011) |
| 03/26/2012 | 75 | ORDER by Judge Cormac J. Carney: DENYING WITHOUT PREJUDICE MOTION FOR EVIDENTIARY HEARING 59 . (See document for details.) Mr. Jones' motion for an evidentiary hearing is DENIED WITHOUT PREJUDICE. The parties shall submit a proposed merits briefing schedule on or before April 16, 2012. Petitioners merits briefing shall set forth how each claim satisfies section 2254(d)(1) and/or section 2254(d)(2) on the basis of the record that was before the state court that adjudicated the claim on the merits. (rla) (Entered: 03/26/2012) |
| 04/12/2012 | 76 | STATEMENT JOINT STIPULATION AND [PROPOSED] ORDER RE: SCHEDULE FOR MERITS BRIEFING UNDER 28 U.S.C. § 2254(d)(1) and |

| | | |
|---|---|---|
| | | 2254(d)(2) filed by Petitioner Ernest DeWayne Jones (Plunkett, Cliona) (Entered: 04/12/2012) |
| 04/16/2012 | 77 | ORDER RE Schedule for merits briefing by Judge Cormac J. Carney, re joint stipulation 76 . Petitioner shall file his opening brief addressing how each claim satisfies 28 U.S.C. section 2254(d)(1) and/or (d)(2) on or before September 10, 2012, Respondent shall file an Opposition 90 days after Petitioners opening brief, and Petitioner shall file a Reply 60 days after Respondents Opposition. (twdb) (Entered: 04/17/2012) |
| 09/04/2012 | 78 | APPLICATION for Extension of Time to File Opening Brief on the Application of 28 U.S.C. Section 2254 filed by Petitioner Ernest DeWayne Jones. (Attachments: # 1 Proposed Order)(Laurence, Michael) (Entered: 09/04/2012) |
| 09/05/2012 | 79 | OPPOSITION Opposition re: APPLICATION for Extension of Time to File Opening Brief on the Application of 28 U.S.C. Section 2254 78 filed by Respondent Robert K. Wong. (Cook, David) (Entered: 09/05/2012) |
| 09/06/2012 | 80 | REPLY in Opposition to APPLICATION for Extension of Time to File Opening Brief on the Application of 28 U.S.C. Section 2254 78 filed by Petitioner Ernest DeWayne Jones. (Laurence, Michael) (Entered: 09/06/2012) |
| 09/06/2012 | 81 | MINUTES (IN CHAMBERS): ORDER by Judge Cormac J. Carney: GRANTING EXTENSION TO FILE OPENING BRIEF AND IMPOSING PAGE LIMIT 78 : Petitioner shall file his Opening Brief on or before December 10, 2012. All other briefing schedules from the Court's April 16, 2012 Order re: Scheduling for Merits Briefing under 2254(d)(1) and 2254(d)(2) shall remain in place. In addition, Petitioner's Opening Brief shall be limited to 100 pages; Respondent's Opposition shall be limited to 100 pages; and Petitioner's Reply shall be limited to 50 pages. (rla) (Entered: 09/06/2012) |
| 10/05/2012 | 82 | Notice of Change of Attorney Information filed by Petitioner Ernest DeWayne Jones (Plunkett, Cliona) (Entered: 10/05/2012) |
| 12/04/2012 | 83 | EX PARTE APPLICATION to Exceed Page Limitation for Petitioner's Opening Brief on Section 2254(d) filed by Petitioner Ernest DeWayne Jones. (Attachments: # 1 Proposed Order)(Laurence, Michael) (Entered: 12/04/2012) |
| 12/10/2012 | 84 | BRIEF filed by Petitioner Ernest DeWayne Jones. *Opening 2254(d) Brief on Evidentiary Hearing Claims* (Laurence, Michael) (Entered: 12/10/2012) |
| 12/10/2012 | 85 | ORDER by Judge Cormac J. Carney: GRANTING EX PARTE APPLICATION TO FILE PETITIONER'S OPENING BRIEF ON SECTION 2254(D) IN EXCESS OF PAGE LIMITS 83 : Petitioner's opening brief shall be limited to 150 pages. (rla) (Entered: 12/11/2012) |
| 03/01/2013 | 86 | EX PARTE APPLICATION FOR ENLARGEMENT OF TIME to File Opposition to Petitioner's Opening 2254(d) Brief on Evidentiary Hearing Claims *; Declaration of Herbert S. Tetef* filed by Respondent Robert K. Wong. (Attachments: # 1 Proposed Order)(Tetef, Herbert) (Entered: 03/01/2013) |
| 03/06/2013 | 87 | ORDER by Judge Cormac J. Carney: IT IS ORDERED that Respondent is granted to and including May 10, 2013, in which to file his Opposition to Petitioner's Opening 2254(D) Brief on Evidentiary Hearing Claims. All other briefing schedules from the Court's April 16, 2012 Order re: Schedule For Merits Briefing Under 28 U.S.C. 2254(d)(1) and 2254(d)(2) shall remain in effect. Granting 86 Ex Parte Application for Enlargement of Time to File. (rla) (Entered: 03/06/2013) |
| 05/02/2013 | 88 | EX PARTE APPLICATION FOR ENLARGEMENT OF TIME to File OPPOSITION TO PETITIONERS OPENING 2254(D) BRIEF ON EVIDENTIARY HEARING CLAIMS *; Declaration of Herbert S. Tetef* filed by Respondent Robert K. Wong. (Attachments: # 1 Proposed Order)(Tetef, Herbert) (Entered: 05/02/2013) |
| 05/07/2013 | 89 | ORDER by Judge Cormac J. Carney: Granting 88 Ex Parte Application for Enlargement of Time to File. IT IS ORDERED that Respondent is granted to and including June 24, 2013, in which to file the Opposition to Petitioner's Opening 2254(D) Brief on Evidentiary Hearing Claims. All other briefing schedules from the Court's April 16, 2012 Order re: Schedule For Merits Briefing Under 28 U.S.C. |

| | | 2254(d)(1) and 2254(d)(2) shall remain in effect. (rla) (Entered: 05/08/2013) |
|---|---|---|
| 06/14/2013 | 90 | EX PARTE APPLICATION to Exceed Page Limitation to File Opposition to Petitioner's Opening 2254 (d) Brief on Evidentiary Hearing Claims filed by Respondent Kevin Chappell. (Attachments: # 1 Proposed Order)(Tetef, Herbert) (Entered: 06/14/2013) |
| 06/14/2013 | 91 | OBJECTIONS to Brief (non–motion non–appeal) 84 *OPPOSITION TO PETITIONERS OPENING 2254(D) BRIEF ON EVIDENTIARY HEARING CLAIMS* filed by Respondent Kevin Chappell. (Tetef, Herbert) (Entered: 06/14/2013) |
| 06/19/2013 | 92 | ORDER by Judge Cormac J. Carney: IT IS ORDERED that Respondent is granted leave to file his Opposition to Petitioners Opening 2254(d) Brief on Evidentiary Hearing Claims in excess of 100 pages, not to exceed 170 pages. Granting 90 Ex Parte Application for Leave to File Excess Pages. (rla) (Entered: 06/20/2013) |
| 08/02/2013 | 93 | First APPLICATION for Extension of Time to File 2254(d) Reply Brief filed by Petitioner Ernest DeWayne Jones. (Attachments: # 1 Proposed Order)(Plunkett, Cliona) (Entered: 08/02/2013) |
| 08/05/2013 | 94 | ORDER by Judge Cormac J. Carney: granting 93 Application for Extension of Time to File. Petitioner is ordered to file an Opening Brief on the Application of 28 U.S.C. § 2254(d) on or before November 12, 2013. (twdb) (Entered: 08/06/2013) |
| 11/08/2013 | 95 | Second APPLICATION for Extension of Time to File Reply Brief on Application of 2254(d) filed by Petitioner Ernest DeWayne Jones. (Attachments: # 1 Proposed Order)(Plunkett, Cliona) (Entered: 11/08/2013) |
| 11/12/2013 | 96 | ORDER by Judge Cormac J. Carney: granting 95 Application for Extension of Time to File A Reply Brief. (twdb) (Entered: 11/13/2013) |
| 11/15/2013 | 97 | Notice of Appearance or Withdrawal of Counsel: for attorney Cliona R Plunkett counsel for Petitioner Ernest DeWayne Jones. Bethany Lobo is no longer attorney of record for the aforementioned party in this case for the reason indicated in the G–123 Notice. Filed by Petitioner Ernest Dewayne Jones. (Plunkett, Cliona) (Entered: 11/15/2013) |
| 01/07/2014 | 98 | Third APPLICATION for Extension of Time to File 2254(d) Brief on Non–Evidentiary Hearing Claims filed by Petitioner Ernest DeWayne Jones. (Attachments: # 1 Proposed Order)(Plunkett, Cliona) (Entered: 01/07/2014) |
| 01/09/2014 | 99 | ORDER by Judge Cormac J. Carney granting 98 Petitioner's Third Ex Parte Application for Extension of Time to File a Reply Brief. Petitioner Ernest Dewayne Jones's third ex parte application for additional time to file a reply brief on the application of 28 U.S.C. § 2254(d) to the claims in his habeas petition, (Dkt. No. 98), is GRANTED. Petitioner shall file his brief no later than January 27, 2014. No further requests for an extension will be granted. (dro) (Entered: 01/10/2014) |
| 01/27/2014 | 100 | REPLY *Brief Re: Application of 28 USC 2254(d)* filed by Petitioner Ernest DeWayne Jones. (Plunkett, Cliona) (Entered: 01/27/2014) |
| 01/27/2014 | 101 | APPLICATION to Exceed Page Limitation Reply Brief Re: Application of 28 USC 2254(d) filed by Petitioner Ernest DeWayne Jones. (Attachments: # 1 Proposed Order)(Plunkett, Cliona) (Entered: 01/27/2014) |
| 01/30/2014 | 102 | ORDER by Judge Cormac J. Carney: granting 101 Application for Leave to File Excess Pages. Petitioners reply brief shall be limited to 265 pages. (twdb) (Entered: 01/30/2014) |
| 04/10/2014 | 103 | ORDER RE: BRIEFING AND SETTLEMENT DISCUSSIONS by Judge Cormac J. Carney: The Court believes that briefing and oral argument are necessary and appropriate on petitioners potential claim. Accordingly, the Court sets the following briefing and hearing schedule: 1. The parties shall serve and file simultaneous opening briefs which address the issues raised in this Order no later than June 9, 2014.(see document for complete details) (mu) (Entered: 04/10/2014) |
| 04/14/2014 | 104 | ORDER by Judge Cormac J. Carney: Directing Petitioner to File Amendment to Petition. See document for further details. (mba) (Entered: 04/14/2014) |

| | | |
|---|---|---|
| 04/28/2014 | 105 | *First Amended Petition for Writ of Habeas Corpus* (Plunkett, Cliona) (Entered: 04/28/2014) |
| 06/05/2014 | 106 | STATEMENT Joint Statement Re: Mediation and Settlement filed by Petitioner Ernest DeWayne Jones (Plunkett, Cliona) (Entered: 06/05/2014) |
| 06/09/2014 | 107 | RESPONSE filed by Respondent Kevin Chappell to Order, 103 *Opening Brief on Claim 27 that Lengthy Confinement of Petitioner Under Sentence of Death Violates Eighth Amendment* (Tetef, Herbert) (Entered: 06/09/2014) |
| 06/09/2014 | 108 | APPLICATION to Exceed Page Limitation Petitioner's Opening Brief on Claim 27 filed by Petitioner Ernest DeWayne Jones. (Attachments: # 1 Proposed Order)(Plunkett, Cliona) (Entered: 06/09/2014) |
| 06/09/2014 | 109 | BRIEF filed by Petitioner Ernest DeWayne Jones. *Opening Brief on Claim 27* (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit)(Plunkett, Cliona) (Entered: 06/09/2014) |
| 06/11/2014 | 110 | ORDER AMENDING BRIEFING SCHEDULE AND SETTING HEARING ON CLAIM 27 by Judge Cormac J. Carney: Accordingly, the briefing schedule on Claim 27 is hereby amended as follows: 3. The hearing on Claim 27 is scheduled for August 4, 2014 at 11 a.m. (see document for complete details) (Attachments: # 1 Supplement) (mu) (Entered: 06/11/2014) |
| 06/11/2014 | 111 | ORDER by Judge Cormac J. Carney: granting 108 Application for Leave to File Excess Pages. GOOD CAUSE APPEARING, Petitioners Ex Parte Application to File Petitioners Opening Brief on Claim 27 in Excess of Page Limits is HEREBY GRANTED. (twdb) (Entered: 06/12/2014) |
| 07/01/2014 | 112 | RESPONSE filed by Respondent Kevin Chappell to Brief (non−motion non−appeal) 109 *RESPONDENT'S RESPONSIVE BRIEF ON CLAIM 27* (Tetef, Herbert) (Entered: 07/01/2014) |
| 07/03/2014 | 113 | RESPONSE filed by Petitioner Ernest DeWayne Jones to Response (non−motion) 107 *to Respondent's Opening Brief on Claim 27* (Attachments: # 1 Appendix Death Sentences in California, 1978−1997 (Revised))(Laurence, Michael) (Entered: 07/03/2014) |
| 07/03/2014 | 114 | ORDER AMENDING BRIEFING SCHEDULE AND ADVANCING HEARING ON CLAIM 27 by Judge Cormac J. Carney: Accordingly, the parties are hereby relieved of their obligation to file reply briefs. Moreover, the hearing on Mr. Joness claim, previously set for August 4, 2014 at 11 a.m. is hereby advanced to July 16, 2014 at 9 a.m. (see document for details) (mu) (Entered: 07/07/2014) |
| 07/09/2014 | 115 | NOTICE of Appearance filed by attorney James W Bilderback, II on behalf of Respondent Kevin Chappell (Attorney James W Bilderback, II added to party Kevin Chappell(pty:res))(Bilderback, James) (Entered: 07/09/2014) |
| 07/14/2014 | 116 | DECLARATION of Michael Laurence re Brief (non−motion non−appeal) 109 *in Support of Claim 27 (Supplemental)* filed by Petitioner Ernest DeWayne Jones. (Attachments: # 1 Appendix Data Used in Declaration of Michael Laurence)(Laurence, Michael) (Entered: 07/14/2014) |
| 07/16/2014 | 117 | ORDER DECLARING CALIFORNIAS DEATH PENALTY SYSTEM UNCONSTITUTIONAL AND VACATING PETITIONERS DEATH SENTENCE by Judge Cormac J. Carney: Accordingly, the Court hereby VACATES Mr. Joness death sentence. (see document for details) (Attachments: # 1 Supplement) (mu) (Entered: 07/16/2014) |
| 07/16/2014 | 118 | MINUTES OF Motion RE CLAIM 27 Hearing held before Judge Cormac J. Carney: Order issued to counsel before hearing held. Motion hearing held. Court confers with counsel. Court hears oral argument. Mr. Bilderback makes an oral motion for the Court to stay its order pending the interlocutory appeal. Court denies the motion. Final order signed and filed this date. Court directs the parties to prepare and submit a proposed partial judgment with certification as stated on the record within two weeks. Court Reporter: Maria Dellaneve. (twdb) (Entered: 07/17/2014) |

| | | |
|---|---|---|
| 07/18/2014 | 119 | *CORRECTED TRANSCRIPT IS ATTACHED TO DOCKET ENTRY 121*TRANSCRIPT for proceedings held on July 16, 2014. Court Reporter/Electronic Court Recorder: MARIA DELLANEVE, phone number 714–564–9259. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Electronic Court Recorder before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Notice of Intent to Redact due within 7 days of this date. Redaction Request due 8/8/2014. Redacted Transcript Deadline set for 8/18/2014. Release of Transcript Restriction set for 10/16/2014. (Dellaneve, Maria) Modified on 7/22/2014 (lwag). (Entered: 07/18/2014) |
| 07/18/2014 | 120 | NOTICE OF FILING TRANSCRIPT filed for proceedings JULY 16, 2014 re Transcript 119 THERE IS NO PDF DOCUMENT ASSOCIATED WITH THIS ENTRY. (Dellaneve, Maria) TEXT ONLY ENTRY (Entered: 07/18/2014) |
| 07/22/2014 | 121 | TRANSCRIPT for proceedings held on July 16, 2014. Court Reporter/Electronic Court Recorder: MARIA DELLANEVE, phone number 714–564–9259. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Electronic Court Recorder before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Notice of Intent to Redact due within 7 days of this date. Redaction Request due 8/12/2014. Redacted Transcript Deadline set for 8/22/2014. Release of Transcript Restriction set for 10/20/2014. (Dellaneve, Maria) (Entered: 07/22/2014) |
| 07/22/2014 | 122 | NOTICE OF FILING TRANSCRIPT filed for proceedings JULY 16, 2014 re Transcript 121 THERE IS NO PDF DOCUMENT ASSOCIATED WITH THIS ENTRY. (Dellaneve, Maria) TEXT ONLY ENTRY (Entered: 07/22/2014) |
| 07/25/2014 | 123 | STIPULATION for Judgment as to Claim 27 filed by Petitioner Ernest DeWayne Jones.(Laurence, Michael) (Entered: 07/25/2014) |
| 07/25/2014 | 124 | FINAL JUDGMENT ON CLAIM 27 (FRCP 54(b)) by Judge Cormac J. Carney: Pursuant to the Courts Order Declaring Californias Death Penalty System Unconstitutional and Vacating Petitioners Death Sentence, July 16, 2014, ECF No. 117, Petitioners Claim 27 is GRANTED and his death sentence is VACATED. (see document for details) (mu) (Entered: 07/25/2014) |
| 08/11/2014 | 125 | NOTICE OF APPEAL from Order Declaring California's Death Penalty System Unconstitutional, to the 9th CCA filed by Petitioner Ernest DeWayne Jones. Appeal of Order 117 Filed On: 7/16/14; Entered On: 7/17/14; Filing fee $505, PAID, receipt number LA101326. (mat) (Entered: 08/11/2014) |
| 08/12/2014 | 126 | NOTIFICATION by Circuit Court of Appellate Docket Number 14–56302, 9th CCA regarding Notice of Appeal to 9th Circuit Court of Appeals 125 as to Petitioner Ernest DeWayne Jones. (mat) (Entered: 08/14/2014) |
| 08/12/2014 | 127 | ORDER from 9th CCA filed re: Notice of Appeal to 9th Circuit Court of Appeals, 125 filed by Ernest DeWayne Jones, CCA # 14–56302. The Order is By August 26, 2014, non−parties Emery Soos and Robert Justice shall move in this Court for voluntary dismissal of this appeal or explain in writing why the appeal should not be dismissed for lack of jurisdiction due to their lack of standing to appeal. All filings must be served on all parties to the district court proceeding. Failure to comply with this order will result in the automatic dismissal of the appeal. Order received in this district on 8/12/14. [See document for all details] (mat) (Entered: 08/14/2014) |
| 08/21/2014 | 128 | NOTICE OF APPEAL to the 9th CCA filed by Respondent Kevin Chappell. Appeal of Order, 117 , Order, 124 (Appeal fee FEE NOT PAID.) (Attachments: # 1 Exhibit Attachment 1 – Judgment and Order, # 2 Exhibit Attachment 2 – Appendix A)(Bilderback, James) (Entered: 08/21/2014) |
| 08/21/2014 | | APPEAL FEE PAID: as to Appellant Kevin Chappell; Receipt Number: LA101954 in the amount of $505. (rsm) Modified on 8/22/2014 (cp). (Entered: 08/21/2014) |
| 08/21/2014 | 129 | NOTIFICATION by Circuit Court of Appellate Docket Number 14–56373, 9TH CCA regarding Notice of Appeal to 9th Circuit Court of Appeals, 128 as to Respondent Kevin Chappell. (car) (Entered: 08/22/2014) |
| 08/22/2014 | 130 | NOTICE OF CLERICAL ERROR: Due to clerical error the $505 fee for the Notice of Appeal (#128) was submitted by appellant Kevin Chappell. However, the docket entry |

| | | |
|---|---|---|
| | | erroneously listed appellee, Ernest DeWayne Jones as having paid the filing fee. The docket entry has been corrected to reflect Kevin Chappell as the payer. (dmap) (Entered: 08/22/2014) |