KAMALA D. HARRIS
Attorney General of California
ALICE B. LUSTRE
Deputy Attorney General
ERIC D. SHARE
Supervising Deputy Attorney General
State Bar No. 151230
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone:  (415) 703-1375
 Fax:  (415) 703-1234
 E-mail:  Eric.Share@doj.ca.gov
*Attorneys for Respondent*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **ERNEST EDWARD DYKES,**<br><br>                                Petitioner,<br><br>         v.<br><br>**KEVIN CHAPPELL, Acting Warden of San Quentin State Prison,**<br><br>                                Respondent. | **CAPITAL CASE**<br><br>11-CV-04454-SI<br><br>**RESPONDENT'S MOTION FOR EXTENSION OF TIME TO RESPOND TO PETITIONER'S MOTIONS TO AMEND, STAY OR BIFURCATE, AND TAKE JUDICIAL NOTICE** |

Pursuant to United States District Court for the Northern District of California Rules 6-1 through 6-3, respondent requests a 14-day extension of time in which to respond to petitioner's Motion for Leave to File Amendment, Motion to Stay or Bifurcate Proceedings, and Motion for Judicial Notice.  Petitioner's motions were filed on September 26, 2014.  Presently, respondent's responses are due on October 10, 2014.  Respondent requests an extension of time until October 24, 2014.  Good cause for this request is found in the supporting declaration of respondent's counsel.  Counsel for petitioner has been advised of this motion and does not object.

1

| | | |
|---|---|---|
| 1 | Dated: October 8, 2014 | Respectfully submitted, |
| 2 | | KAMALA D. HARRIS<br>Attorney General of California |
| 3 | | ALICE B. LUSTRE<br>Supervising Deputy Attorney General |
| 5 | | /s/ Eric D. Share |
| 6 | | ERIC D. SHARE<br>Supervising Deputy Attorney General |
| 7 | | *Attorneys for Respondent* |

SF2011202695
41101307.doc

2

Respondent's Motion for Ext. of Time to Respond to Petitioner's Motions—*Dykes v. Chappell* (11-CV-04454-SI)

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:  **Ernest Edward Dykes v. Kevin Chappell, Warden of San Quentin State Prison**

No.:  **11-CV-04454-SI**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service with postage thereon fully prepaid that same day in the ordinary course of business.

On <u>October 8, 2014</u>, I served the attached

**RESPONDENT'S MOTION FOR EXTENSION OF TIME TO RESPOND TO PETITIONER'S MOTIONS TO AMEND, STAY OR BIFURCATE, AND TAKE JUDICIAL NOTICE;**

**DECLARATION OF ERIC D. SHARE IN SUPPORT OF RESPONDENT'S MOTION FOR EXTENSION OF TIME TO RESPOND TO PETITIONER'S MOTIONS TO AMEND, STAY OR BIFURCATE, AND TAKE JUDICIAL NOTICE;**

**[PROPOSED] ORDER REGARDING RESPONDENT'S MOTION FOR EXTENSION OF TIME TO RESPOND TO PETITIONER'S MOTIONS**

by placing a true copy thereof enclosed in a sealed envelope in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004, addressed as follows:

| | |
|---|---|
| California Appellate Project<br>Federal Court Docketing<br>101 Second Street, Suite 600<br>San Francisco, CA 94105-3647 | Habeas Corpus Resource Center<br>303 Second Street, Suite 400 South<br>San Francisco, CA 94107 |

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on October 8, 2014, at San Francisco, California.

|  J. Wong  |  /s/ J. Wong  |
|---|---|
| Declarant | Signature |

SF2011202695
41101532.doc