KAMALA D. HARRIS
Attorney General of California
ALICE B. LUSTRE
Supervising Deputy Attorney General
ERIC D. SHARE
Supervising Deputy Attorney General
State Bar No. 151230
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone:  (415) 703-1375
 Fax:  (415) 703-1234
 E-mail:  Eric.Share@doj.ca.gov
*Attorneys for Respondent*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **ERNEST EDWARD DYKES,**<br><br>                                    Petitioner,<br><br>        v.<br><br>**KEVIN CHAPPELL, Acting Warden of San Quentin State Prison,**<br><br>                                    Respondent. | **CAPITAL CASE**<br><br>11-CV-04454-SI<br><br>**DECLARATION OF ERIC D. SHARE IN SUPPORT OF RESPONDENT'S MOTION FOR EXTENSION OF TIME TO RESPOND TO PETITIONER'S MOTIONS TO AMEND, STAY OR BIFURCATE, AND TAKE JUDICIAL NOTICE** |

I, ERIC D. SHARE, declare as follows:

1. I am a Supervising Deputy Attorney General in the California Attorney General's Office and serve as counsel for respondent in this capital federal habeas corpus proceeding.

2. On Friday, September 26, 2014, petitioner filed a Motion for Leave to File Amendment/Supplement to Petition for Writ of Habeas Corpus, a Motion to Stay or Bifurcate Proceedings; and a Motion for Judicial Notice.  Pursuant to United States District Court for the Northern District Rule 7-3, responses to these motions are due 14 days from their filing, i.e., October 10, 2014.

1

3. I was out of the office for two weeks and returned to work on Monday, September 28, 2014. While I was away, a considerable amount of work accumulated which required immediate attention upon my return.

4. In addition, as a Supervising Deputy Attorney General, much of my time is necessarily devoted to supervising the work of a team of Deputy Attorneys General.

5. Also, I need to be out of the office on October 9 and 10, 2014, to accompany my Mother who is having minor surgery.

6. Because of these factors, I am currently unable to complete responses to petitioner's three motions by the present due date. Therefore, I respectfully request a 14-day extension of time, until October 24, in which to respond.

7. On October 8, 2014, I contacted counsel for petitioner, Philip A. Treviño, and advised him that I would be making this request. He informed me that he had no objection to the extension of time.

Executed under penalty of perjury on October 8, 2014, in San Francisco, California.

/s/ Eric D. Share

ERIC D. SHARE
Supervising Deputy Attorney General
*Attorneys for Respondent*

SF2011202695
41101398.doc