IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ERNEST EDWARD DYKES,**<br><br>                                    Petitioner,<br><br>v.<br><br>**KEVIN CHAPPELL, Acting Warden of San Quentin State Prison,**<br><br>                                    Respondent. | CAPITAL CASE<br><br>Case No. 11-CV-04454-SI<br><br>~~[PROPOSED]~~ **ORDER REGARDING RESPONDENT'S MOTION FOR EXTENSION OF TIME TO RESPOND TO PETITIONER'S MOTIONS** |

FOR GOOD CAUSE SHOWN, respondent's unopposed motion pursuant to United States District Court for the Northern District Rule 6-3 for an extension of time to respond to petitioner's Motion to Amend, Motion to Stay or Bifurcate, and Motion for Judicial Notice is granted. The due date for the responses is extended 14 days to October 24, 2014.

*It is so ordered.*

Dated: October 9, 2014

_____
The Honorable Susan Illston