1  **PHILLIP A. TREVIÑO** [SBN 121119]
   137 N. Larchmont Blvd., #801
2  Los Angeles, California 90004
   Telephone: (213) 949-8000
3
   Attorney for Petitioner
4  ERNEST DYKES

5

6                    UNITED STATES DISTRICT COURT

7              FOR THE NORTHERN DISTRICT OF CALIFORNIA

8

9  **ERNEST DYKES**,                  ) Case No. 11-CV-04454-SI
                                       )
10           Petitioner,               ) **EX PARTE APPLICATION TO SET DUE**
                                       ) **DATE FOR REPLY TO RESPONDENT'S**
11      v.                             ) **OPPOSITION TO MOTIONS TO AMEND,**
                                       ) **STAY, AND TAKE JUDICIAL NOTICE**
12 **KEVIN CHAPPELL, Warden,**         )
                                       )
13           Respondent.               )
   _____      ) **DEATH PENALTY CASE**
14

15

16      Petitioner has filed several motions with this Court seeking,
17 inter alia, leave to amend his pending petition for a writ of
18 habeas corpus, for this Court to take judicial notice of the
19 decision entered by U.S. District Judge Carney holding the
20 California death penalty system dysfunctional, and to stay this
21 matter pending a final decision on Judge Carney's decision.
22      Without opposition from Petitioner, Respondent obtained an
23 order from this Court extending the time for any response to those
24 motions.  Today, consistent with this Court's order extending time
25 for Respondent's answer, Respondent filed his opposition to
26 Petitioner's motions.  At present there is no scheduling order in
27 effect in this matter for any reply from Petitioner to Respondent's
28 opposition.

1    Having reviewed Respondent's opposition, the undersigned
2 counsel respectfully seeks this Court's order allowing until
3 November 5, 2014, for Petitioner to complete and file a reply to
4 Respondent's opposition to Petitioner's pending motions.
5    Counsel has been advised by Respondent's counsel that he has
6 no opposition to this Court granting the requested relief.

8 Dated: October 22, 2014         s/Phillip A. Treviño
                                  Attorney at Law
9                                 Counsel for Petitioner