**PHILLIP A. TREVIÑO** [SBN 121119]
137 N. Larchmont Blvd., #801
Los Angeles, California 90004
Telephone: (213) 949-8000

Attorney for Petitioner
ERNEST DYKES

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ERNEST DYKES**, | **Case No. 11-CV-04454-SI** |
| Petitioner, | (PROPOSED) ORDER SETTING DUE DATE FOR REPLY TO PETITIONER'S MOTION |
| v. | TO AMEND, MOTION FOR JUDICIAL NOTICE, AND MOTION TO STAY |
| **KEVIN CHAPPELL, Warden,** | PROCEEDINGS |
| Respondent. | |
| | **DEATH PENALTY CASE** |

   FOR GOOD CAUSE FOUND, and without opposition from Respondent, Petitioner may have until November 5, 2014, to file his reply to Respondent's opposition to Petitioner's pending motions for leave to amend, motion for judicial notice, and motion to stay these proceedings.

   IT IS SO ORDERED.

Dated: October ___, 2014          _____
                                  HONORABLE SUSAN ILLSTON
                                  United States District Judge

Presented by:

s/Phillip A. Treviño