1  **PHILLIP A. TREVIÑO** [SBN 121119]
   137 N. Larchmont Blvd., #801
2  Los Angeles, California 90004
   Telephone: (213) 949-8000
3
   Attorney for Petitioner
4  ERNEST DYKES

5

6              UNITED STATES DISTRICT COURT

7          FOR THE NORTHERN DISTRICT OF CALIFORNIA

8

9  **ERNEST DYKES**,                    ) **Case No. 11-CV-04454-SI**
                                         )
10         Petitioner,                   ) STIPULATION TO VACATE CASE
                                         ) MANAGEMENT CONFERENCE
11         v.                            )
                                         )
12 **KEVIN CHAPPELL, Warden,**           )
                                         ) **DEATH PENALTY CASE**
13         Respondent.                   )
   _____       )
14

15      THE UNDERSIGNED PARTIES, by and between their counsel of

16 record, hereby stipulate and agree as follows:

17      That this Honorable Court vacate the case management

18 conference currently scheduled in this matter for December 12,

19 2014.

20      This stipulation incorporates by reference the attached

21 declaration of Phillip A. Treviño.

22      IT IS SO STIPULATED AND AGREED.

23

24 Dated: November 21, 2014       s/Phillip A. Treviño
                                  Attorney at Law
25                                Counsel for Petitioner

26

27 Dated: November 21, 2014       s/Eric D. Share
                                  Supervising Deputy Attorney General
28                                Counsel for Respondent

**Declaration of Phillip A. Treviño**

I, Phillip A Treviño, do hereby state and declare as follows.

1. I am an attorney at law, duly admitted to practice before this Honorable Court and under appointment as lead counsel to Petitioner in this capital habeas.

2. On September 26, 2014, Petitioner filed a motion to stay these proceedings, a motion for leave to amend / correct the pending petition, and a motion to bifurcate these proceedings. In the motion to stay and or bifurcate, Petitioner also requested this Honorable Court stay or extend the filing of his traverse. (Motion, at 7 n.4.) These motions have been fully briefed, and are currently under submission.

3. It appears that at this time a previously calendared case management conference remains on this Court's docket for hearing on December 12, 2014. Given the pendency of the above-noted motions, coupled with the fact that Petitioner has not yet filed his Traverse in this matter, the parties respectfully suggest to the Court that the case management conference be vacated at this time.

4. Counsel for Respondent, Mr. Eric D. Share, Supervising Deputy Attorney General, has advised me that I may sign this stipulation for him and submit it electronically.

I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed this day under the laws of the State of California.

Dated: November 21, 2014      s/Phillip A. Treviño