**PHILLIP A. TREVIÑO** [SBN 121119]
137 N. Larchmont Blvd., #801
Los Angeles, California 90004
Telephone: (213) 949-8000

Attorney for Petitioner
ERNEST DYKES

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ERNEST DYKES**, | **Case No. 11-CV-04454-SI** |
| Petitioner, | (PROPOSED) ORDER VACATING CASE MANAGEMENT CONFERENCE |
| v. | |
| **KEVIN CHAPPELL, Warden,** | **DEATH PENALTY CASE** |
| Respondent. | |

BASED UPON STIPULATION BETWEEN THE PARTIES, the Court hereby vacates the case management conference calendared for December 12, 2014.

The conference will be re-calendared after Petitioner has filed his Traverse.

IT IS SO ORDERED.

Dated: _____
HONORABLE SUSAN ILLSTON
Senior U.S. District Judge

Presented by:

s/Phillip A. Treviño