# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| Ernest DYKES,<br><br>               Petitioner,<br><br>v.<br><br>Kelly MITCHELL,<br>Warden, San Quentin State Prison,<br><br>               Respondent. | Case Number CV 11-04454 SI<br><br>DEATH-PENALTY CASE<br><br>ORDER VACATING CASE MANAGEMENT CONFERENCE |

The Court hereby VACATES the case management conference scheduled for December 12, 2014. The Court will issue a new scheduling order once it rules on petitioner's pending motions.

**IT IS SO ORDERED.**

DATED: 11/26/14

SUSAN ILLSTON
United States District Judge