1  Miro F. Cizin (Bar No. 171378)
2  HABEAS CORPUS RESOURCE CENTER
   303 Second Street, Suite 400 South
3  San Francisco, California 94107
4  Telephone:  (415) 348-3800
5  Facsimile:  (415) 348-3873
   E-mail:     docketing@hcrc.ca.gov
6  Attorney for Habeas Corpus Resource Center

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| ERNEST DYKES, | Case No. 3:11-cv-04454-SI |
|---|---|
| Petitioner, | **DEATH PENALTY CASE** |
| v. | |
| ROBERT L. AYERS, Warden of California State Prison at San Quentin, | **Notice of Change of Designated Counsel** |
| Respondent. | |

Pursuant, generally, to Local Rule 5-1(c)(2)(B), the Habeas Corpus Resource Center (HCRC), a public defense entity of California in capital habeas cases upon which documents in this matter are served to facilitate the collection and distribution of such material for counsel appointed to represent California death-row inmates, hereby gives notice of the substitution of Miro F. Cizin for Michael Laurence as the attorney to be noticed on behalf of HCRC.

All documents should be served on Mr. Cizin at the following address (which is the same as that currently on file in this case):

Habeas Corpus Resource Center
303 Second Street, Suite 400 South
San Francisco, CA 94107
Telephone: (415) 348-3800
E-mail:     docketing@hcrc.ca.gov

1  Dated: October 23, 2015          Respectfully submitted,

2                                   HABEAS CORPUS RESOURCE CENTER

3

4                              By:  */s/ Miro F. Cizin*
                                    Miro F. Cizin
5
                                    Attorney for
6                                   Habeas Corpus Resource Center

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Notice of Change of Designated Counsel