KAMALA D. HARRIS
Attorney General of California
GLENN R. PRUDEN
Supervising Deputy Attorney General
ERIC D. SHARE
Supervising Deputy Attorney General
State Bar No. 151230
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone:  (415) 703-1375
 Fax:  (415) 703-1234
 E-mail:  Eric.Share@doj.ca.gov
*Attorneys for Respondent*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **ERNEST EDWARD DYKES,**<br><br>Petitioner,<br><br>v.<br><br>**RON DAVIS, Warden of San Quentin State Prison,**<br><br>Respondent. | 11-CV-04454-SI<br><br>**DEATH PENALTY CASE**<br><br>**MOTION TO LIFT STAY AND SET DUE DATE FOR PETITIONER'S TRAVERSE TO RESPONDENT'S ANSWER TO THE PETITION FOR WRIT OF HABEAS CORPUS** |

Respondent hereby respectfully moves this Court for an order lifting the stay that was imposed on May 14, 2015, in the above-captioned death penalty case, and setting a due date of 30 days from such an order for petitioner to file his traverse to respondent's answer to the petition for writ of habeas corpus.

Respondent makes these requests because the stay was originally put in place to allow for the resolution of a case filed by a different defendant challenging California's death penalty system, and that case has now been resolved.

On August 2, 1995, petitioner was convicted in Alameda County of first degree murder, attempted murder, and robbery.  He was sentenced to death.  The Supreme Court of California

1

affirmed the conviction and sentence on June 15, 2009. *People v. Dykes*, 46 Cal. 4th 731 (2009). Petitioner filed a state habeas petition on July 6, 2004. The Supreme Court of California denied the petition on August 31, 2011.

On December 21, 2012, petitioner filed in this Court a federal habeas petition. Respondent filed an answer to the petition on December 13, 2013. By stipulation of the parties, petitioner's time to file a traverse to respondent's answer was extended three times—first to April 27, 2014, then to June 27, 2014, and finally to August 27, 2014.

Before filing a traverse, petitioner made an ex parte application for an additional one-month extension, to September 27, 2014, to consider the impact of a then-recent Federal District Court case in *Jones v. Chappell*, 31 F.Supp. 3d 1050 (C.D. Cal. July 16, 2014), which declared that California's death penalty system was unconstitutional. On September 26, 2014, petitioner filed a motion to stay or bifurcate proceedings pending resolution of the *Jones* case. Respondent opposed the motion. On May 14, 2015, this Court issued an order granting petitioner's request "for a stay pending the resolution of the *Jones* appeal."

On August 31, 2015, the Ninth Circuit Court of Appeals reversed the District Court's decision in *Jones*. *Jones v. Davis*, 806 F.3d 538 (9th Cir. 2015). The defendant in *Jones* filed a petition for rehearing en banc which the Ninth Circuit denied on February 8, 2016. That Court issued its mandate on February 17, 2016. The defendant in *Jones* did not file a petition for writ of certiorari in the United States Supreme Court, and the time for doing so has past. Sup. Ct.R. 13.1. Consequently, *Jones* is now final.

Given the status of *Jones*, and the Ninth Circuit's reversal of the District Court's declaration in that case that California's death penalty system was unconstitutional, respondent respectfully requests that this Court lift its stay of proceedings which was to remain in effect pending the resolution of the *Jones* appeal. We also respectfully request that this Court set a new due date for petitioner's traverse to respondent's answer to the habeas corpus petition. We believe that it is especially appropriate to lift the stay and set a new due date since it has been two and a half years since respondent filed its answer to the petition. (We note that the principal issue in *Jones* was the defendant's objection to delays in California death penalty cases.)

Respondent has contacted counsel for petitioner regarding a lifting of the stay and a due date for the traverse, but the parties have been unable to reach an agreement on those issues.

Accordingly, respondent respectfully requests that the stay in proceedings issued by this Court on May 14, 2015, be lifted, and that this Court set a due date for petitioner's traverse to respondent's answer to the petition for writ of habeas corpus at 30 days from this Court's order lifting the stay.

Dated:  June 20, 2016

Respectfully submitted,

KAMALA D. HARRIS
Attorney General of California
GLENN R. PRUDEN
Supervising Deputy Attorney General

/s/ Eric D. Share

ERIC D. SHARE
Supervising Deputy Attorney General
*Attorneys for Respondent*

SF2011202695
20866125.doc

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name: <u>**Ernest Edward Dykes v. Ron Davis, Warden of San Quentin State Prison**</u>

No.: **11-CV-04454-SI**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service with postage thereon fully prepaid that same day in the ordinary course of business.

On <u>June 20, 2016</u>, I served the attached

**MOTION TO LIFT STAY AND SET DUE DATE FOR PETITIONER'S TRAVERSE TO RESPONDENT'S ANSWER TO THE PETITION FOR WRIT OF HABEAS CORPUS**

by placing a true copy thereof enclosed in a sealed envelope in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004, addressed as follows:

California Appellate Project
Federal Court Docketing
101 Second Street, Suite 600
San Francisco, CA 94105-3647

Habeas Corpus Resource Center
303 Second Street, Suite 400 South
San Francisco, CA 94107

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on June 20, 2016, at San Francisco, California.

| J. Wong | J Wong |
|---|---|
| Declarant | Signature |

SF2011202695
20866829.doc