**PHILLIP A. TREVIÑO** [SBN 121119]
137 N. Larchmont Blvd., #801
Los Angeles, California 90004
Telephone: (213) 949-8000

Attorney for Petitioner
ERNEST DYKES

## UNITED STATES DISTRICT COURT

### FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ERNEST DYKES**, | Case No. 11-CV-04454-SI |
| Petitioner, | |
| v. | RESPONSE TO RESPONDENT'S MOTION TO LIFT STAY |
| **KEVIN CHAPPELL, Warden,** | |
| Respondent. | **DEATH PENALTY CASE** |

Petitioner does not object to the stay that was previously put into place in this matter being lifted. Respondent is correct, the matter (<u>Jones v. Chappell</u>) upon which the stay was premised has been resolved.

However, as Respondent's counsel has been informed, until such time as a CJA funding issue that is under review by this Court is resolved, Petitioner respectfully asks that no due date for the traverse be set. Petitioner's counsel has previously expressly represented to Respondent's counsel, and hereby affirms, that the pending matter is a key component that affects Petitioner's ability to proceed with the traverse.

                                                Respectfully submitted,

Dated: July 6, 2016            s/Phillip A. Treviño