UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNEST EDWARD DYKES,<br><br>    Petitioner,<br><br>    v.<br><br>RON DAVIS,<br><br>    Respondent. | Case No. 11-cv-04454-SI<br><br>**ORDER GRANTING MOTION TO LIFT STAY**<br><br>Re: Dkt. No. 40 |

Respondent has filed a motion to lift the stay imposed by this Court pending the resolution of an appeal filed in *Jones v. Chappell*, 31 F.Supp. 3d 1050 (C.D. Cal. July 16, 2014). Respondent asserts that the stay should be lifted because the Ninth Circuit decided the *Jones* appeal on August 31, 2015, and a petition for rehearing *en banc* was denied on February 8, 2016. Petitioner does not oppose the lifting of the stay.

Because the *Jones* matter has been resolved, the Court hereby GRANTS Respondent's motion. The Court directs the parties to **submit a joint case management statement within 30 days of the date of this Order**. Any issues pertaining to the due-date for a traverse may be addressed in the joint statement.

**IT IS SO ORDERED**.

Dated: August 16, 2016

_____
SUSAN ILLSTON
United States District Judge