**PHILLIP A. TREVIÑO** [SBN 121119]
137 N. Larchmont Blvd., #801
Los Angeles, California 90004
Telephone: (213) 949-8000

Attorney for Petitioner
ERNEST DYKES

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ERNEST DYKES**, | **Case No. 11-CV-04454-SI** |
| Petitioner, | UNOPPOSED EX PARTE APPLICATION TO EXTEND DATE FOR REPLY / TRAVERSE |
| v. | TO ANSWER TO PETITION UNDER 28 U.S.C. 2254 |
| **KEVIN CHAPPELL, Warden,** | |
| Respondent. | **DEATH PENALTY CASE** |

Petitioner hereby applies to this Honorable Court for an order extending by fourteen (14) days the time for him to file a reply / traverse to Respondent's answer to the petition.

Currently Petitioner is due to file no later than February 14, 2017, his reply (consistent with Rule 5(e) of the Rules Governing Section 2254 Cases) to Respondent's answer to the petition.

For good cause, and incorporating by reference the attached declaration of Phillip A. Treviño, Petitioner respectfully requests this Honorable Court extend that deadline fourteen (14) days until February 28, 2017, to file his reply.

Dated: February 12, 2017         s/Phillip A. Treviño
                                 Attorney at Law
                                 Counsel for Petitioner

**Declaration of Phillip A. Treviño**

I, Phillip A Treviño, do hereby state and declare as follows.

1. I am an attorney at law, duly admitted to practice before this Honorable Court and under appointment as lead counsel to Petitioner in this capital habeas.

2. Petitioner is currently due to file his reply / traverse to Respondent's answer to the petition no later than February 14, 2017.

3. Since this Court's order setting the impending deadline of February 14, 2017, I have been diligently preparing the reply / traverse in this matter. Despite the exercise of due diligence, I have found that I am simply not able to meet the current deadline with the appropriate level of professional care and diligence a matter of this gravity clearly deserves. For this reason, I **seek** an extension of two weeks to complete my work in this matter. This application is not made for any improper purpose.

4. Toward the close of last week, I advised Counsel for Respondent, Mr. Eric D. Share, Supervising Deputy Attorney General, that I would likely need to make this ex parte application. After an exchange concerning Petitioner's intent, during which I assured Mr. Share it was my current intent to file the reply / traverse as promptly as possible, he advised me that with that understanding he had no opposition to the relief requested herein.

5. Even despite Mr. Share's non-opposition, I deferred filing this request until today in the hope that as I continued my work in this matter I might somehow find it possible to conclude this proposed pleading without need for the additional time.

1  Regrettably, I have had to conclude I am simply unable to do so, and
2  the requested extension is indeed professionally appropriate and
3  necessary.   I am accordingly making the instant application.
4      I declare under the penalty of perjury that the foregoing is
5  true and correct to the best of my knowledge. Executed this day
6  under the laws of the State of California.

8  Dated: February 12, 2017      s/Phillip A. Treviño