1  **PHILLIP A. TREVIÑO** [SBN 121119]
   137 N. Larchmont Blvd., #801
2  Los Angeles, California 90004
   Telephone: (213) 949-8000
3
   Attorney for Petitioner
4  ERNEST DYKES

5

6                    **UNITED STATES DISTRICT COURT**

7                 **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

8

9  **ERNEST DYKES**,                    )  **Case No. 11-CV-04454-SI**
                                         )
10         Petitioner,                   )  (PROPOSED) ORDER EXTENDING DUE
                                         )  DATE FOR REPLY / TRAVERSE
11         v.                            )
                                         )
12  **KEVIN CHAPPELL, Warden,**          )
                                         )  **DEATH PENALTY CASE**
13         Respondent.                   )
    _____      )
14

15

16      FOR GOOD CAUSE FOUND, Petitioner may have until February 28,

17  2017, to file his reply / traverse to Respondent's answer.

18

19      IT IS SO ORDERED.

20

21  Dated: February ___, 2017       _____
                                    HONORABLE SUSAN ILLSTON
22                                  United States District Judge

23
    Presented by:
24

25  s/Phillip A. Treviño

26

27

28