**PHILLIP A. TREVIÑO** [SBN 121119]
137 N. Larchmont Blvd., #801
Los Angeles, California 90004
Telephone: (213) 949-8000

Attorney for Petitioner
ERNEST DYKES

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **ERNEST DYKES**, | Case No. 11-CV-04454-SI |
| Petitioner, | EX PARTE APPLICATION TO EXTEND DATE FOR REPLY / TRAVERSE TO ANSWER TO PETITION UNDER 28 U.S.C. 2254 |
| v. | |
| **KEVIN CHAPPELL, Warden,** | |
| Respondent. | **DEATH PENALTY CASE** |

Petitioner hereby applies to this Honorable Court for an order extending by thirty (30) days the time for him to file a reply / traverse to Respondent's answer to the petition.

Currently Petitioner is due to file no later than February 28, 2017, his reply (consistent with Rule 5(e) of the Rules Governing Section 2254 Cases) to Respondent's answer to the petition.

For good cause, and incorporating by reference the attached declaration of Phillip A. Treviño, Petitioner respectfully requests this Honorable Court extend that deadline thirty (30) days until March 30, 2017, to file his reply.

Dated: February 21, 2017        s/Phillip A. Treviño
                                Attorney at Law
                                Counsel for Petitioner

**Declaration of Phillip A. Treviño**

I, Phillip A Treviño, do hereby state and declare as follows.

1. I am an attorney at law, duly admitted to practice before this Honorable Court and under appointment as lead counsel to Petitioner in this capital habeas.

2. Petitioner is currently due to file his reply / traverse to Respondent's answer to the petition no later than February 28, 2017.

3. This past Friday night, Los Angeles experienced what local news outlets have described as the worse storm we have had in years. Countless area residents lost power for days, hundreds of trees were downed, and multiple deaths resulted. Personally, I had several massive trees on my property upended, damaging both my own property and that of no fewer than three of my neighbors' properties as well. Multiple structures on my property were destroyed (including one that was inhabited), and my own house roof is now leaking, a particular problem given the ongoing rain that we are experiencing. I have had work crews here every day they could work, although the ongoing inclement weather has somewhat impaired their ability to work. It is clear to me that just clearing the resulting debris will take another week or longer, and then the prospect of rebuilding will have to be tackled. I also need to ascertain and attend to remedying the losses my neighbors have sustained.

4. All of the foregoing has completely derailed the work I had actively underway in this matter. Given the amount of supervision I need to exercise over these significant matters, with

1  all deference and respect to this Honorable Court I simply must ask
2  this Court for further time to complete my work in this matter.
3  This request is made solely due to this intervening development.
4       5.   As soon as I began to learn of these events, I advised
5  Counsel for Respondent, Mr. Eric D. Share, Supervising Deputy
6  Attorney General, that it was becoming clear this was going to
7  interfere with my ability to work and I would likely need to seek a
8  further extension in this matter.  I transmitted a photograph to
9  him showing a sample of the damage sustained on my property, and a
10 link to news coverage of the severity of the storm in question.   I
11 have since updated him further concerning these circumstances.
12      6.   This morning Mr. Share has advised me that since this
13 relief is based upon personal circumstances, his office takes no
14 position on the relief requested.
15      I declare under the penalty of perjury that the foregoing is
16 true and correct to the best of my knowledge. Executed this day
17 under the laws of the State of California.
18
19 Dated: February 21, 2017      s/Phillip A. Treviño