**PHILLIP A. TREVIÑO** [SBN 121119]
137 N. Larchmont Blvd., #801
Los Angeles, California 90004
Telephone: (213) 949-8000

Attorney for Petitioner
ERNEST DYKES

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ERNEST DYKES**, | **Case No. 11-CV-04454-SI** |
| Petitioner, | (~~PROPOSED~~) ORDER EXTENDING DUE DATE FOR REPLY / TRAVERSE |
| v. | |
| **KEVIN CHAPPELL, Warden,** | **DEATH PENALTY CASE** |
| Respondent. | |

FOR GOOD CAUSE FOUND, Petitioner may have until March 30, 2017, to file his reply / traverse to Respondent's answer.

IT IS SO ORDERED.

Dated: February __22__, 2017        _____
                                    HONORABLE SUSAN ILLSTON
                                    United States District Judge

Presented by:

s/Phillip A. Treviño