1 **PHILLIP A. TREVIÑO** [SBN 121119]
137 N. Larchmont Blvd., #801
2 Los Angeles, California 90004
Telephone: (213) 949-8000
3
Attorney for Petitioner
4 ERNEST DYKES

6     **UNITED STATES DISTRICT COURT**

7     **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

9 **ERNEST DYKES**,                          ) **Case No. 11-CV-04454-SI**
                                             )
10         Petitioner,                       ) EX PARTE APPLICATION TO EXTEND
                                             ) DATE FOR REPLY / TRAVERSE TO
11         v.                                ) ANSWER TO PETITION UNDER 28
                                             ) U.S.C. 2254
12 **KEVIN CHAPPELL, Warden,**               )
                                             )
13         Respondent.                       )
   _____           ) **DEATH PENALTY CASE**

15     Petitioner hereby applies to this Honorable Court for an order
16 extending by thirty (30) days the time for him to file a reply /
17 traverse to Respondent's answer to the petition.

18     Currently Petitioner is due to file no later than March 30,
19 2017, his reply (consistent with Rule 5(e) of the Rules Governing
20 Section 2254 Cases) to Respondent's answer to the petition.

21     For good cause, and incorporating by reference the attached
22 declaration of Phillip A. Treviño, Petitioner respectfully requests
23 this Honorable Court extend that deadline thirty (30) days until
24 April 30, 2017, to file his reply.

26 Dated: March 30, 2017            s/Phillip A. Treviño
                                    Attorney at Law
27                                  Counsel for Petitioner

**Declaration of Phillip A. Treviño**

I, Phillip A Treviño, do hereby state and declare as follows.

1. I am an attorney at law, duly admitted to practice before this Honorable Court and under appointment as lead counsel to Petitioner in this capital habeas.

2. Petitioner is currently due to file his reply / traverse to Respondent's answer to the petition no later than today, March 30, 2017.

3. As I explained to the Court in my recent submission, my personal residence suffered substantial damage as a result of a recent storm in Los Angeles that has been described as the worst storm to hit the area in years. I have found recovering from this experience to be far more onerous and challenging than I originally anticipated. I have been responsible not only for my own property, but for overseeing repairs to several neighboring properties that were also damaged during the storm by trees from my property that fell onto the adjacent properties. I have exercised my utmost in diligence in trying to resolve these matters, but the process has been time consuming as well as physically exhausting. Approximately ten days ago I had to seek medical attention due to the effects of the fatigue and stress.

4. Simply stated, during recent weeks the foregoing has completely derailed much of my work in numerous matters, particularly including this matter.

5. Although I have made significant progress with the traverse, despite my best efforts it is not presently in a final condition. I have had to acknowledge the simple reality that I am

not prepared to file this pleading in its current state.  I believe I owe my client, the Court, and opposing counsel a more professional and complete submission.

6.    This morning I conferred with opposing counsel, SDAG Eric Share, about my intention to seek this further extension.  He has requested that I advise the Court that his office is opposed to any further extension.

7.    This request is not made out of any desire to delay or frustrate these proceedings, but rather solely due to the factors and events described herein.

I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed this day under the laws of the State of California.

Dated: March 30, 2017            s/Phillip A. Treviño