1  **PHILLIP A. TREVIÑO** [SBN 121119]
   137 N. Larchmont Blvd., #801
2  Los Angeles, California 90004
   Telephone: (213) 949-8000
3
   Attorney for Petitioner
4  ERNEST DYKES

5

6                    **UNITED STATES DISTRICT COURT**

7                 **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

8

9  **ERNEST DYKES**,                    ) **Case No. 11-CV-04454-SI**
                                         )
10         Petitioner,                   ) (PROPOSED) ORDER EXTENDING DUE
                                         ) DATE FOR REPLY / TRAVERSE
11            v.                         )
                                         )
12 **KEVIN CHAPPELL, Warden,**           )
                                         ) **DEATH PENALTY CASE**
13         Respondent.                   )
   _____       )
14

15

16     FOR GOOD CAUSE FOUND, Petitioner may have until April 30,

17 2017, to file his reply / traverse to Respondent's answer.

18

19     IT IS SO ORDERED.

20

21 Dated: March ___, 2017         _____
                                  HONORABLE SUSAN ILLSTON
22                                United States District Judge

23
   Presented by:
24

25 s/Phillip A. Treviño

26

27

28