**PHILLIP A. TREVIÑO** [SBN 121119]
137 N. Larchmont Blvd., #801
Los Angeles, California 90004
Telephone: (213) 949-8000

Attorney for Petitioner
ERNEST DYKES

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ERNEST DYKES**, | **Case No. 11-CV-04454-SI** |
| Petitioner, | EX PARTE APPLICATION TO EXTEND DATE FOR REPLY / TRAVERSE TO ANSWER TO PETITION UNDER 28 U.S.C. 2254 |
| v. | |
| **KEVIN CHAPPELL, Warden,** | |
| Respondent. | **DEATH PENALTY CASE** |

  Petitioner hereby applies to this Honorable Court for an order extending by thirty (30) days the time for him to file a reply / traverse to Respondent's answer to the petition.

  Currently Petitioner is due to file no later than today, May 1, 2017, his reply (consistent with Rule 5(e) of the Rules Governing Section 2254 Cases) to Respondent's answer to the petition.

  For good cause, and incorporating by reference the attached declaration of Phillip A. Treviño, Petitioner respectfully requests this Honorable Court extend that deadline thirty (30) days until May 31, 2017, to file his reply.

Dated: May 1, 2017         s/Phillip A. Treviño
                 Attorney at Law
                 Counsel for Petitioner

**Declaration of Phillip A. Treviño**

I, Phillip A Treviño, do hereby state and declare as follows.

1. I am an attorney at law, duly admitted to practice before this Honorable Court and under appointment as lead counsel to Petitioner in this capital habeas.

2. Petitioner is currently due to file his reply / traverse to Respondent's answer to the petition no later than today, May 1, 2017. (Rule 6 of the Federal Rules of Civil Pro. extended the deadline of Sunday, April 30, 2017) until today.)

3. This matter continues to receive my complete focus, and I continue to make progress with this pleading. However, it spans a great deal of capital litigation principles, and the briefing is complex and demanding.

4. Despite my best efforts and the exercise of all due diligence, I respectfully seek additional time to ensure the submission is of the caliber this Court and my client deserve. I note this matter does not challenge the legality of my client's conviction in this matter, but rather solely seeks the invalidate the sentence of death that was imposed herein.

5. If granted this additional extension, I firmly believe no further extension will be necessary in this matter.

6. This morning I conferred with opposing counsel, SDAG Eric Share, about my intention to seek this further extension. He has requested that I advise the Court that his office is opposed to any further extension.

7. This request is not made out of any desire to delay or frustrate these proceedings, but rather solely due to the factors

and events described herein.

    I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed this day under the laws of the State of California.

Dated: May 1, 2017       s/Phillip A. Treviño