1  **PHILLIP A. TREVIÑO** [SBN 121119]
   137 N. Larchmont Blvd., #801
2  Los Angeles, California 90004
   Telephone: (213) 949-8000
3
   Attorney for Petitioner
4  ERNEST DYKES

5

6               **UNITED STATES DISTRICT COURT**

7          **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

8

9  **ERNEST DYKES,**                    ) Case No. **11-CV-04454-SI**
                                         )
10          Petitioner,                  ) ~~(PROPOSED)~~ ORDER EXTENDING DUE
                                         ) DATE FOR REPLY / TRAVERSE
11              v.                       )
                                         )
12 **KEVIN CHAPPELL, Warden,**           )
                                         ) **DEATH PENALTY CASE**
13          Respondent.                  )
   _____    )
14

15

16      FOR GOOD CAUSE FOUND, Petitioner may have until May 31, 2017,

17 to file his reply / traverse to Respondent's answer.

18

19      IT IS SO ORDERED.

20

21 Dated: May __1__, 2017      _____
                                HONORABLE SUSAN ILLSTON
22                              United States District Judge

23

24 Presented by:

25 s/Phillip A. Treviño

26

27

28