**PHILLIP A. TREVIÑO** [SBN 121119]
137 N. Larchmont Blvd., #801
Los Angeles, California 90004
Telephone: (213) 949-8000

Attorney for Petitioner
ERNEST DYKES

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ERNEST DYKES**, | **Case No. 11-CV-04454-SI** |
| Petitioner, | EX PARTE APPLICATION FOR LEAVE TO AMEND TRAVERSE; DECLARATION OF COUNSEL |
| v. | |
| **KEVIN CHAPPELL, Warden,** | |
| Respondent. | **DEATH PENALTY CASE** |

Petitioner hereby applies to this Honorable Court for an order directing the Clerk to strike the Traverse that was filed on May 31, 2017, and to replace it with the Traverse that is lodged contemporaneous with this application.

This application incorporates by reference the attached declaration of Phillip A. Treviño.

Counsel for Respondent California has advised that he takes no position on this application.

Dated: June 5, 2017            s/Phillip A. Treviño
                               Attorney at Law
                               Counsel for Petitioner

**Declaration of Phillip A. Treviño**

I, Phillip A Treviño, do hereby state and declare as follows.

1. I am an attorney at law, duly admitted to practice before this Honorable Court and under appointment as lead counsel to Petitioner in this capital habeas.

2. Consistent with the scheduling order of this Court, on May 31, 2017, I caused to be filed Petitioner's traverse in this matter. I immediately turned my attention to United States v. Peterson, CA 15-50203, a direct criminal appeal that is pending before the U.S. Court of Appeals for the Ninth Circuit. That matter is calendared for oral argument this week, and in the last week the United States filed two emergency motions with the Ninth Circuit, each requiring my attention while I was finalizing the Traverse in this matter.

3. While I was focused on the Circuit matter, my office detected anomalies that it appeared occurred during the finalization of the Traverse in this matter. I requested my office determine the extent and nature of the problem(s), and I immediately notified SDAG Eric Share, who represents California in this matter, of this development.

4. My office has tracked the problem to corruption that occurred when the Traverse was being marked for generation of a Table of Authorities. In addition, there were twelve (12) formatting errors that had occurred and which I had corrected while I was editing the document, but which corrections were somehow lost when the file corruption(s) occurred.

5. My office has corrected these twelve (12) items, and

generated a corrected table of contents and authorities based upon the amended coding of the document. No other changes of any nature have been made to the document.

    6.   Mr. Eric Share has advised me that in light of the nature of the aforementioned changes, his office takes no position on this motion which seeks to replace the prior version with the corrected version of the Traverse.

    I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed this day under the laws of the State of California.

Dated: June 5, 2017    s/Phillip A. Treviño