1 | **PHILLIP A. TREVIÑO** [SBN 121119]
  | 137 N. Larchmont Blvd., #801
2 | Los Angeles, California 90004
  | Telephone: (213) 949-8000
3 |
  | Attorney for Petitioner
4 | ERNEST DYKES

6                    UNITED STATES DISTRICT COURT

7                FOR THE NORTHERN DISTRICT OF CALIFORNIA

9  **ERNEST DYKES**,                       ) **Case No. 11-CV-04454-SI**
                                            )
10         Petitioner,                      ) (PROPOSED) ORDER DIRECTING CLERK
                                            ) TO STRIKE TRAVERSE FILED ON MAY
11            v.                            ) 31, 2017, AND REPLACE WITH
                                            ) TRAVERSE LODGED ON JUNE 5, 2017
12 **KEVIN CHAPPELL, Warden,**              )
                                            )
13         Respondent.                      )
   _____          ) **DEATH PENALTY CASE**

    FOR GOOD CAUSE FOUND, the Clerk shall strike the Traverse that was filed on May 31, 2017.  It shall be replaced with the Traverse that Petitioner lodged with this Court on June 5, 2017.

    IT IS SO ORDERED.


Dated: June ___, 2017            _____
                                 HONORABLE SUSAN ILLSTON
                                 United States District Judge

Presented by:

s/Phillip A. Treviño