**PHILLIP A. TREVIÑO** [SBN 121119]
137 N. Larchmont Blvd., #801
Los Angeles, California 90004
Telephone: (213) 949-8000

Attorney for Petitioner
ERNEST DYKES

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ERNEST DYKES**, | ) **Case No. 11-CV-04454-SI** |
| Petitioner, | ) ~~(PROPOSE~~D) ORDER DIRECTING CLERK TO STRIKE TRAVERSE FILED ON MAY |
| v. | ) 31, 2017, AND REPLACE WITH TRAVERSE LODGED ON JUNE 5, 2017 |
| **KEVIN CHAPPELL, Warden,** | ) |
| Respondent. | ) **DEATH PENALTY CASE** |

   FOR GOOD CAUSE FOUND, the Clerk shall strike the Traverse that was filed on May 31, 2017.  It shall be replaced with the Traverse that Petitioner lodged with this Court on June 5, 2017.

   IT IS SO ORDERED.

Dated: ~~June~~ July 10, 2017          _____
                                       HONORABLE SUSAN ILLSTON
                                       United States District Judge

Presented by:

s/Phillip A. Treviño