UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ERNEST EDWARD DYKES, | |
|---|---|
| Petitioner, | Case No. 11-cv-04454-SI |
| v. | **ORDER REQUIRING JOINT STATEMENT** |
| RON DAVIS, | |
| Respondent. | |

The Court directs the parties to prepare a joint statement outlining a proposed litigation schedule for the adjudication of petitioner's capital habeas petition. The statement shall be filed within 45 days of the date of this Order. A case management conference shall be scheduled if necessary.

**IT IS SO ORDERED**.

Dated: March 27, 2018

SUSAN ILLSTON
United States District Judge