**PHILLIP A. TREVIÑO** [SBN 121119]
137 N. Larchmont Blvd., #801
Los Angeles, California 90004
Telephone: (213) 949-8000

Attorney for Petitioner
ERNEST DYKES

## UNITED STATES DISTRICT COURT

### FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ERNEST DYKES**, | **Case No. 11-CV-04454-SI** |
| Petitioner, | EX PARTE APPLICATION TO EXTEND DATE FOR JOINT STATEMENT OF |
| v. | PARTIES; DECLARATION OF COUNSEL |
| **KEVIN CHAPPELL, Warden,** | |
| Respondent. | **DEATH PENALTY CASE** |

Petitioner hereby applies to this Honorable Court for an order extending by ninety (90) days the time for the parties to file the joint statement called for by this Court's order of March 27, 2018.

This extension of time is requested so that Petitioner can pursue a proposed of settlement of this matter with Respondent. Counsel for Respondent has indicated to the undersigned that he defers taking a position on this application, entrusting the decision to the discretion of this Court.

Accordingly, and incorporating by reference the attached declaration of Phillip A. Treviño, Petitioner respectfully requests

1  this Honorable Court extend by ninety (90) days until August 9,
2  2018, the deadline for the parties to file a joint statement of the
3  case.
4
5  Dated: May 11, 2018                s/Phillip A. Treviño
                                       Attorney at Law
6                                      Counsel for Petitioner

Page -2-

**Declaration of Phillip A. Treviño**

I, Phillip A Treviño, do hereby state and declare as follows.

1. I am an attorney at law, duly admitted to practice before this Honorable Court and under appointment as lead counsel to Petitioner in this capital habeas.

2. As this Court knows from the petition and related pleadings before it, the fact pattern underlying Petitioner's conviction and sentence of death include an express finding by the jury that Petitioner did not have the intent to commit first-degree murder when the single bullet was discharged that resulted in Lance Clark's death.

3. Petitioner contends this case is an outlier in the realm of capital punishment cases, both in this State as well as in the nation. Litigation of the claim containing the operative contentions implicated by this is presently stayed by order of this Honorable Court.

4. In an effort to pursue potential settlement of this matter, Petitioner respectfully seeks the requested time to prepare and pursue in a meaningful manner a potential settlement of this matter. It is Petitioner's intention first to seek settlement with Mr. Eric Share, SDAG, who represents Respondent in this matter. If those efforts do not result in a settlement then, as Mr. Share is aware, Petitioner will seek to pursue settlement with such other individuals in the California Attorney General's Office as may be appropriate, including Counsel Antonette Cordero and the Honorable Xavier Becerra, Attorney General.

5. I have conferred with SDAG Eric Share, about my intention to seek this extension for this purpose. He has requested that I advise the Court that his office takes no position on this request, deferring the matter to this Court's discretion.

I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed this day under the laws of the State of California.

Dated: May 11, 2018        s/Phillip A. Treviño