1  **PHILLIP A. TREVIÑO** [SBN 121119]
   137 N. Larchmont Blvd., #801
2  Los Angeles, California 90004
   Telephone: (213) 949-8000
3
   Attorney for Petitioner
4  ERNEST DYKES

5

6                   **UNITED STATES DISTRICT COURT**

7              **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

8

9  **ERNEST DYKES**,                  ) **Case No. 11-CV-04454-SI**
                                      )
10          Petitioner,                ) (PROPOSED) ORDER EXTENDING THE
                                      ) TIME FOR THE PARTIES TO FILE THE
11       v.                            ) JOINT STATEMENT CALLED FOR BY
                                      ) ORDER DATED MARCH 27, 2018
12 **KEVIN CHAPPELL, Warden,**         )
                                      )
13          Respondent.                ) **DEATH PENALTY CASE**
   _____    )
14

15
        FOR GOOD CAUSE FOUND, the time for the parties to comply with
16
   this Court's order dated March 27, 2018, is extended until August
17
   9, 2018.
18
        IT IS SO ORDERED.
19

20
   Dated: May ___, 2018         _____
21                              HONORABLE SUSAN ILLSTON
                                United States District Judge
22

23 Presented by:

24
   s/Phillip A. Treviño
25

26

27

28