**PHILLIP A. TREVIÑO** [SBN 121119]
137 N. Larchmont Blvd., #801
Los Angeles, California 90004
Telephone: (213) 949-8000

Attorney for Petitioner
ERNEST DYKES

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ERNEST DYKES**, | **Case No. 11-CV-04454-SI** |
| Petitioner, | (~~PROPOSED~~) ORDER EXTENDING THE TIME FOR THE PARTIES TO FILE THE JOINT STATEMENT CALLED FOR BY ORDER DATED MARCH 27, 2018 |
| v. | |
| **KEVIN CHAPPELL, Warden**, | |
| Respondent. | **DEATH PENALTY CASE** |

FOR GOOD CAUSE FOUND, the time for the parties to comply with this Court's order dated March 27, 2018, is extended until August 9, 2018.

IT IS SO ORDERED.

Dated: May 14, 2018              _____
                                 HONORABLE SUSAN ILLSTON
                                 United States District Judge

Presented by:

s/Phillip A. Treviño