XAVIER BECERRA
Attorney General of California
GLENN R. PRUDEN
Supervising Deputy Attorney General
ERIC D. SHARE
Supervising Deputy Attorney General
State Bar No. 151230
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone:  (415) 510-3858
 Fax:  (415) 703-1234
 E-mail:  Eric.Share@doj.ca.gov
*Attorneys for Respondent*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **ERNEST EDWARD DYKES,**<br><br>　　　　　　　　　　Petitioner,<br><br>　　v.<br><br>**RON DAVIS, Warden of San Quentin State Prison,**<br><br>　　　　　　　　　　Respondent. | **CAPITAL CASE**<br><br>11-CV-04454-SI<br><br>**DECLARATION OF ERIC D. SHARE IN SUPPORT OF RESPONDENT'S OPPOSITION TO PETITIONER'S SECOND REQUEST FOR EXTENSION OF TIME TO FILE JOINT STATEMENT** |

　　1. I, the undersigned, am counsel for respondent in the above-captioned federal capital habeas case.  I make this declaration in support of respondent's opposition to petitioner's second request for extension of time to file a joint statement.

　　2. On July 30, 2018, I sent an e-mail to counsel for petitioner, Philip A. Trevino, noting that the date for the joint statement was quickly approaching and asking if he was working on a draft of a status report to send to respondent for our comments.

　　3. On August 1, 2018, petitioner's counsel responded that he was awaiting some significant input from outside sources regarding settlement prospects and expected to have it soon.  He said it

1

would help inform how he asked this Court to proceed, and that he would update me as soon as possible, and certainly in advance of our filing deadline.

4. Having heard nothing more, respondent contacted petitioner's counsel again by e-mail on August 6, 2018, to inquire as to the status of the joint statement.

5. On August 8, 2018, the day before the joint statement was due, petitioner's counsel responded by e-mail that he intended to ask this Court for another extension of time to file the joint statement to pursue an unspecified attempt at resolution of this matter. He again indicated that he was still seeking information from outside sources to support the proportionality claim in the petition, and the scope of the requests is fairly large. He did not, however, send respondent a draft of what he intended to file with the court.

6. On August 8, 2018, respondent informed petitioner's counsel that it would object to any further requests for an extension of time to file the joint statement.

I declare under penalty of perjury that the foregoing is true and correct. Executed at San Francisco, California, on August 13, 2018.

/s/ Eric D. Share

_____
ERIC D. SHARE
Supervising Deputy Attorney General

SF2011202695
42031459.docx

2

Declaration of Eric D. Share in Support of Respondent's Opposition to Petitioner's Second Request for Extension of Time to File Joint Statement (11-CV-04454-SI)