1    UNITED STATES DISTRICT COURT

2    NORTHERN DISTRICT OF CALIFORNIA

3

4    ERNEST EDWARD DYKES,                          Case No. 11-cv-04454-SI

              Petitioner,
5
          v.
6                                                 **ORDER REGARDING PETITIONER'S
                                                  REQUEST TO EXTEND TIME TO FILE
7    RON DAVIS, Warden of California State        JOINT STATEMENT**
     Prison at San Quentin,
                                                  Re: Dkt. No. 62
8              Respondent.

9

10          Petitioner has filed a second request to extend by 60 days the time to file a joint statement

11   outlining a litigation schedule for the adjudication of his capital habeas petition.  Petitioner asserts

12   that he needs additional time so that he may pursue a proposed settlement of his case.  Petitioner

13   notes that he is awaiting third-party input relating to claim 1 of his petition, which alleges that the

14   death penalty is disproportionate to his culpability.

15          Respondent opposes petitioner's request.  He asserts that the resolution of the habeas

16   petition has already been significantly delayed, that petitioner has declined to work with

17   respondent on a joint statement and the nature of the settlement sought by petitioner is unclear.

18   Respondent further notes that because resolution of claim 1 has been stayed by this Court, the

19   parties may proceed to resolve the remainder of petitioner's claims.  Finally, respondent requests

20   that if this Court were inclined to grant an extension, to do so only until September 10, 2018, as

21   respondent's counsel will be on leave from September 17 through October 15, 2018.

22          Having reviewed the parties' contentions, the Court grants an extension until September

23   10, 2018 for the filing of a joint statement.  No further extensions are anticipated.

24          **IT IS SO ORDERED**.

25   Dated:  August 24, 2018

26                                                _____

27                                                SUSAN ILLSTON
                                                  United States District Judge
28