UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ERNEST EDWARD DYKES,

    Petitioner,

  v.

RON DAVIS, Warden of San Quentin State Prison,

    Respondent.

Case No. 11-cv-04454-SI

**SCHEDULING ORDER**

Having reviewed the parties' joint statement filed on September 10, 2018, the Court directs the parties as follows:

1) Petitioner shall file a motion for discovery within 45 days of the date of this motion.
2) Respondent shall file an opposition within 30 days of the date of service of petitioner's motion.
3) Petitioner shall file a reply within 15 days of the date of service of respondent's opposition. A hearing shall be set if necessary. A further litigation schedule shall be set once the Court rules on petitioner's discovery motion.

**IT IS SO ORDERED**.

Dated: 10/22/18

SUSAN ILLSTON
United States District Judge