```
PHILLIP A. TREVIÑO [CSB 121119]
137 N. LARCHMONT BLD., #801
LOS ANGELES, CA 90004
(213) 949-8000
ptrevino@samben.us
```

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNEST DYKES,<br><br>         Petitioner,<br><br>    vs.<br><br>RON DAVIS,<br><br>         Respondent. | Case No.: 11-cv-04454-SI<br><br>UNOPPOSED APPLICATION TO EXTEND TIME TO FILE MOTION FOR DISCOVERY;<br>DECLARATION OF COUNSEL |

Petitioner Ernest Dykes hereby respectfully seeks this Court's order extending the time for him to file his motion for discovery in this matter.  By this application Petitioner seeks an extension of one month, namely until January 7, 2019.

This application is unopposed by Respondent.  The attached declaration of counsel is hereby incorporated by reference.

                                   Respectfully submitted,

December 6, 2018                   s/Phillip A. Treviño

## DECLARATION OF COUNSEL

1.   I, Phillip A. Treviño, am an attorney at law.  I have been duly admitted to practice before this Honorable Court.  I am under appointment by this Court as lead counsel to capital Petitioner Ernest Dykes.  I make the instant declaration of support of Petitioner's application for an extension of time to file his motion for discovery in this matter.

2.   Since receiving this Court's order setting the current scheduling in effect in this matter, I have been working diligently toward preparing a motion for discovery.  However, given the magnitude of issues to be presented therein, as well as the gravity of this matter, despite the exercise of due diligence I have not been able to complete this motion consistent with the current scheduling in effect.

3.   For the foregoing reasons, I inquired of Deputy Attorney General Eric Share who represents Respondent in this matter if he had any opposition to an extension of one month for Petitioner to complete this motion.  Mr. Share graciously advised me that Respondent has no opposition to this request for additional time.

4.   Accordingly, and in order that I may complete and prepare an appropriately detailed and careful motion for discovery in this matter, on behalf of Petitioner Dykes I respectfully move this Honorable Court for an order extending by

UNOPPOSED APPLICATION TO EXTEND TIME TO FILE MOTION FOR DISCOVERY; DECLARATION OF COUNSEL

one month the deadline by which Petitioner may file his motion for discovery.  This would call for the motion to be filed no later than January 7, 2019.

  I declare under penalty of perjury that the foregoing is true and correct.  Executed this day at Los Angeles, California.

December 6, 2018      s/Phillip A. Treviño

UNOPPOSED APPLICATION TO EXTEND TIME TO FILE MOTION FOR DISCOVERY; DECLARATION OF COUNSEL