PHILLIP A. TREVIÑO [CSB 121119]
137 N. LARCHMONT BLD., #801
LOS ANGELES, CA 90004
(213) 949-8000
ptrevino@samben.us

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNEST DYKES,<br><br>　　　Petitioner,<br><br>　　vs.<br><br>RON DAVIS,<br><br>　　　Respondent. | Case No.: 11-cv-04454-SI<br><br>(PROPOSED) ORDER EXTENDING THE TIME FOR PETITIONER TO FILE HIS MOTION FOR DISCOVERY |

　　FOR GOOD CAUSE SHOWN, the time for Petitioner to file his motion for discovery in this matter is extended until January 7, 2019.

December 6, 2018　　　　　　　　　_____
　　　　　　　　　　　　　　　　　HON. SUSAN ILLSTON
　　　　　　　　　　　　　　　　　U.S. DISTRICT JUDGE

(PROPOSED) ORDER EXTENDING THE TIME FOR PETITIONER TO FILE HIS MOTION FOR DISCOVERY