
Susan Garvey (Bar No. 187572)
HABEAS CORPUS RESOURCE CENTER
303 Second Street, Suite 400 South
San Francisco, California 94107
Telephone: (415) 348-3800
Facsimile: (415) 348-3873
E-mail: docketing@hcrc.ca.gov
Attorney for Habeas Corpus Resource Center

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNEST EDWARD DYKES,<br><br>　　　　Petitioner,<br><br>　v.<br><br>RON DAVIS, Warden of California State Prison at San Quentin,<br><br>　　　　Respondent. | Case No. 3:11-cv-04454-SI<br><br>**DEATH PENALTY CASE**<br><br>**Request to be Removed from Docket Sheet** |

　　The Habeas Corpus Resource Center (HCRC) is a public defense entity of the state of California which, among other functions, collects and distributes documents in capital habeas case. The center subscribes to notifications in all capital habeas cases in the federal courts for California through the Public Access to Electronic Court Records (PACER) email notice utility.

　　HCRC does not represent Mr. Dykes, but the center is listed on the docket sheet for this case as counsel for *Miscellaneous*. Because HCRC is not a party to this action, does not represent any party to this action, and receives notifications through a utility available to non-parties, HCRC should be removed from the docket sheet for this case.

In the alternative that HCRC is not removed from the docket sheet, the center hereby gives notice of the substitution of Susan Garvey for Miro F. Cizin pursuant to Local Rule 5-1(c)(2)(B). Ms. Garvey's information is the same as that currently on file:

>Habeas Corpus Resource Center
>303 Second Street, Suite 400 South
>San Francisco, CA 94107
>Telephone: (415) 348-3800
>Email: docketing@hcrc.ca.gov

Dated: December 13, 2018         Respectfully submitted,

HABEAS CORPUS RESOURCE CENTER

By: _____
Susan Garvey
Attorney for Habeas Corpus Resource Center