UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNEST EDWARD DYKES,<br><br>    Petitioner,<br><br>    v.<br><br>RON DAVIS, Warden of California State Prison at San Quentin,<br><br>    Respondent. | Case No. 11-cv-04454-SI<br><br>**ORDER GRANTING PETITIONER'S REQUEST TO EXTEND TIME TO FILE DISCOVERY MOTION**<br><br>Re: Dkt. No. 67 |

Petitioner has requested an extension of time until January 7, 2019 to file his motion for discovery. Respondent does not oppose petitioner's request. Good cause appearing, petitioner's request is GRANTED.

**IT IS SO ORDERED**.

Dated: December 17, 2018

_____
SUSAN ILLSTON
United States District Judge