1  **PHILLIP A. TREVIÑO** [SBN 121119]
   137 N. Larchmont Blvd., #801
2  Los Angeles, California 90004
   Telephone: (213) 949-8000
3
   Attorney for Petitioner
4  ERNEST DYKES

5

6                  **UNITED STATES DISTRICT COURT**

7            **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

8

9  **ERNEST DYKES,**                )  **Case No. 11-CV-04454-SI**
                                     )
10         Petitioner,               )  UNOPPOSED EX PARTE APPLICATION TO
                                     )  EXTEND DEADLINE FOR MOTION FOR
11         v.                        )  DISCOVERY;
                                     )  DECLARATION OF COUNSEL
12 **KEVIN CHAPPELL, Warden,**       )
                                     )
13         Respondent.               )
   _____  )  **DEATH PENALTY CASE**
14

15      Petitioner hereby applies to this Honorable Court for an order

16 extending by thirty (30) days the time for him to file a motion for

17 discovery.   This application is unopposed by Respondent.

18

19 Dated: January 7, 2019              s/Phillip A. Treviño
                                       Attorney at Law
20                                     Counsel for Petitioner

21

22

23

24

25

26

27

28

**Declaration of Phillip A. Treviño**

I, Phillip A Treviño, do hereby state and declare as follows.

1.   I am an attorney at law, duly admitted to practice before this Honorable Court and under appointment as lead counsel to Petitioner in this capital habeas.

2.   Petitioner was due to file his motion for discovery in this matter today.   Counsel has executed due diligence and had hoped to accomplish this filing on this schedule.   However, the undersigned has encountered huge time challenges despite his best efforts.   The undersigned is in the process of selling his residence, and that endeavor has repeatedly overwhelmed counsel's schedule.   Counsel apologizes to this Honorable Court for this. The residence has been counsel's home for almost twenty years; not having undertaken such a relocation in so long this was not something counsel predicated to take so much time and effort.

3.   For this reason, respectfully and humbly, counsel seeks this extension, and informs the Court that if granted this extension he has no expectation whatsoever than any further extension will be necessary.

4.   I have conferred with SDAG Eric Share about my intention to seek this extension for this purpose.   He has advised me he has no opposition to the relief requested herein.

I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed this day under the laws of the State of California.

Dated: January 7, 2019        s/Phillip A. Treviño