1  **PHILLIP A. TREVIÑO** [SBN 121119]
   137 N. Larchmont Blvd., #801
2  Los Angeles, California 90004
   Telephone: (213) 949-8000
3
   Attorney for Petitioner
4  ERNEST DYKES

5

6                    **UNITED STATES DISTRICT COURT**

7                 **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

8

9  **ERNEST DYKES**,                    ) **Case No. 11-CV-04454-SI**
                                         )
10         Petitioner,                   ) (PROPOSED) ORDER EXTENDING THE
                                         ) DEADLINE FOR PETITIONER TO FILE
11         v.                            ) HIS MOTION FOR DISCOVERY
                                         )
12 **KEVIN CHAPPELL, Warden,**           )
                                         )
13         Respondent.                   )
   _____       ) **DEATH PENALTY CASE**
14

15

16     FOR GOOD CAUSE SHOWN, the deadline for Petitioner to file his

17 motion for discovery is extended by thirty (30) days, from January

18 7, 2019, to and until February 6, 2019.

19     IT IS SO ORDERED.

20

21

22 Dated:                         _____
                                  HON. SUSAN ILLSTON
23                                UNITED STATES DISTRICT JUDGE

24

25
   Presented by:
26
   s/Phillip A. Treviño
27

28