**PHILLIP A. TREVIÑO** [SBN 121119]
137 N. Larchmont Blvd., #801
Los Angeles, California 90004
Telephone: (213) 949-8000

Attorney for Petitioner
ERNEST DYKES

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ERNEST DYKES**, | **Case No. 11-CV-04454-SI** |
| Petitioner, | (~~PROPOSE~~D) ORDER EXTENDING THE DEADLINE FOR PETITIONER TO FILE |
| v. | HIS MOTION FOR DISCOVERY |
| **KEVIN CHAPPELL, Warden,** | |
| Respondent. | **DEATH PENALTY CASE** |

FOR GOOD CAUSE SHOWN, the deadline for Petitioner to file his motion for discovery is extended by thirty (30) days, from January 7, 2019, to and until February 6, 2019.

IT IS SO ORDERED.

Dated: 1/14/19

_____
HON. SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE

Presented by:

s/Phillip A. Treviño