**PHILLIP A. TREVIÑO** [SBN 121119]
137 N. Larchmont Blvd., #801
Los Angeles, California 90004
Telephone: (213) 949-8000

Attorney for Petitioner
ERNEST DYKES

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ERNEST DYKES**, | **Case No. 11-CV-04454-SI** |
| Petitioner, | EX PARTE APPLICATION TO EXTEND DATE FOR MOTION FOR DISCOVERY, |
| v. | AND TO STRIKE TRAVERSE FILED APRIL 1, 2019 AND REPLACE WITH |
| **KEVIN CHAPPELL, Warden,** | TRAVERSE FILED APRIL 8, 2019 |
| Respondent. | **DEATH PENALTY CASE** |

Petitioner hereby applies to this Honorable Court for an order extending the time for him to file his motion for discovery in this matter.

In addition, Petitioner applies to this Court for an order striking the traverse filed on April 1, 2019, and replacing it with the traverse filed on April 7, 2019.

In support of these requests, Petitioner incorporates by reference the attached declaration of Phillip A. Treviño.

Dated: April 8, 2019          s/Phillip A. Treviño
                              Attorney at Law
                              Counsel for Petitioner

**Declaration of Phillip A. Treviño**

I, Phillip A Treviño, do hereby state and declare as follows.

1. I am an attorney at law, duly admitted to practice before this Honorable Court and under appointment as lead counsel to Petitioner in this capital habeas.

2. By order dated March 1, 2019, this Court lifted the stay of claim one that had been in effect in this matter. It further ordered an amended traverse and a motion for discovery be filed within thirty (30) days of the order. The deadline imposed by the order was accordingly March 31, 2019, a Sunday. By operation of the Federal Rules of Civil Procedure, the deadline was accordingly extended to Monday, April 1, 2019.

3. On April 1, 2019, consistent with the above order, I filed with this Court an amended traverse. On the same date, I also advised counsel for Respondent, Mr. Eric D. Share, that I would seek to extend the time to file Petitioner's motion for discovery.

4. I did not receive any response from Mr. Share, which I note is not characteristic of him. He has normally responded promptly to my communications. This left me uncertain as to how to proceed, and accordingly in the hope that I could accurately recite any position he might take on my application to this Court I elected to await a response from him before filing the application.

5. The following day I did receive two responses from Mr. Share. In the first he noted that Monday had been a California state holiday. In that initial communication, he did not indicate any position on my intention to file a motion for an extension of

1 time on the motion for discovery.  Still later that same day, I
2 received a further communication from him, indicating that he would
3 respond to any motions after receiving and evaluating them.   He
4 did also, however, draw to my attention some errata that it
5 appeared the traverse my office had just filed contained.

6     6.   I noted that he was correct as to the errata, thanked him
7 for drawing the matter to my attention, and advised him a corrected
8 version would follow shortly.   I also noted that I would seek
9 relief from this Court to replace the deficient copy of the
10 traverse with a corrected one, and in the same application I would
11 seek leave of the Court for an extension of time as to the deadline
12 for the motion for discovery.   I herewith do so.

13     7.   The errata contained in the traverse filed on April 1,
14 2019, pertained to the tables of authorities and contents, as well
15 as an amendment to claim eight that I believed had been made to
16 reflect this Court's order lifting the stay on claim one.   When my
17 office staff investigated, they discovered that the internal coding
18 on the underlying WordPerfect document had somehow become
19 corrupted, and that this had caused defective tables as a result.
20 Although I had been unaware of it, apparently this corruption had
21 occurred several versions back, so that it became necessary for a
22 significant amount of technical corrections to be made to allow
23 proper tables to be generated.   Other than this, some minor
24 typographical errors, and the amendment to claim eight to reflect
25 this Court's order lifting the stay on claim one, no other changes
26 were made to the traverse.

27     8.   Based on the foregoing, I respectfully seek this Court's

28

1 order striking the traverse filed April 1, 2019, and ask that it be
2 replaced with the traverse filed on April 7, 2019.
3     9.   In addition, I respectfully seek an order from this Court
4 extending until May 15, 2019, the time for Petitioner to file his
5 motion for discovery.  In support of this request, I note the
6 breadth of factual issues underlying claim one.  I also note the
7 substantial dispute the parties have shown concerning the law
8 surrounding the claim.  In my professional judgment, this claim
9 represents the most serious and complex of issues, and it
10 implicates questions of local, state-wide, and national importance.
11 It simply requires careful and detailed analysis and presentation
12 to this Court.  With the exercise of all due diligence, I have made
13 progress with this project, but respectfully note I simply require
14 the further time requested. In my professional judgment, the
15 gravity and complexity of this issue warrant the additional time
16 requested herein.
17     10.   I am not able to recite to this Court what, if any,
18 position Respondent may take on these requests for the reasons
19 noted above.
20     I declare under the penalty of perjury that the foregoing is
21 true and correct to the best of my knowledge. Executed this day
22 under the laws of the State of California.
23
24 Dated: April 8, 2019        s/Phillip A. Treviño
25
26
27
28