**PHILLIP A. TREVIÑO** [SBN 121119]
137 N. Larchmont Blvd., #801
Los Angeles, California 90004
Telephone: (213) 949-8000

Attorney for Petitioner
ERNEST DYKES

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ERNEST DYKES**, | **Case No. 11-CV-04454-SI** |
| Petitioner, | (PROPOSED) ORDER EXTENDING DUE DATE FOR MOTION FOR DISCOVERY; |
| v. | STRIKING AND REPLACING TRAVERSE |
| **KEVIN CHAPPELL, Warden,** | |
| Respondent. | **DEATH PENALTY CASE** |

FOR GOOD CAUSE FOUND, the traverse filed on April 1, 2019, is stricken. The traverse filed on April 8, 2019, will replace it.

Petitioner may have until May 15, 2019, to file his motion for discovery.

IT IS SO ORDERED.

Dated: April ___, 2019        _____
                              HONORABLE SUSAN ILLSTON
                              United States District Judge

Presented by:

s/Phillip A. Treviño