1 | **PHILLIP A. TREVIÑO** [SBN 121119]
137 N. Larchmont Blvd., #801
2 | Los Angeles, California 90004
Telephone: (213) 949-8000
3 |
Attorney for Petitioner
4 | ERNEST DYKES

5 |

6 |                    **UNITED STATES DISTRICT COURT**

7 |               **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

8 |

9 | **ERNEST DYKES**,                    )  **Case No. 11-CV-04454-SI**
                                       )
10 |          Petitioner,               )  ~~(PROPOSED~~) ORDER EXTENDING DUE
                                       )  DATE FOR MOTION FOR DISCOVERY;
11 |              v.                     )  STRIKING AND REPLACING TRAVERSE
                                       )
12 | **KEVIN CHAPPELL, Warden,**          )
                                       )
13 |          Respondent.               )  **DEATH PENALTY CASE**
    _____  )
14 |

15 |     FOR GOOD CAUSE FOUND, the traverse filed on April 1, 2019, is

16 | stricken.   The traverse filed on April 8, 2019, will replace it.

17 |

18 |     Petitioner may have until May 15, 2019, to file his motion for

19 | discovery.

20 |

21 |     IT IS SO ORDERED.

22 |

23 | Dated: April 11, 2019    _____
                             HONORABLE SUSAN ILLSTON
24 |                          United States District Judge

25 |

Presented by:
26 |

27 | s/Phillip A. Treviño

28 |