XAVIER BECERRA
Attorney General of California
GLENN R. PRUDEN
Supervising Deputy Attorney General
ERIC D. SHARE
Supervising Deputy Attorney General
State Bar No. 151230
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone:  (415) 510-3858
 Fax:  (415) 703-1234
 E-mail:  Eric.Share@doj.ca.gov
*Attorneys for Respondent*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **ERNEST EDWARD DYKES,**<br><br>Petitioner,<br><br>v.<br><br>**RONALD DAVIS, Acting Warden of San Quentin State Prison,**<br><br>Respondent. | **CAPITAL CASE**<br><br>11-CV-04454-SI<br><br>**RESPONDENT'S MOTION FOR EXTENSION OF TIME TO RESPOND TO PETITIONER'S FIRST MOTION FOR DISCOVERY** |

Pursuant to United States District Court for the Northern District of California Rules 6-1 through 6-3, respondent requests a 30-day extension of time in which to respond to petitioner's First Motion for Discovery.  Petitioner's motion was filed on May 15, 2019.  Respondent requests an extension of time until June 28, 2019.  Good cause for this request is found in the supporting declaration of respondent's counsel.  Counsel for petitioner has been advised of this motion and has no objection to the request.

1

Respondent's Mot. for Ext. of Time to Respond to Petitioner's First Mot. for Discovery—*Dykes v. Davis*
(11-CV-04454-SI)

| | | |
|---|---|---|
| 1 | Dated: May 20, 2019 | Respectfully submitted, |
| 2 | | XAVIER BECERRA |
| | | Attorney General of California |
| 3 | | GLENN R. PRUDEN |
| | | Supervising Deputy Attorney General |
| 4 | | |
| 5 | | /S/ ERIC D. SHARE |
| 6 | | Supervising Deputy Attorney General |
| | | *Attorneys for Respondent* |
| 7 | SF2011202695 | |
| | 21461337.docx | |

2

Respondent's Mot. for Ext. of Time to Respond to Petitioner's First Mot. for Discovery—*Dykes v. Davis*
(11-CV-04454-SI)