1  XAVIER BECERRA
   Attorney General of California
2  GLENN R. PRUDEN
   Supervising Deputy Attorney General
3  ERIC D. SHARE
   Supervising Deputy Attorney General
4  State Bar No. 151230
     455 Golden Gate Avenue, Suite 11000
5    San Francisco, CA  94102-7004
     Telephone:  (415) 510-3858
6    Fax:  (415) 703-1234
     E-mail:  Eric.Share@doj.ca.gov
7  *Attorneys for Respondent*

8                IN THE UNITED STATES DISTRICT COURT

9             FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                    SAN FRANCISCO DIVISION

11

12

13 **ERNEST EDWARD DYKES,**          **CAPITAL CASE**

14                     Petitioner,   11-CV-04454-SI

15       **v.**                      **DECLARATION OF ERIC D. SHARE IN
                                     SUPPORT OF RESPONDENT'S**
16                                   **MOTION FOR EXTENSION OF TIME
                                     TO RESPOND TO PETITIONER'S**
17 **RONALD DAVIS, Acting Warden of San   FIRST MOTION FOR DISCOVERY**
   Quentin State Prison,**

18                     Respondent.

19

20       I, ERIC D. SHARE, declare as follows:

21       1.    I am a Supervising Deputy Attorney General in the California Attorney General's

22 Office and serve as counsel for respondent in this capital federal habeas corpus proceeding.

23       2.    On May 15, 2019, petitioner filed a First Motion for Discovery.  Pursuant to United

24 States District Court for the Northern District Rule 7-3, a response to this motion would be due 14

25 days from its filing, i.e., May 29, 2019.

26       3.    Petitioner has been preparing his discovery motion for some time and has received

27 several extensions of time, mostly with respondent's consent, in which to file it.

28

                                        1

4.    Petitioner's discovery motion is broad, requesting information from the California Attorney General, the Alameda County District Attorney, and "each and all of the other fifty-seven (57) California counties."

5.    I am currently working on several California state appeals in the California Courts of Appeal.  In addition, as a Supervising Deputy Attorney General in the Criminal Division of the California Attorney General's Office, much of my time is necessarily devoted to supervising the work of a team of Deputy Attorneys General.

6.    Because of these factors, I am currently unable to complete a response to petitioner's motion by the present due date.  Therefore, I respectfully request a 30-day extension of time, until June 28, 2019, in which to respond.

7.    On May 17, 2019, I contacted counsel for petitioner, Verna Wefald, and advised her that I would be making this request.  She informed me that she had no objection to the extension of time.

Executed under penalty of perjury on May 20, 2019, in San Francisco, California.

/s/ Eric D. Share

_____
ERIC D. SHARE
Supervising Deputy Attorney General
*Attorneys for Respondent*

SF2011202695
21461355.docx

Decl. of Eric D. Share in support of Respondent's Mot. for Extension of Time—*Dykes v. Davis*  (11-CV-04454-SI)