IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ERNEST EDWARD DYKES,**<br><br>Petitioner,<br><br>v.<br><br>**RONALD DAVIS, Acting Warden of San Quentin State Prison,**<br><br>Respondent. | **CAPITAL CASE**<br><br>Case No. 11-CV-04454-SI<br><br>**[PROPOSED] ORDER REGARDING RESPONDENT'S MOTION FOR EXTENSION OF TIME TO RESPOND TO PETITIONER'S FIRST MOTION FOR DISCOVERY** |

FOR GOOD CAUSE SHOWN, respondent's unopposed motion pursuant to United States District Court for the Northern District Rule 6-3 for an extension of time to respond to petitioner's First Motion for Discovery is GRANTED. The due date for the response is extended 30 days to June 28, 2019.

IT IS SO ORDERED.

Dated: _____     _____
                                   The Honorable Susan Illston