1
2
3
4
5
6
7
8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11
     **ERNEST EDWARD DYKES,**                    **CAPITAL CASE**
12
                                   Petitioner,   Case No. 11-CV-04454-SI
13
                                                 [**PROPOSED**] **ORDER REGARDING**
14            v.                                 **RESPONDENT'S MOTION FOR**
                                                 **EXTENSION OF TIME TO RESPOND**
15   **RONALD DAVIS, Acting Warden of San**      **TO PETITIONER'S FIRST MOTION**
     **Quentin State Prison,**                   **FOR DISCOVERY**
16
                                   Respondent.
17

18

19          FOR GOOD CAUSE SHOWN, respondent's unopposed motion pursuant to United States

20   District Court for the Northern District Rule 6-3 for an extension of time to respond to

21   petitioner's First Motion for Discovery is GRANTED.  The due date for the response is extended

22   30 days to June 28, 2019.

23          IT IS SO ORDERED.

24
     Dated:   5/30/19                            _____
25                                               The Honorable Susan Illston

26

27

28

                                                1