1  **PHILLIP A. TREVIÑO** [SBN 121119]
   137 N. Larchmont Blvd., #801
2  Los Angeles, California 90004
   Telephone: (213) 949-8000
3
   Attorney for Petitioner
4  ERNEST DYKES

5

6                    **UNITED STATES DISTRICT COURT**

7           **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

8

9  **ERNEST DYKES**,                    ) **Case No. 11-CV-04454-SI**
                                         )
10          Petitioner,                  ) UNOPPOSED EX PARTE APPLICATION TO
                                         ) EXTEND DATE FOR REPLY IN SUPPORT
11             v.                        ) OF MOTION FOR DISCOVERY;
                                         ) DECLARATION OF COUNSEL
12  **KEVIN CHAPPELL, Warden,**          )
                                         )
13          Respondent.                  ) **DEATH PENALTY CASE**
    _____     )
14

15       Petitioner hereby applies to this Honorable Court for an order

16  extending by one month the time for him to file his reply to

17  Respondent's Response / Opposition to Petitioner's First Motion for

18  Discovery.

19       Counsel for Respondent, Mr. Eric Share, has advised the

20  undersigned that Respondent has no opposition to the relief

21  requested herein.

22       This extension of time is requested so that Petitioner can

23  properly and adequately prepare a reply in support of his pending

24  motion for discovery, and not for any improper purpose.

25                    *      *      *      *      *

26

27

28

1    Incorporating by reference the attached declaration of Phillip

2 A. Treviño, Petitioner respectfully requests this Honorable Court

3 extend by one month (until August 5, 2019), the deadline for his

4 reply.

5

6 Dated: July 7, 2019                    s/Phillip A. Treviño
                                        Attorney at Law
7                                       Counsel for Petitioner

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Declaration of Phillip A. Treviño**

I, Phillip A Treviño, do hereby state and declare as follows.

1.   I am an attorney at law, duly admitted to practice before this Honorable Court and under appointment as lead counsel to Petitioner in this capital habeas.

2.   I have reviewed Respondent's response to Petitioner's pending motion for discovery.   It is my professional view that with the exercise of due diligence and in order to prepare a full and proper reply, the additional time requested herein is appropriate and necessary.

3.   I have conferred with Supervising Deputy Attorney General Eric Share regarding my intention to seek the relief requested herein.   He graciously advised me that Respondent has no opposition to the Court granting the requested extension.

I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed this day under the laws of the State of California.

Dated: July 7, 2019        s/Phillip A. Treviño