**PHILLIP A. TREVIÑO** [SBN 121119]
137 N. Larchmont Blvd., #801
Los Angeles, California 90004
Telephone: (213) 949-8000

Attorney for Petitioner
ERNEST DYKES

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ERNEST DYKES**, | **Case No. 11-CV-04454-SI** |
| Petitioner, | (PROPOSED) ORDER EXTENDING DATE FOR REPLY IN SUPPORT OF MOTION |
| v. | FOR DISCOVERY |
| **KEVIN CHAPPELL, Warden,** | **DEATH PENALTY CASE** |
| Respondent. | |

FOR GOOD CAUSE FOUND, the time for Petitioner to file his reply in support of his pending motion for discovery is extended until August 5, 2019.

IT IS SO ORDERED.

Dated: _____

HONORABLE SUSAN ILLSTON
United States District Judge