**PHILLIP A. TREVIÑO** [SBN 121119]
137 N. Larchmont Blvd., #801
Los Angeles, California 90004
Telephone: (213) 949-8000

Attorney for Petitioner
ERNEST DYKES

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ERNEST DYKES**, | Case No. 11-CV-04454-SI |
| Petitioner, | EX PARTE APPLICATION TO EXTEND DATE FOR REPLY IN SUPPORT OF MOTION FOR DISCOVERY; DECLARATION OF COUNSEL |
| v. | |
| **KEVIN CHAPPELL, Warden,** | |
| Respondent. | **DEATH PENALTY CASE** |

Petitioner hereby applies to this Honorable Court for an order extending the time for him to file his reply to Respondent's Response / Opposition to Petitioner's First Motion for Discovery.

Counsel for Respondent, Mr. Eric Share, has advised the undersigned that Respondent takes no position on the request for this relief.

This extension of time is requested so that Petitioner can properly and adequately prepare a reply in support of his pending motion for discovery, and not for any improper purpose.

\*     \*     \*     \*     \*

1  Incorporating by reference the attached declaration of Phillip
2  A. Treviño, Petitioner respectfully requests this Honorable Court
3  extend until September 17, 2019, the deadline for his reply.
4
5  Dated: August 6, 2019                    s/Phillip A. Treviño
                                            Attorney at Law
6                                           Counsel for Petitioner

**Declaration of Phillip A. Treviño**

I, Phillip A Treviño, do hereby state and declare as follows.

1. I am an attorney at law, duly admitted to practice before this Honorable Court and under appointment as lead counsel to Petitioner in this capital habeas.

2. I have been preparing a response to Respondent's reply and opposition to Petitioner's pending motion for discovery in this matter. The motion raises a substantial and critical issue concerning the application of capital punishment in this matter, as well as in the State of California more generally. It is my professional view that with the exercise of due diligence and in order to prepare a full and proper reply, the additional time requested herein is appropriate and necessary.

3. I have conferred with Supervising Deputy Attorney General Eric Share regarding my intention to seek the relief requested herein. He has advised me that Respondent takes no position on this request.

I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed this day under the laws of the State of California.

Dated: August 6, 2019           s/Phillip A. Treviño