**PHILLIP A. TREVIÑO** [SBN 121119]
137 N. Larchmont Blvd., #801
Los Angeles, California 90004
Telephone: (213) 949-8000

Attorney for Petitioner
ERNEST DYKES

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ERNEST DYKES**, <br><br> Petitioner, <br><br> v. <br><br> **KEVIN CHAPPELL, Warden,** <br><br> Respondent. | **Case No. 11-CV-04454-SI** <br><br> EX PARTE APPLICATION TO EXTEND DATE FOR REPLY IN SUPPORT OF MOTION FOR DISCOVERY; DECLARATION OF COUNSEL <br><br> **DEATH PENALTY CASE** |

Petitioner hereby applies to this Honorable Court for an order extending the time for him to file his reply to Respondent's Response / Opposition to Petitioner's First Motion for Discovery.

Counsel for Respondent, Mr. Eric Share, has advised the undersigned that Respondent takes no position on the request for this relief.

This extension of time is requested so that Petitioner can properly and adequately prepare a reply in support of his pending motion for discovery, and not for any improper purpose.

\*       \*       \*       \*       \*

     Incorporating by reference the attached declaration of Phillip A. Treviño, Petitioner respectfully requests this Honorable Court extend until November 18, 2019, the deadline for his reply.

Dated: September 17, 2019        s/Phillip A. Treviño
                                               Attorney at Law
                                               Counsel for Petitioner

**Declaration of Phillip A. Treviño**

I, Phillip A Treviño, do hereby state and declare as follows.

1. I am an attorney at law, duly admitted to practice before this Honorable Court and under appointment as lead counsel to Petitioner in this capital habeas.

2. I have been preparing a response to Respondent's reply and opposition to Petitioner's pending motion for discovery in this matter. The motion raises a substantial and critical issue concerning the application of capital punishment in this matter, as well as in the State of California more generally. It is my professional view that with the exercise of due diligence and in order to prepare a full and proper reply, the additional time requested herein is appropriate and necessary.

3. In further support of this request for additional time, I note the following personal information. I have recently decided to curtail my practice dramatically, and to relocate to France, where I grew up. I intend to maintain my license to practice in active status, but I am no longer available to new clients. With leave of this Honorable Court, I also intend to continue to represent Petitioner Dykes, however. The time already invested in this matter, my own relationship with Mr. Dykes, and my duty toward this Court in ensuing continuity of counsel, all individually and jointly motivate me to do so. I do respectfully note, however, that I am currently in the midst of a major life change, a singular one. I ask the Court's understanding and indulgence as I seek this further extension based upon my relocation overseas, and the myriad of details, both personal and professional, I have had to

address during this process.

    4.   I have conferred with Supervising Deputy Attorney General Eric Share regarding my intention to seek the relief requested herein.  He has advised me that Respondent takes no position on this request.

I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed this day under the laws of the State of California.

Dated: September 17, 2019           s/Phillip A. Treviño