**California Supreme Court capital decisions
in direct appeals from Alameda County post Furman**

Petitioner has identified thirty-six (36) cases where death judgments arising out of prosecutions in Alameda County have been addressed by the California Supreme Court post <u>Furman</u>.

The name and citation for each of the cases is listed below, proceeding in reverse chronological order.  Petitioner's case is number fifteen (15) among the thirty-six (36) cases.

In all but one case, the California Supreme Court affirmed the death sentence imposed below. The exception is <u>People v. Marks v. Superior Court</u>, 27 Cal.4th 176 (2002), item 28, in which the California Supreme Court addressed only a preliminary issue concerning record correction. The death judgment against Marks was subsequently affirmed in 2003 (item 23).

Petitioner's case is the only one of these cases in which the death sentence is premised exclusively upon application of the felony-murder doctrine.

1. People v. Molano
   7 Cal.5th 620 (2019)

2. People v. Lopez
   5 Cal.5th 339 (2018)

3. People v. Daveggio / Michaud
   4 Cal.5th 790 (2018)

4. People v. Winbush
   2 Cal.5th 402 (2017)

5. People v. Peoples
   62 Cal.4th 718 (2016)

6. People v. Seumanu
   61 Cal.4th 1293 (2015)

7. People v. Tully
   54 Cal.4th 952 (2012)

8. People v. Thomas
   54 Cal.4th 908 (2012)

9. People v. Souza
   54 Cal.4th 90 (2012)

10. People v. Blacksher
    52 Cal.4th 769 (2011)

11. People v. Lynch
    50 Cal.4th 693 (2010)

12. People v. Tate
    49 Cal.4th 635 (2010)

13. People v. Martinez
    47 Cal.4th 399 (2009)

14. People v. Friend
    47 Cal.4th 1 (2009)

15. People v. Dykes
    46 Cal.4th 731 (2009)

16. People v. Zambrano
    41 Cal.4th 1082 (2007)

17. People v. Bonilla
    41 Cal.4th 313 (2007)

18. People v. Stevens
    41 Cal.4th 182 (2007)

19. People v. Stanley
    39 Cal.4th 913 (2006)

20. People v. Huggins
    38 Cal.4th 175 (2006)

21. People v. Schmeck
    37 Cal.4th 240 (2005)

22. People v. Harrison
    35 Cal.4th 208 (2005)

23. People v. Young
    34 Cal.4th 1149 (2005)

24. People v. Pollock
    32 Cal.4th 1153 (2004)

25. People v. Marks
    31 Cal.4th 197 (2003)

26. People v. Boyette
    29 Cal.4th 381 (2002)

27. People v. Cash
    28 Cal.4th 703 (2002)

28. Marks v. Superior Court
    27 Cal.4th 176 (2002)

29. People v. Ervin
    22 Cal.4th 48 (2000)

30. People v. Freeman
    8 Cal.4th 450 (1994)

31. People v. Wash
    6 Cal.4th 215 (1993)

32. People v. Hill
    3 Cal.4th 959 (1992)

33. People v. Thomas
    2 Cal.4th 489 (1992)

34. People v. Mitcham
    1 Cal.4th 1027 (1992)

35. People v. Mason
    52 Cal.3d 909 (1991)

36. People v. Heishman
    45 Cal.3d 147 (1988)