UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNEST EDWARD DYKES,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL MARTEL, et al.,<br><br>Defendants. | Case No. 3:11-cv-04454-SI<br><br>**ORDER**<br><br>**DEATH PENALTY CASE** |

On October 22, 2018, the Court entered an Order (Docket No. 66) setting a schedule for the filing of Petitioner's motion for discovery. That Order stated that "[a] further litigation schedule shall be set once the Court rules on petitioner's discovery motion." The Court has now denied Petitioner's First Motion for Discovery (Docket No. 79). *See* Docket No. 90. Accordingly, it is now time for the Court to set a schedule for further litigation of this matter. To that end, the Court directs the parties to meet and confer regarding the division of Petitioner's claims, to the extent practicable, into like groupings of claims for focused briefing by the parties. **The parties shall file a joint report with proposed claim groupings and a proposed schedule for further briefing on or before April 17, 2020.**

**IT IS SO ORDERED.**

Dated: March 6, 2020

_____
SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE