**PHILLIP A. TREVIÑO** [SBN 121119]
137 N. Larchmont Blvd., #801
Los Angeles, California 90004
Telephone: (213) 949-8000

Attorney for Petitioner
ERNEST DYKES

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **ERNEST DYKES**, | **Case No. 11-CV-04454-SI** |
| Petitioner, | MOTION TO WITHDRAW CLAIMS TWO THROUGH EIGHT OF THE PETITION; |
| v. | NOTICE OF EXCEPTION TO DENIAL OF DISCOVERY; NOTICE OF REQUEST FOR |
| **ROBERT AYERS, Warden,** | JUDGMENT ON CLAIM ONE; REQUEST FOR CERTIFICATE OF APPEALABILITY |
| Respondent. | |
| | Hearing Date: None Requested |
| | **DEATH PENALTY CASE** |

Petitioner, by and through his lead counsel of record, hereby moves this Honorable Court for an order permitting him to withdraw without prejudice his currently pending claims two through eight. He requests the Court permit the withdrawal to be without prejudice to renewal so that he may move to reinstate them in the event that his ensuing appeal from this Honorable Court's order denying him discovery is reversed by a higher court.

In the alternative, Petitioner hereby withdraws claims two through eight on his own.

Petitioner expressly notes his respectful and ongoing exception to this Honorable Court's order denying him discovery on claim one.

Accordingly, and expressly based on the current state of the pleadings and orders in this matter, Petitioner requests this Court now enter judgment against him as to the hereby amended and minimized

petition, viz., as to claim one (since it will be the only remaining claim). He makes this request for judgment so that he may respectfully seek higher review of this Court's order denying discovery and its judgment thereupon.

                                    Respectfully submitted,

Dated: April 15, 2020            s/Phillip A. Treviño

DECLARATION OF PHILLIP A. TREVIÑO

I, Phillip A. Treviño, do hereby state and declare as follows.

1.  I am an attorney at law, duly admitted to practice before this Court.  I have practiced criminal defense (trial, appellate, and post-conviction) in the federal courts for over thirty years. During the same time period, I have handled habeas corpus matters in the U.S. district courts, U.S. courts of appeal, and before the U.S. Supreme Court.  This has included both capital and non-capital matters. I previously served on the capital habeas corpus counsel selection committee for the Central District of California. I stepped down from that committee when I recently decided to relocate outside the district.

2.  I am under appointment by this Honorable Court as lead counsel to Petitioner.  I have served in this role since prior to the submission of the pending petition.  I personally drafted and submitted the petition to this Court following my through review of the record, both judicial and extra-judicial, of this matter.

3.  As this Court has been made aware, from the outset of this matter I have had confidential communications with various staff in the CJA Office of this Court.  I was requested by that unit at the outset to refrain from the substantial endeavor of collecting the broad array of empirical data I believe exists and that will be required to support the disproportionality claim

raised in the petition (claim one). This request was based on the self-evident premise this would be a significant financial expenditure. I acquiesced to the request at the time because I did not perceive this to prejudice my client.  (I served for a number of years as the first Coordinating Discovery Attorney in the Central District of California, in which capacity I was acutely aware of the competing interests for limited CJA funds. This factored into my willingness to be deferential to the concerns that were articulated to me.)  I included in the petition instead a "bare bones" statement obtained from a professional colleague in the Alameda County Public Defender's Office to ensure I was able to make the necessary legal allegations in pleading the claim.

4.   With the passage of time, I have always remained respectful of the administrative concerns attendant to how this claim would need to proceed.   So long as I did not perceive my client's interests to be at risk, I was willing to accommodate these concerns.   The time has come where I no longer can do so with ethical and appropriate deference to my client's best interests.

5.   I am respectful of this Court's order denying discovery on this claim, although I take professional exception to it.[1]   At

---

[1]   I note that my previous suggestion to the Court that it could bifurcate claim one from the remaining claims was declined by the Court.  I would not presume to tax this Court's time or resources by renewing that request spontaneously, but I also note I would not object to an invitation from the Court to renew it.

this time, it is my professional judgment this claim should move forward.  The instant motion is submitted with this goal in mind.

    6.   For each and all of these reasons, coupled with further considerations affecting what I believe are my client's best interests, accordingly I now make the instant requests for relief.

    7.   Finally, respectfully I ask that this Court issue a certificate of appealability as to its order denying discovery. If the Court wishes briefing to support this request, it will be my pleasure to provide it.

I declare under penalty of perjury under the laws of California that the foregoing is true and correct to the best of my knowledge. Executed this day at Cluny, France.

April 15, 2020                    s/Phillip A. Treviño