**PHILLIP A. TREVIÑO** [SBN 121119]
137 N. Larchmont Blvd., #801
Los Angeles, California 90004
Telephone: (951) 703-3000

Attorney for Petitioner
ERNEST DYKES

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ERNEST DYKES**, | **Case No. 11-CV-04454-SI** |
| Petitionnoer, | NOTICE OF CHANGE OF TELEPHONE NUMBER |
| v. | |
| **RON DAVIS, Warden,** | Hearing: None Requested |
| Respondent. | **DEATH PENALTY CASE** |

　　PLEASE TAKE NOTICE THAT the undersigned counsel has changed his telephone number.  Effective immediately, the new number is (951) 703-3000.

　　　　　　　　　　　　　　　　　Respectfully submitted,

Dated: October 8, 2020         s/Phillip A. Treviño