1  **PHILLIP A. TREVIÑO** [SBN 121119]
   137 N. Larchmont Blvd., #801
2  Los Angeles, California 90004
   Telephone: (951) 703-3000
3
   Attorney for Petitioner
4  ERNEST DYKES

6                    **UNITED STATES DISTRICT COURT**

7                 **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

9  **ERNEST DYKES**,                      )  **Case No. 11-CV-04454-SI**
                                           )
10           Petitioner,                   )  APPLICATION TO HAVE CO-COUNSEL
                                           )  RELIEVED; DECLARATION OF COUNSEL
11           v.                            )
                                           )
12 **RON DAVIS, Warden,**                  )
                                           )  Hearing: None Requested
13           Respondent.                   )
   _____         )  **DEATH PENALTY CASE**
14

15       COMES NOW the undersigned lead counsel and respectfully moves
16 this Honorable Court for an order relieving second counsel Verna
17 Wefald.  Ms Wefald has advised me that she concurs, and would
18 prefer to be relieved in this matter.
19       This application incorporates by reference the attached
20 declaration of counsel.

23                                Respectfully submitted,

25 Dated: October 8, 2020         s/Phillip A. Treviño

DECLARATION OF PHILLIP A. TREVIÑO

I, Phillip A. Treviño, do hereby declare and state as follows.

1. I am an attorney at law, duly admitted to practice before this Honorable Court. I am under appointment as lead counsel in this federal capital habeas matter, and I have consistently served in this capacity. Ms Wefald was appointed as second counsel, and it has always been understood between us that there would be no need or expectation for her to perform any services in this matter.

2. In matters that should properly remain confidential between her and me, we are in agreement that we are no longer able to work collaboratively in this matter. She and I accordingly are in express agreement that she should be relieved in this matter.

3. Since I have handled every aspect of this matter from the outset, and she has gained no actual familiarity with any of the record of this litigation, her removal as second counsel should not in any way impact the progress of this matter. To my knowledge she has never met Petitioner, so he will not be adversely affected on any personal level either.

I declare under penalty of perjury under the laws of California that the foregoing is true and correct to the best of my knowledge.

Dated: October 8, 2020          s/Phillip A. Treviño

Page -2-