1  **PHILLIP A. TREVIÑO** [SBN 121119]
   137 N. Larchmont Blvd., #801
2  Los Angeles, California 90004
   Telephone: (951) 703-3000
3
   Attorney for Petitioner
4  ERNEST DYKES

5

6                **UNITED STATES DISTRICT COURT**

7          **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

8

9  **ERNEST DYKES,**                ) **Case No. 11-CV-04454-SI**
                                     )
10          Petitionnoer,           ) (PROPOSED) ORDER RELIEVING
                                     ) COUNSEL WEFALD
11            v.                     )
                                     )
12 **RON DAVIS, Warden,**           )
                                     ) Hearing: None Requested
13          Respondent.             )
   _____  ) **DEATH PENALTY CASE**
14

15     FOR GOOD CAUSE FOUND, counsel Verna Wefald is relieved in this

16 matter.

17     IT IS SO ORDERED.

18

19 Dated:                 _____
                          Hon. Susan Illston
20                        United States District Judge

21

22 Presented by:

23 s/Phillip A. Treviño

24

25

26

27

28