VERNA WEFALD, State Bar No. 127104
65 North Raymond Avenue, Suite 320
Pasadena, California 91103
Telephone: 626-577-2658
Facsimile: 626-685-2562
Email: verna@vernawefald.com

Attorney for Petitioner Ernest Dykes

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNEST DYKES, ) | Case No. CV 11=-4454=so |
| Petitioner, ) | **DEATH PENALTY CASE** |
| vs. ) | |
| RON DAVIS, Warden of San Quentin State Prison, ) | **DECLARATION OF VERNA WEFALD IN SUPPORT OF MOTION TO BE RELIEVED AS CO-COUNSEL** |
| Respondent. ) | |

I, Verna Wefald, hereby declare the following:

1. I am an attorney licensed to practice in the State of California (Bar No. 127104) and I am a member of the bar of this Court. In 2011, when Phillip Trevino was appointed to represent Petitioner, the selection committee insisted that there be two lawyers. I agreed to act as second counsel if Mr. Trevino needed my help.

2. To date, Mr. Trevino has handled 100% of the representation and has not asked for any help from me. I have done no work on this case, I have not submitted any bills, and I have no relationship with Petitioner.

3. Given that Petitioner is ably represented by Mr. Trevino it makes no sense for me to continue to be listed as cocounsel in this matter. I therefore respectfully request that I be permitted to withdraw.

1  I declare under penalty of perjury that the foregoing is true and correct.
2  Executed this 8th day of October 2020, at Pasadena, California.
3  /s/ verna wefald

VERNA WEFALD, Declarant