**PHILLIP A. TREVIÑO** [SBN 121119]
137 N. Larchmont Blvd., #801
Los Angeles, California 90004
Telephone: (951) 703-3000

Attorney for Petitioner
ERNEST DYKES

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ERNEST DYKES**, | Case No. 11-CV-04454-SI |
| Petitioner, | JOINT APPLICATION FOR EXTENSION OF TIME TO SUBMIT CASE MANAGEMENT STATEMENT |
| v. | |
| **RON BROOMFIELD, Warden,** | |
| Respondent. | **DEATH PENALTY CASE** |

BY AGREEMENT, the parties herein jointly apply to this Honorable Court to extend the deadline for submission of a case management statement until May 24, 2021.

This extension is requested so that counsel for Petitioner may confer with his client. The extension will thereafter also permit the parties an adequate amount of time to exchange their proposed submissions so as to present a single document that will reflect the position(s) of both parties to this Court.

This joint application incorporates by reference the attached declaration of counsel for Petitioner.

                                        Respectfully submitted,

Dated: April 20, 2021       s/Eric D. Share

Dated: April 20, 2021       s/Phillip A. Treviño

**Declaration of Phillip A. Treviño**

I, Phillip A Treviño, do hereby state and declare as follows.

1. I am an attorney at law, duly admitted to practice before this Honorable Court. I am lead counsel to Petitioner in this matter.

2. After receiving this Court's most recent order, I began making efforts to arrange a legal call with my client so that I could discuss this development with him. I was eventually informed by San Quentin staff that (due to delays occasioned by COVID 19 as well as staff vacations) I would be allowed to have such a legal call with him on April 20, 2021.

3. In order that I may confer with my client prior to determining how to formulate Petitioner's response to this Honorable Court's last order, I accordingly approached counsel for Respondent concerning a possible extension of time for our joint submission to this Court's order. We have reached an agreement on deadlines by which we will submit our respective submissions to each other. In accordance with this timing, we jointly request the Court extend the time for our submission until May 24, 2021.

4. Prior to filing this application, I transmitted it to counsel for Respondent, Supervising Deputy Attorney General Eric D. Share. He has reviewed it and approved it for our joint submission.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated: April 20, 2021          s/Phillip A. Treviño