**PHILLIP A. TREVIÑO** [SBN 121119]
137 N. Larchmont Blvd., #801
Los Angeles, California 90004
Telephone: (951) 703-3000

Attorney for Petitioner
ERNEST DYKES

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **ERNEST DYKES**, | ) **Case No. 11-CV-04454-SI** |
| Petitioner, | ) (PROPOSED) ORDER GRANTING |
| | ) EXTENSION OF TIME TO SUBMIT CASE |
| v. | ) MANAGEMENT STATEMENT |
| **RON BROOMFIELD, Warden,** | ) |
| Respondent. | ) **DEATH PENALTY CASE** |

   FOR GOOD CAUSE FOUND, the deadline for the submission of a case management statement is extended until May 24, 2021.

   IT IS SO ORDERED.

Date: _____         _____
                            HONORABLE SUSAN ILLSTON
                            Senior United States District Judge