**PHILLIP A. TREVIÑO** [SBN 121119]
137 N. Larchmont Blvd., #801
Los Angeles, California 90004
Telephone: (951) 703-3000

Attorney for Petitioner
ERNEST DYKES

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ERNEST DYKES**, | **Case No. 11-CV-04454-SI** |
| Petitioner, | ~~(PROPOSED)~~ ORDER GRANTING EXTENSION OF TIME TO SUBMIT CASE MANAGEMENT STATEMENT |
| v. | |
| **RON BROOMFIELD, Warden,** | |
| Respondent. | **DEATH PENALTY CASE** |

FOR GOOD CAUSE FOUND, the deadline for the submission of a case management statement is extended until May 24, 2021.

IT IS SO ORDERED.

Date: April 21, 2021                      _____
                                          HONORABLE SUSAN ILLSTON
                                          Senior United States District Judge