

California Appellate Project
California Appellate Project Federal Court Docketing
101 Second Street
Suite 600
San Francisco, CA 94105

11-cv-04454-SI

1  **PHILLIP A. TREVIÑO** [SBN 121119]
   137 N. Larchmont Blvd., #801
2  Los Angeles, California 90004
   Telephone: (951) 703-3000
3
   Attorney for Petitioner
4  ERNEST DYKES

5

6                    **UNITED STATES DISTRICT COURT**

7              **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

8

9  **ERNEST DYKES,**                    ) Case No. 11-CV-04454-SI
                                         )
10          Petitioner,                  ) (PROPOSED) ORDER GRANTING
                                         ) EXTENSION OF TIME TO SUBMIT CASE
11      v.                               ) MANAGEMENT STATEMENT
                                         )
12 **RON BROOMFIELD, Warden,**           )
                                         )
13          Respondent.                  ) **DEATH PENALTY CASE**
                                         )
14 _____

15

16      FOR GOOD CAUSE FOUND, the deadline for the submission of a case
17 management statement is extended until May 24, 2021.

18

19      IT IS SO ORDERED.

20

21 Date: April 21, 2021                  _____
                                         HONORABLE SUSAN ILLSTON
22                                       Senior United States District Judge

23

24

25

26

27

28