1 **PHILLIP A. TREVIÑO** [SBN 121119]
137 N. Larchmont Blvd., #801
2 Los Angeles, California 90004
Telephone: (951) 703-3000
3
Attorney for Petitioner
4 ERNEST DYKES

5

6                    **UNITED STATES DISTRICT COURT**

7            **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

8

9 **ERNEST DYKES**,                              ) **Case No. 11-CV-04454-SI**
                                             )
10        Petitioner,              ) UNOPPOSED EX PARTE APPLICATION TO
                                             ) EXTEND DATE TO FILE SUMMATION
11          v.                      ) BRIEFING ON CLAIM TWO;
                                             ) DECLARATION OF COUNSEL
12 **KEVIN CHAPPELL, Warden,**                   )
                                             )
13        Respondent.              ) **DEATH PENALTY CASE**
   _____)
14

15     Petitioner hereby applies to this Honorable Court for an order
16 extending the time for him to file his summation briefing on Claim
17 Two.
18     Counsel for Respondent, Mr. Eric Share, has advised the
19 undersigned that Respondent has no opposition to this request.
20     Incorporating by reference the attached declaration of Phillip
21 A. Treviño, Petitioner respectfully requests this Honorable Court
22 extend until August 16, 2021, the deadline for his reply.
23

24 Dated: July 28, 2021                    s/Phillip A. Treviño
                                             Attorney at Law
25                                             Counsel for Petitioner

26

27

28

|   |   |
|---|---|
| 1 | **Declaration of Phillip A. Treviño** |
| 2 | I, Phillip A Treviño, do hereby state and declare as follows. |
| 3 | 1.   I am an attorney at law, duly admitted to practice before this Honorable Court and under appointment as lead counsel to Petitioner in this capital habeas. |

1       **Declaration of Phillip A. Treviño**

2       I, Phillip A Treviño, do hereby state and declare as follows.

3       1.   I am an attorney at law, duly admitted to practice before
4   this Honorable Court and under appointment as lead counsel to
5   Petitioner in this capital habeas.

6       2.   Consistent with this Court's order of July 1, 2021, I
7   have been preparing the summation briefing on Petitioner's Claim
8   Two.  To do so, I rely heavily on internet access to perform my
9   legal research.

10      3.   In recent days, following storms that devastated parts of
11  Germany, Belgium, and Luxembourg, the part of rural eastern France
12  where I live was in turn also hit by a massive storm.  This region
13  was under Government warning for high risk of damage and property
14  loss for two days.  Immediately following the storm, my internet
15  service was intermittent.  However, yesterday it went down
16  entirely. My internet service provider issued an advisement that
17  service would not be fully restored until August 2, 2021. Without
18  this service I cannot perform my legal work in this matter.

19      4.   I therefore conferred with Supervising Deputy Attorney
20  General Eric Share regarding my intention to seek the relief
21  requested herein.   He advised me that Respondent has no opposition
22  on this request.

23      I declare under the penalty of perjury that the foregoing is
24  true and correct to the best of my knowledge. Executed this day
25  under the laws of the State of California.

27  Dated: July 28, 2021             s/Phillip A. Treviño