1  **PHILLIP A. TREVIÑO** [SBN 121119]
   137 N. Larchmont Blvd., #801
2  Los Angeles, California 90004
   Telephone: (951) 703-3000
3
   Attorney for Petitioner
4  ERNEST DYKES

5

6                   **UNITED STATES DISTRICT COURT**

7              **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

8

9  **ERNEST DYKES**,                        ) **Case No. 11-CV-04454-SI**
                                            )
10          Petitioner,                     ) (PROPOSED) ORDER EXTENDING TIME
                                            ) TO FILE SUMMATION BRIEFING ON
11              v.                          ) CLAIM TWO
                                            )
12 **KEVIN CHAPPELL, Warden,**              )
                                            )
13          Respondent.                     ) **DEATH PENALTY CASE**
   _____         )
14

15

16      FOR GOOD CAUSE FOUND, the time for Petitioner to file his

17 summation briefing on Claim Two is extended until August 16, 2021.

18

19      IT IS SO ORDERED.

20

21 Dated:                          _____
                                   HONORABLE SUSAN ILLSTON
22                                 Senior U.S. District Judge

23

24

25

26

27

28