**PHILLIP A. TREVIÑO** [SBN 121119]
137 N. Larchmont Blvd., #801
Los Angeles, California 90004
Telephone: (951) 703-3000

Attorney for Petitioner
ERNEST DYKES

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ERNEST DYKES**, | ) **Case No. 11-CV-04454-SI** |
| Petitioner, | ) (PROPOSED) ORDER EXTENDING TIME |
| | ) TO FILE SUMMATION BRIEFING ON |
| v. | ) CLAIM TWO |
| **KEVIN CHAPPELL, Warden,** | ) |
| Respondent. | ) **DEATH PENALTY CASE** |

FOR GOOD CAUSE FOUND, the time for Petitioner to file his summation briefing on Claim Two is extended until August 16, 2021.

IT IS SO ORDERED.

Dated: August 4, 2021

_____
HONORABLE SUSAN ILLSTON
Senior U.S. District Judge