ROB BONTA
Attorney General of California
ALICE B. LUSTRE
Supervising Deputy Attorney General
SARAH J. FARHAT
Deputy Attorney General
State Bar No. 228179
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone:  (415) 510-3792
 Fax:  (415) 703-1234
 E-mail:  Sarah.Farhat@doj.ca.gov
*Attorneys for Respondent*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **ERNEST EDWARD DYKES,** | Case No. 11-CV-04454-SI |
| Petitioner, | **DEATH PENALTY CASE** |
| v. | **NOTICE OF APPEARANCE** |
| **RON BROOMFIELD, Acting Warden of San Quentin State Prison,** | |
| Respondent. | |

The California Attorney General, counsel for Ron Broomfield, Acting Warden of San Quentin State Prison,[1] hereby files this Notice of Appearance to inform the Court of additional assigned counsel for Respondent in this proceeding:

---

[1] Ron Broomfield is the current Acting Warden of the California State Prison at San Quentin.  Substitution of the proper warden is authorized by Rule 25(d) of the Federal Rules of Civil Procedure.

1

| | |
|---|---|
| 1 | Sarah J. Farhat, Deputy Attorney General |
| 2 | 455 Golden Gate Avenue, Suite 11000<br>San Francisco, CA 94102-7004 |
| 3 | Telephone: (415) 510-3792<br>E-mail: Sarah.Farhat@doj.ca.gov |

Dated: September 13, 2021        Respectfully submitted,

ROB BONTA
Attorney General of California
ALICE B. LUSTRE
Supervising Deputy Attorney General


*s/ Sarah J. Farhat*
SARAH J. FARHAT
Deputy Attorney General
*Attorneys for Respondent*

SF2011202695
42867151.docx

# CERTIFICATE OF SERVICE

Case Name:  **Ernest Edward Dykes v. Ron Broomfield, Acting Warden of San Quentin State Prison**

Case No.    **11-CV-04454-SI**

I hereby certify that on <u>September 13, 2021</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**NOTICE OF APPEARANCE**

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service with postage thereon fully prepaid that same day in the ordinary course of business.

I further certify that some of the participants in the case are not registered CM/ECF users. On <u>September 13, 2021</u>, I have caused to be mailed in the Office of the Attorney General's internal mail system, the foregoing document(s) by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within three (3) calendar days to the following non-CM/ECF participants:

California Appellate Project
Federal Court Docketing
101 Second Street, Suite 600
San Francisco, CA  94105

Habeas Corpus Resource Center
303 Second Street, Suite 400
South San Francisco, CA  94107

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>September 13, 2021</u>, at San Francisco, California.

|              N. Kochiya              |           /s/ N. Kochiya           |
| :----------------------------------: | :--------------------------------: |
|               Declarant              |              Signature             |

SF2011202695
42867535.docx