1  **PHILLIP A. TREVIÑO** [SBN 121119]
   137 N. Larchmont Blvd., #801
2  Los Angeles, California 90004
   Telephone: (951) 703-3000
3
   Attorney for Petitioner
4  ERNEST DYKES

5

6                    **UNITED STATES DISTRICT COURT**

7                FOR THE NORTHERN DISTRICT OF CALIFORNIA

8

9  **ERNEST DYKES**,                    )  Case No. 11-CV-04454-SI
                                         )
10         Petitioner,                   )  EX PARTE APPLICATION TO EXTEND BY
                                         )  TWO WEEKS THE TIME TO FILE
11         v.                            )  SUMMATION BRIEFING ON CLAIMS
                                         )  THREE AND SIX; DECLARATION OF
12 **KEVIN CHAPPELL, Warden,**           )  COUNSEL
                                         )
13         Respondent.                   )  **DEATH PENALTY CASE**
   _____       )
14

15     Petitioner hereby applies to this Honorable Court for an order

16 extending by two weeks the time for him to file his summation

17 briefing on Claims Three and Six.

18     Counsel for Respondent, Mr. Eric Share, has advised the

19 undersigned that Respondent takes no position on this request.

20     Incorporating by reference the attached declaration of Phillip

21 A. Treviño, Petitioner respectfully requests this Honorable Court

22 extend until September 29, 2021, the deadline for this briefing.

23

24 Dated: September 14, 2021          s/Phillip A. Treviño
                                      Attorney at Law
25                                    Counsel for Petitioner

26

27

28

**Declaration of Phillip A. Treviño**

I, Phillip A Treviño, do hereby state and declare as follows.

1.   I am an attorney at law, duly admitted to practice before this Honorable Court and under appointment as counsel to Petitioner in this capital habeas.

2.   Consistent with this Court's current scheduling order, I have been preparing the summation briefing on Petitioner's Claims Three and Six. This briefing is currently due to be filed no later than September 15, 2021.

3.   Despite the exercise of due diligence, I am finding that I need additional time to complete the briefing on these two claims.  It is my professional judgment that I need an additional two weeks to finish this summation briefing.

4.   I have advised Supervising Deputy Attorney General Eric Share of my intention to seek the relief requested herein.   He advised me that Respondent has no position on this request.

I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed this day under the laws of the State of California.

Dated: September 14, 2021              s/Phillip A. Treviño