```
 1  PHILLIP A. TREVIÑO [SBN 121119]
    137 N. Larchmont Blvd., #801
 2  Los Angeles, California 90004
    Telephone: (951) 703-3000
 3
    Attorney for Petitioner
 4  ERNEST DYKES
 5
```

### UNITED STATES DISTRICT COURT

### FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ERNEST DYKES**, | Case No. 11-CV-04454-SI |
| Petitioner, | EX PARTE APPLICATION TO EXTEND THE TIME TO FILE SUMMATION |
| v. | BRIEFING ON CLAIMS THREE AND SIX, AND TO EXTEND TIME TO FILE REPLY |
| **KEVIN CHAPPELL, Warden,** | ON CLAIM TWO; DECLARATION OF COUNSEL |
| Respondent. | |
| | **DEATH PENALTY CASE** |

Petitioner hereby applies to this Honorable Court for an order extending by one month the time for him to file his summation briefing on Claims Three and Six, and to file his reply on Claim Two.

Counsel for Respondent, Mr. Eric Share, has advised the undersigned that Respondent takes no position on this request. He does note, however, that due to his vacation plans if this extension is granted he will seek a further extension for his own responsive briefs so as not to disrupt his vacation plans.

/   /   /   /

/   /   /   /

Petitioner has no objection to such an extension should Respondent seek it.

    Incorporating by reference the attached declaration of Phillip A. Treviño, Petitioner respectfully requests this Honorable Court extend until October 29, 2021, the deadline for this briefing.

Dated: September 29, 2021       s/Phillip A. Treviño
                                         Attorney at Law
                                         Counsel for Petitioner

**Declaration of Phillip A. Treviño**

I, Phillip A Treviño, do hereby state and declare as follows.

1. I am an attorney at law, duly admitted to practice before this Honorable Court and under appointment as counsel to Petitioner in this capital habeas.

2. Shortly after this Honorable Court granted a two week extension for Petitioner's briefing on Claims Three and Six, I contracted COVID-19 and became quite ill. I was eventually hospitalized. I have since been discharged and I am now at home, continuing to recover.  I am getting better, but I remain substantially debilitated.  I am not presently able to work for any sustained amount time.

3. In order that I may continue my recovery, as well as provide a proper level of attention and care to Petitioner's briefing, I accordingly and respectfully seek this extension of time.

4. I have advised Supervising Deputy Attorney General Eric Share of my intention to seek the relief requested herein.  He advised me that Respondent has no position on this request.  He has a preplanned vacation, and notes that this may result in his seeking an extension of his responsive briefing.  I have no opposition to this Court granting such relief if he seeks it.

I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed this day under the laws of the State of California.

Dated: September 29, 2021            s/Phillip A. Treviño