1  **PHILLIP A. TREVIÑO** [SBN 121119]
   137 N. Larchmont Blvd., #801
2  Los Angeles, California 90004
   Telephone: (951) 703-3000
3
   Attorney for Petitioner
4  ERNEST DYKES

5

6                    **UNITED STATES DISTRICT COURT**

7              **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

8

9  **ERNEST DYKES**,                      ) **Case No. 11-CV-04454-SI**
                                          )
10         Petitioner,                    ) (PROPOSED) ORDER EXTENDING TIME
                                          ) TO FILE SUMMATION BRIEFING ON
11         v.                             ) CLAIMS THREE AND SIX, AND REPLY
                                          ) ON CLAIM TWO
12 **KEVIN CHAPPELL, Warden,**            )
                                          )
13         Respondent.                    )
   _____        ) **DEATH PENALTY CASE**
14

15

16     FOR GOOD CAUSE FOUND, the time for Petitioner to file his

17 summation briefing on Claims Three and Six, and his reply on Claim

18 Two, is extended until October 29, 2021.

19

20     IT IS SO ORDERED.

21

22 Dated:                          _____
                                   HONORABLE SUSAN ILLSTON
23                                 Senior U.S. District Judge