**PHILLIP A. TREVIÑO** [SBN 121119]
137 N. Larchmont Blvd., #801
Los Angeles, California 90004
Telephone: (951) 703-3000

Attorney for Petitioner
ERNEST DYKES

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ERNEST DYKES**, | Case No. 11-CV-04454-SI |
| Petitioner, | EX PARTE APPLICATION TO EXTEND THE TIME TO FILE SUMMATION BRIEFING ON CLAIMS THREE AND SIX, AND TO EXTEND TIME TO FILE REPLY ON CLAIM TWO; DECLARATION OF COUNSEL |
| v. | |
| **KEVIN CHAPPELL, Warden,** | |
| Respondent. | |
| | **DEATH PENALTY CASE** |

Petitioner hereby applies to this Honorable Court for an order extending until November 15, 2021, the time for him to file his summation briefing on Claims Three and Six, and to file his reply on Claim Two.

Counsel for Respondent, Mr. Eric Share, has advised the undersigned that Respondent takes no position on this request. He does note, however, that due to his vacation plans if this extension is granted he may seek a further extension for his own responsive briefing so as not to disrupt his vacation plans. Petitioner has advised him and now advises this Honorable Court that he has no objection to such an extension should Respondent seek it.

Incorporating by reference the attached declaration of Phillip

1  A. Treviño, Petitioner respectfully requests this Honorable Court
2  extend until November 15, 2021, the deadline for this briefing.
3
4  Dated: October 28, 2021            s/Phillip A. Treviño
                                      Attorney at Law
5                                     Counsel for Petitioner

**Declaration of Phillip A. Treviño**

I, Phillip A Treviño, do hereby state and declare as follows.

1. I am an attorney at law, duly admitted to practice before this Honorable Court.  I am counsel to Petitioner.

2. As I have previously advised this Honorable Court, I contracted COVID-19 and was eventually hospitalized. I have made significant progress and I am greatly recovered, but I have been unable to work at a normal and full pace.

3. All the same, I have been working on the briefing in this matter, but despite the exercise of due diligence due to my recent illness I have not been able to complete my work.  In order that I may complete my work with a proper level of attention and care, I accordingly and respectfully seek this extension of time.  I do not anticipate that any further extensions will be necessary.

4. I have advised Supervising Deputy Attorney General Eric Share of my intention to seek the relief requested herein.  He advised me that Respondent has no position on this request.  He has again noted that he has a preplanned vacation, and notes that if granted this extension may result in his seeking an extension of his responsive briefing.  I continue to have no opposition to this Court granting such relief if he seeks it.

I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed this day under the laws of the State of California.

Dated: October 28, 2021        s/Phillip A. Treviño