**PHILLIP A. TREVIÑO** [SBN 121119]
137 N. Larchmont Blvd., #801
Los Angeles, California 90004
Telephone: (951) 703-3000

Attorney for Petitioner
ERNEST DYKES

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ERNEST DYKES**, | **Case No. 11-CV-04454-SI** |
| Petitioner, | ~~(PROPOSED)~~ ORDER EXTENDING TIME TO FILE SUMMATION BRIEFING ON CLAIMS THREE AND SIX, AND REPLY ON CLAIM TWO |
| v. | |
| **KEVIN CHAPPELL, Warden,** | |
| Respondent. | **DEATH PENALTY CASE** |

FOR GOOD CAUSE FOUND, the time for Petitioner to file his summation briefing on Claims Three and Six, and his reply on Claim Two, is extended from October 29, 2021, until November 15, 2021.

IT IS SO ORDERED.

Dated: November 2, 2021

_____
HONORABLE SUSAN ILLSTON
Senior U.S. District Judge