**PHILLIP A. TREVIÑO** [SBN 121119]
137 N. Larchmont Blvd., #801
Los Angeles, California 90004
Telephone: (951) 703-3000

Attorney for Petitioner
ERNEST DYKES

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **ERNEST DYKES**, | **Case No. 11-CV-04454-SI** |
| Petitioner, | PETITIONER'S DECISION TO STAND ON PENDING BRIEFING FOR CLAIM SIX |
| v. | **DEATH PENALTY CASE** |
| **RON BROOMFIELD, Warden,** | |
| Respondent. | |

Petitioner respectfully notes that he elects to stand on the briefing presently before this Honorable Court as to Claim Six of the pending petition for a writ of habeas corpus.[1]  Based upon the points and authorities recited and discussed therein, relief should be granted on this claim.

Respectfully submitted,

Dated: November 15, 2021        s/Phillip A. Treviño
                                Counsel for Petitioner

---

[1] Said briefing is found in the Petition at 193-98; in the Traverse at 98-105; and in the enhanced Traverse at 147-54.