**PHILLIP A. TREVIÑO** [SBN 121119]
137 N. Larchmont Blvd., #801
Los Angeles, California 90004
Telephone: (951) 703-3000

Attorney for Petitioner
ERNEST DYKES

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ERNEST DYKES**, | ) **Case No. 11-CV-04454-SI** |
| Petitioner, | ) PETITIONER'S DECISION TO STAND ON |
| | ) PENDING BRIEFING FOR CLAIM TWO |
| v. | ) |
| | ) **DEATH PENALTY CASE** |
| **RON BROOMFIELD, Warden,** | ) |
| Respondent. | ) |

Petitioner respectfully notes that he elects to stand on the briefing presently before this Honorable Court as to Claim Two of the pending petition for a writ of habeas corpus.[1]

On August 16, 2021, Petitioner submitted his summation briefing on this claim. Subsequently Respondent answered that submission. Having duly considered the response submitted by Respondent, Petitioner now rests on the briefing submitted to this Honorable Court.

Relief should be granted on this claim.

Respectfully submitted,

Dated: November 15, 2021      s/Phillip A. Treviño
                              Counsel for Petitioner

---

[1] Petitioner's briefing is found in the petition at 99-138; in the traverse at 30-38; and in the enhanced traverse at 79-87.