**PHILLIP A. TREVIÑO** [SBN 121119]
137 N. Larchmont Blvd., #801
Los Angeles, California 90004
Telephone: (951) 703-3000

Attorney for Petitioner
ERNEST DYKES

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ERNEST DYKES**, | **Case No. 11-CV-04454-SI** |
| Petitioner, | EX PARTE APPLICATION TO EXTEND THE TIME TO FILE SUMMATION |
| v. | BRIEFING ON CLAIMS FOUR AND FIVE; DECLARATION OF COUNSEL |
| **KEVIN CHAPPELL, Warden,** | |
| Respondent. | **DEATH PENALTY CASE** |

Petitioner hereby applies to this Honorable Court for an order extending until January 17, 2022, the time for him to file his summation briefing on Claims Four and Five.

Counsel for Respondent, Mr. Eric Share, has advised the undersigned that Respondent leaves this request to the discretion of this Honorable Court.

Incorporating by reference the attached declaration of Phillip A. Treviño, Petitioner respectfully requests this Honorable Court extend until January 17, 2022, the deadline for this briefing.

Dated: December 14, 2021                s/Phillip A. Treviño
                                        Attorney at Law
                                        Counsel for Petitioner

**Declaration of Phillip A. Treviño**

I, Phillip A Treviño, do hereby state and declare as follows.

1. I am an attorney at law, duly admitted to practice before this Honorable Court. I am counsel to Petitioner.

2. The next phase of summation briefing in this matter concerns Claims Four and Five. These two claims challenge multiple aspects of California's death penalty scheme, and as such involve substantial constitutional issues. I have been working on the briefing in this matter, but despite the exercise of due diligence I have not yet been able to complete my work. In order that I may complete my work with a proper level of attention and care, I accordingly and respectfully seek this extension of time. I do not anticipate that any further extensions will be necessary.

3. I have advised Supervising Deputy Attorney General Eric Share of my intention to seek the relief requested herein. He advised me that Respondent defers this matter to the discretion of this Honorable Court.

I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed this day under the laws of the State of California.

Dated: December 14, 2021        s/Phillip A. Treviño