1 | **PHILLIP A. TREVIÑO** [SBN 121119]
137 N. Larchmont Blvd., #801
2 | Los Angeles, California 90004
Telephone: (951) 703-3000
3 |
Attorney for Petitioner
4 | ERNEST DYKES

5 |

6 | **UNITED STATES DISTRICT COURT**

7 | **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

8 |

9 | **ERNEST DYKES**,                          )    **Case No. 11-CV-04454-SI**
                                           )
10 |          Petitioner,               )    (PROPOSED) ORDER EXTENDING TIME
                                           )    TO FILE SUMMATION BRIEFING ON
11 |              v.                        )    CLAIMS FOUR AND FIVE
                                           )
12 | **KEVIN CHAPPELL, Warden,**        )
                                           )
13 |          Respondent.              )    **DEATH PENALTY CASE**
     _____ )
14 |

15 |

16 |      FOR GOOD CAUSE FOUND, the time for Petitioner to file his

17 | summation briefing on Claims Four and Five is extended until

18 | January 17, 2022.

19 |

20 |      IT IS SO ORDERED.

21 |

22 | Dated:                          _____
                                         HONORABLE SUSAN ILLSTON
23 |                                    Senior U.S. District Judge

24 |

25 |

26 |

27 |

28 |