1  **PHILLIP A. TREVIÑO** [SBN 121119]
   137 N. Larchmont Blvd., #801
2  Los Angeles, California 90004
   Telephone: (951) 703-3000
3
   Attorney for Petitioner
4  ERNEST DYKES

5

6                    **UNITED STATES DISTRICT COURT**

7              **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

8

9  **ERNEST DYKES**,                      ) **Case No. 11-CV-04454-SI**
                                          )
10           Petitioner,                  ) ~~(PROPOSED)~~ ORDER EXTENDING TIME
                                          ) TO FILE SUMMATION BRIEFING ON
11              v.                        ) CLAIMS FOUR AND FIVE
                                          )
12 **KEVIN CHAPPELL, Warden,**            )
                                          )
13           Respondent.                  ) **DEATH PENALTY CASE**
   _____       )
14

15

16      FOR GOOD CAUSE FOUND, the time for Petitioner to file his

17 summation briefing on Claims Four and Five is extended until

18 January ~~17~~ 18, 2022.

19

20      IT IS SO ORDERED.

21

22 Dated: December 15, 2021        _____
                                  HONORABLE SUSAN ILLSTON
23                                Senior U.S. District Judge

24

25

26

27

28