**PHILLIP A. TREVIÑO** [SBN 121119]
137 N. Larchmont Blvd., #801
Los Angeles, California 90004
Telephone: (951) 703-3000

Attorney for Petitioner
ERNEST DYKES

## UNITED STATES DISTRICT COURT

### FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ERNEST DYKES,** | **Case No. 11-CV-04454-SI** |
| Petitioner, | PETITIONER'S DECISION TO STAND ON PENDING BRIEFING FOR CLAIM THREE |
| v. | |
| **RON BROOMFIELD, Warden,** | **DEATH PENALTY CASE** |
| Respondent. | |

Petitioner respectfully notes that he elects to stand on the briefing presently before this Honorable Court as to Claim Three of the pending petition for a writ of habeas corpus.[1]

On or about November 15, 2021, Petitioner submitted his summation briefing on this claim.  On December 13, 2021, Respondent answered that submission. Having duly considered the response submitted by Respondent as well as the overall briefing already before the Court in support of this Claim, Petitioner now submits this claim for decision.

Relief should be granted on this claim.

Respectfully submitted,

Dated: December 27, 2021          s/Phillip A. Treviño
                                  Counsel for Petitioner

---

[1]    Petitioner's briefing is found in the petition at 138-159; in the traverse at 38-59; and in the enhanced traverse at 87-108.