1  **PHILLIP A. TREVIÑO** [SBN 121119]
   137 N. Larchmont Blvd., #801
2  Los Angeles, California 90004
   Telephone: (951) 703-3000
3
   Attorney for Petitioner
4  ERNEST DYKES

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ERNEST DYKES**, | **Case No. 11-CV-04454-SI** |
| Petitioner, | EX PARTE APPLICATION TO EXTEND THE TIME TO FILE SUMMATION |
| v. | BRIEFING ON CLAIMS FOUR AND FIVE; DECLARATION OF COUNSEL |
| **KEVIN CHAPPELL, Warden,** | |
| Respondent. | **DEATH PENALTY CASE** |

   Petitioner hereby applies to this Honorable Court for an order extending until February 18, 2022, the time for him to file his summation briefing on Claims Four and Five.

   Counsel for Respondent, Mr. Eric Share, has advised the undersigned that Respondent leaves this request to the discretion of this Honorable Court.

   Incorporating by reference the attached declaration of Phillip A. Treviño, Petitioner respectfully requests this Honorable Court extend until February 18, 2022, the deadline for this briefing.

Dated: January 14, 2021                s/Phillip A. Treviño
                                       Attorney at Law
                                       Counsel for Petitioner

**Declaration of Phillip A. Treviño**

I, Phillip A Treviño, do hereby state and declare as follows.

1. I am an attorney at law, duly admitted to practice before this Honorable Court. I am counsel to Petitioner.

2. I am currently actively working on the summation briefing in this matter for Claims Four and Five. These two claims challenge multiple aspects of California's death penalty scheme, and as such involve substantial federal constitutional issues. Despite the exercise of due diligence I have simply not yet been able to complete my work. In order that I may complete my work with a proper level of attention and care, I accordingly and respectfully seek this extension of time. I had previously hoped that a further extension would not be necessary in this matter, but the complexity of the federal constitutional issues at stake, coupled with intersecting and varying California case law (of lesser importance yet still potentially relevant for this Court's analysis) has simply proved more complicated than I had anticipated.

3. I have advised Supervising Deputy Attorney General Eric Share of my intention to seek the relief requested herein. He advised me that Respondent defers this matter to the discretion of this Honorable Court.

I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed this day under the laws of the State of California.

Dated: January 14, 2021          s/Phillip A. Treviño