**PHILLIP A. TREVIÑO** [SBN 121119]
137 N. Larchmont Blvd., #801
Los Angeles, California 90004
Telephone: (951) 703-3000

Attorney for Petitioner
ERNEST DYKES

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **ERNEST DYKES**, | Case No. 11-CV-04454-SI |
| Petitioner, | (PROPOSED) ORDER EXTENDING TIME TO FILE SUMMATION BRIEFING ON |
| v. | CLAIMS FOUR AND FIVE |
| **KEVIN CHAPPELL, Warden,** | |
| Respondent. | **DEATH PENALTY CASE** |

FOR GOOD CAUSE FOUND, the time for Petitioner to file his summation briefing on Claims Four and Five is extended until February 18, 2022.

IT IS SO ORDERED.

Dated: _____
         HONORABLE SUSAN ILLSTON
         Senior U.S. District Judge