**PHILLIP A. TREVIÑO** [SBN 121119]
137 N. Larchmont Blvd., #801
Los Angeles, California 90004
Telephone: (951) 703-3000

Attorney for Petitioner
ERNEST DYKES

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ERNEST DYKES**, | ) **Case No. 11-CV-04454-SI** |
| Petitioner, | ) ~~(PROPOSED)~~ ORDER EXTENDING TIME TO FILE SUMMATION BRIEFING ON |
| v. | ) CLAIMS FOUR AND FIVE |
| **KEVIN CHAPPELL, Warden,** | ) |
| Respondent. | ) **DEATH PENALTY CASE** |

FOR GOOD CAUSE FOUND, the time for Petitioner to file his summation briefing on Claims Four and Five is extended until February 18, 2022.

IT IS SO ORDERED.

Dated: January 14, 2022     _____
HONORABLE SUSAN ILLSTON
Senior U.S. District Judge