**PHILLIP A. TREVIÑO** [SBN 121119]
137 N. Larchmont Blvd., #801
Los Angeles, California 90004
Telephone: (951) 703-3000

Attorney for Petitioner
ERNEST DYKES

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ERNEST DYKES**, | ) **Case No. 11-CV-04454-SI** |
| Petitioner, | ) PETITIONER'S DECISION TO STAND ON |
| | ) PENDING BRIEFING FOR CLAIMS FOUR |
| v. | ) AND FIVE |
| **RON BROOMFIELD, Warden,** | ) **DEATH PENALTY CASE** |
| Respondent. | ) |

Petitioner respectfully notes that he elects to stand on the briefing presently before this Honorable Court as to Claims Four and Five of the pending petition for a writ of habeas corpus.[1]

Based upon the briefing he has previously submitted on these claims, Petitioner submits these claims for decision.

Relief should be granted on these claims.

Respectfully submitted,

Dated: February 18, 2022   s/Phillip A. Treviño
                           Counsel for Petitioner

---

[1] Petitioner's briefing on Claim Four is found in the petition at 159-178; in the traverse at 108-130; and in the enhanced traverse at 108-130. The briefing for Claim Five is found in the petition at 179-193; in the traverse at 130-147; and in the enhanced traverse at 130-147.