**PHILLIP A. TREVIÑO** [SBN 121119]
137 N. Larchmont Blvd., #801
Los Angeles, California 90004
Telephone: (951) 703-3000

Attorney for Petitioner
ERNEST DYKES

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **ERNEST DYKES**, | Case No. 11-CV-04454-SI |
| Petitioner, | UNOPPOSED EX PARTE APPLICATION TO HAVE CLERK FILE NUNC PRO TUNC PETITIONER'S DECISION TO STAND ON PENDING BRIEFING FOR CLAIM SEVEN; DECLARATION; EXHIBIT |
| v. | |
| **RON BROOMFIELD, Warden,** | |
| Respondent. | **DEATH PENALTY CASE** |

By the instant application, Petitioner respectfully applies to this Honorable Court for an order directing the Clerk of Court to accept and file the attached exhibit nunc pro tunc, with an effective date of March 21, 2022. Therein, Petitioner notes that he elects to stand on the briefing presently before this Honorable Court as to Claim Seven of the pending petition for a writ of habeas corpus.

The attached exhibit was completed and prepared for filing by March 21, 2022, but due to an inadvertence it was not timely filed with this Court. These and related points are addressed in the attached declaration of Petitioner's counsel.

The parties are in agreement concerning this request, which if granted will also allow the otherwise standing order of this Court concerning the remaining briefing in this case to remain as currently calendared.

Respectfully submitted,

Dated: March 21, 2022       s/Phillip A. Treviño
                            Counsel for Petitioner

**DECLARATION OF PHILLIP A. TREVIÑO**

I, Phillip A. Treviño, am an attorney at law, duly admitted to practice before this Honorable Court. I am under appointment as Petitioner's lead counsel in this matter.

1. Consistent with this Court's Case Management order, Petitioner's summation briefing on Claim Seven of the pending petition was due to be filed no later than March 21, 2022.

2. I completed my work on this topic in a timely manner, and I drafted a notice to the effect that Petitioner would stand on the briefing already before this Court on Claim Seven.

3. Due to my other professional obligations, I was scheduled to travel internationally on March 21, 2022. Accordingly, I entrusted the actual electronic filing to an associate in my office. It turns out this was a mistake on my part, as my associate did not manage to accomplish the filing, although he believed that he did.

4. I did not realize this error occurred until SDAG Eric Share recently inquired about this. When I checked my office records, I learned what had happened. I apologized to Mr. Share, and now apologize to this Court, for this. It was and remains my responsibility to monitor all aspects of my office and I accept this was accordingly no one's fault other than my own.

5. Mr. Share and I were able to quickly reach an agreement that this Court could properly accept the proposed filing with a nunc pro tunc date of March 21, 2022. This nunc pro tunc date will allow the parties otherwise to remain on track with the other briefing also due under the Court's Case Management order, with no need for any other resetting of dates.

6. Accordingly, and with the agreement of Mr. Share, I now respectfully ask this Honorable Court to accept the proposed filing, attached hereto as an Exhibit, as a submission made nunc pro tunc effective March 21, 2022.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.

Dated: 28 April 2022            s/Phillip A. Treviño