**PHILLIP A. TREVIÑO** [SBN 121119]
137 N. Larchmont Blvd., #801
Los Angeles, California 90004
Telephone: (951) 703-3000

Attorney for Petitioner
ERNEST DYKES

### UNITED STATES DISTRICT COURT

### FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ERNEST DYKES**, | Case No. 11-CV-04454-SI |
| Petitioner, | ~~(PROPOSED)~~ ORDER TO HAVE CLERK FILE NUNC PRO TUNC PETITIONER'S DECISION TO STAND ON PENDING BRIEFING FOR CLAIM SEVEN |
| v. | |
| **RON BROOMFIELD, Warden,** | **DEATH PENALTY CASE** |
| Respondent. | |

FOR GOOD CAUSE FOUND, the Clerk of Court is to accept and file Petitioner's exhibit nunc pro tunc, with an effective date of March 21, 2022. Therein, Petitioner notes that he elects to stand on the briefing presently before this Honorable Court as to Claim Seven of the pending petition for a writ of habeas corpus.

IT IS SO ORDERED.

Dated: May 11, 2022

HONORABLE SUSAN ILLSTON
Senior U.S. District Judge