**PHILLIP A. TREVIÑO** [SBN 121119]
137 N. Larchmont Blvd., #801
Los Angeles, California 90004
Telephone: (951) 703-3000

Attorney for Petitioner
ERNEST DYKES

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ERNEST DYKES**, | ) **Case No. 11-CV-04454-SI** |
| Petitioner, | ) PETITIONER'S DECISION TO STAND ON |
| v. | ) PENDING BRIEFING FOR CLAIM SEVEN |
| **RON BROOMFIELD, Warden,** | ) **DEATH PENALTY CASE** |
| Respondent. | ) |

Petitioner respectfully notes that he elects to stand on the briefing presently before this Honorable Court as to Claim Seven of the pending petition for a writ of habeas corpus.[1]

Based upon the briefing previously submitted, Petitioner submits this claim for decision.

Relief should be granted on this claim.

Respectfully submitted,

Dated: March 21, 2022         s/Phillip A. Treviño
                              Counsel for Petitioner

---

[1] Petitioner's briefing on Claim Seven is found in the petition at 199-208; in the traverse at 105-116; and in the enhanced traverse at 154-165.