1  **PHILLIP A. TREVIÑO** [SBN 121119]
   137 N. Larchmont Blvd., #801
2  Los Angeles, California 90004
   Telephone: (951) 703-3000
3
   Attorney for Petitioner
4  ERNEST DYKES

5                **UNITED STATES DISTRICT COURT**

6           **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

7  **ERNEST DYKES,**                    )  **Case No. 11-CV-04454-SI**
                                        )
8              Petitioner,              )  EX PARTE APPLICATION TO EXTEND BY
                                        )  ONE WEEK PETITIONER'S BRIEFING
9              v.                       )  FOR CLAIM ONE; DECLARATION
                                        )
10 **RON BROOMFIELD, Warden,**          )  **DEATH PENALTY CASE**
                                        )
11             Respondent.              )

12      By the instant application, Petitioner respectfully applies to

13 this Honorable Court for an order extending by one week Petitioner's

14 submission concerning Claim One.  Under this Court's Case Management

15 Order, said submission is currently due no later than tomorrow, June

16 20, 2022.

17      By this application Petitioner seeks this Court's leave to extend

18 that deadline until June 27, 2022.

19      Due to the circumstances recited in the attached declaration of

20 counsel, Petitioner is not able to inform the Court of what, if any,

21 position Respondent's counsel may take on this application.

22

23                              Respectfully submitted,

24 Dated: June 19, 2022         s/Phillip A. Treviño
                                Counsel for Petitioner
25

26

27

28

**DECLARATION OF PHILLIP A. TREVIÑO**

I, Phillip A. Treviño, am an attorney at law, duly admitted to practice before this Honorable Court. I am under appointment as Petitioner's lead counsel in this matter.

1.   Consistent with this Court's Case Management order, Petitioner's summation briefing on Claim One of the pending petition is currently due to be filed no later than June 20, 2022.

2.   As this Honorable Court may be aware, much of France is currently experiencing a massive heat wave that has broken numerous temperature records and has caused various types of damage.   In particular, in my region there have also been substantial electrical thunder storms. As a result, my electric service has been interrupted and generally dysfunctional for several days.

3.   Due to the foregoing, I have not been able to complete my work in this matter.   In addition, I have pre-existing business travel (in an unrelated matter) that requires my absence for the next several days. I am not able to defer or otherwise change those plans.

4.   I have advised Respondent's counsel of these events.   I have not had a response from him. Most likely this is due to these events coinciding with the weekend and time zone differences. Accordingly I am not able to represent to the Court what, if any, position he may take on this application.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.

Dated: 19 June 2022      s/Phillip A. Treviño