**PHILLIP A. TREVIÑO** [SBN 121119]
137 N. Larchmont Blvd., #801
Los Angeles, California 90004
Telephone: (951) 703-3000

Attorney for Petitioner
ERNEST DYKES

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ERNEST DYKES**, | ) Case No. 11-CV-04454-SI |
| Petitioner, | ) (PROPOSED) ORDER EXTENDING BY ONE WEEK PETITIONER'S SUBMISSION ON CLAIM ONE |
| v. | ) |
| **RON BROOMFIELD, Warden,** | ) **DEATH PENALTY CASE** |
| Respondent. | ) |

Under this Court's Case Management Order, Petitioner's submission on Claim One is currently due no later than June 20, 2022.

That deadline is extended until June 27, 2022.

IT IS SO ORDERED.

Dated: _____
HONORABLE SUSAN ILLSTON
Senior U.S. District Judge