UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNEST EDWARD DYKES,<br><br>    Petitioner,<br><br>    v.<br><br>RON BROOMFIELD, Acting Warden of California State Prison at San Quentin,<br><br>    Respondent. | Case No. 11-cv-04454-SI<br><br>**ORDER**<br><br><u>**DEATH PENALTY CASE**</u> |

    Petitioner has filed an Application to Stay Proceedings While Petitioner Exhausts New Claim Pursuant to U.S. Supreme Court Decision in *New York State v. Bruen*, 597 U.S. __ (June 23, 2022) (Dkt. No. 134).  Petitioner seeks to invoke the stay-and-abeyance procedure outlined in *Rhines v. Weber*, 544 U.S. 269 (2005).  Respondent shall file a response to Petitioner's motion on or before July 8, 2022.  Petitioner may file a reply on or before July 15, 2022.

    IT IS SO ORDERED.

Dated: June 29, 2022

                                                              SUSAN ILLSTON<br>
                                                              UNITED STATES DISTRICT JUDGE