**PHILLIP A. TREVIÑO** [SBN 121119]
137 N. Larchmont Blvd., #801
Los Angeles, California 90004
Telephone: (951) 703-3000

Attorney for Petitioner
ERNEST DYKES

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ERNEST DYKES**, | Case No. 11-CV-04454-SI |
| Petitioner, | |
| v. | PETITIONER'S DECISION TO STAND ON PENDING BRIEFING FOR CLAIM ONE |
| **RON BROOMFIELD, Warden,** | |
| Respondent. | **DEATH PENALTY CASE** |

Petitioner has fully reviewed and confirmed the ongoing vitality of the authorities previously submitted to this Court as to Claim One of the pending petition for a writ of habeas corpus.[1] Accordingly he respectfully advises this Honorable Court he elects to stand on the briefing already before the Court.

Based upon the briefing previously submitted, and incorporating his motion for discovery,[2] Petitioner submits this claim for decision.

Relief should be granted on this claim.

Respectfully submitted,

Dated: September 14, 2022    s/Phillip A. Treviño
                             Counsel for Petitioner

---

[1] Petitioner's briefing on Claim One is found in the petition at 55-99; and in the enhanced traverse filed on April 7, 2019, at 30-79.

[2] Denied by order of this Court dated February 20, 2020.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28