1 | Rob Bonta
Attorney General of California
2 | Lance E. Winters
Chief Assistant Attorney General
3 | James William Bilderback II
Senior Assistant Attorney General
4 | Alice B. Lustre
Supervising Deputy Attorney General
5 | Eric D. Share
Supervising Deputy Attorney General
6 | State Bar No. 151230
 455 Golden Gate Avenue, Suite 11000
7 | San Francisco, CA 94102-7004
 Telephone: (415) 510-3858
8 | Fax: (415) 703-1234
 E-mail: Eric.Share@doj.ca.gov
9 | *Attorneys for Respondent*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **ERNEST EDWARD DYKES,**<br><br>                                  Petitioner,<br><br>     v.<br><br>**RON BROOMFIELD,**<br><br>                                  Respondent. | 11-CV-04454-SI<br><br>**DEATH PENALTY CASE** |

**DECLARATION OF SERVICE**

Declaration of Service (11-CV-04454-SI)

## DECLARATION OF SERVICE

Case Name: **Dykes v. Broomfield**                                       No.: **11-CV-04454-SI**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service with postage thereon fully prepaid that same day in the ordinary course of business.

On April 21, 2023, I served the attached **ORDER DATED APRIL 20, 2023 (DOCUMENT 141) WITH COVER LETTER** by placing a true copy thereof enclosed in a sealed envelope in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004, addressed as follows:

Rob Graff
Deputy District Attorney
Alameda County District Attorney's Office
1225 Fallon Street, Room 900
Oakland, CA 94612-4203

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on April 21, 2023, at San Francisco, California.

| S. Caston | /s/ S. Caston |
|---|---|
| Declarant | Signature |

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter.

On April 21, 2023, I served the attached **ORDER DATED APRIL 20, 2023 (DOCUMENT 141) WITH COVER LETTER** by E-MAIL: By transmitting a true copy thereof to the e-mail addresses indicated below:

| | |
|---|---|
| Rob Graff<br>Deputy District Attorney<br>E-mail address: ACDAdocket@acgov.org | Phillip A. Treviño<br>E-mail address: Ptrevino@me.com<br>Attorney for Petitioner |

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on April 21, 2023, at San Francisco, California.

| J. Wong | /s/ J. Wong |
|---|---|
| Declarant | Signature |