1  **PHILLIP A. TREVIÑO** [SBN 121119]
   137 N. Larchmont Blvd., #801
2  Los Angeles, California 90004
   Telephone: (951) 703-3000
3
   Attorney for Petitioner
4  ERNEST DYKES

6                    UNITED STATES DISTRICT COURT

7              FOR THE NORTHERN DISTRICT OF CALIFORNIA

9  **ERNEST DYKES**,                 ) **Case No. 11-CV-04454-SI**
                                     )
10          Petitioner,              ) SUPPLEMENT TO MOTION TO BE
                                     ) RELIEVED
11          v.                       )
                                     )
12 **MICHAEL MARTEL, Warden,**       ) Hearing Date: None Requested
                                     ) **DEATH PENALTY CASE**
13          Respondent.              )
   _____   )

   The undersigned counsel hereby advises this Honorable Court that he received a confidential communication today. He may have further information for the Court within the next few days concerning Petitioner's personal position on the pending motion by counsel to be relieved.

   Counsel is unsure whether he will thereby be authorized to make any further disclosure(s) to the Court, but does assure the Court that once he is possessed of any such additional information he will forthwith inform the Court the pendency has been resolved.

                                        Respectfully submitted,

   Dated: May 24, 2023              Phillip A. Treviño