**PHILLIP A. TREVIÑO** [SBN 121119]
137 N. Larchmont Blvd., #801
Los Angeles, California 90004
Telephone: (951) 703-3000

Attorney for Petitioner
ERNEST DYKES

## UNITED STATES DISTRICT COURT

### FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ERNEST DYKES**, | **Case No. 11-CV-04454-SI** |
| Petitioner, | SUPPLEMENT TO MOTION TO BE RELIEVED; DECLARATION OF COUNSEL |
| v. | |
| **MICHAEL MARTEL, Warden,** | Hearing Date: None Requested |
| | **DEATH PENALTY CASE** |
| Respondent. | |

    The undersigned counsel hereby submits the attached declaration of counsel for consideration by this Honorable Court.

    This submission resolves the matter that was pending, and which was referenced in my submission on May 31, 2023.

                            Respectfully submitted,

Dated: June 2, 2023        Phillip A. Treviño

**DECLARATION OF PHILLIP A. TREVIÑO**

I, Phillip A. Treviño, do hereby declare and state as follows:

1. I am an attorney at law, duly admitted to practice before this Honorable Court  I am under appointment as counsel to Petitioner in this capital habeas matter.

2. I spoke directly with Petitioner this morning. He has expressly authorized me to make the following disclosures to this Court, acknowledging and waiving his privilege to have his communications with me, which he knows are normally protected by the attorney-client privilege. I make these disclosures in reliance upon this waiver.

3. He confirmed receipt and review of various items of correspondence I have sent to him recently, including a copy of the motion I submitted asking to be relieved in this matter.

4. He asks that I advise the Court expressly that he wants me to remain his attorney of record in this matter.

5. He has also asked that I convey expressly his request that this Honorable Court rule first on the pending motion to have Claims two through eight dismissed and to enter judgment against him on Claim one in this matter. He understands the implications of this request, and continues to join me in the decision to have this matter proceed to the Ninth Circuit Court of Appeals given its procedural posture at this point.

6. He expressly noted that he hopes that if the Court grants the first motion, then it would not be required to address my request to be relieved, and therefore he could accordingly continue to be represented by me.

7. In light of my client's stated position, and based upon the procedural status of this matter, I have no opposition to this Court ruling on the previously filed request for dismissal of claims and entry of judgment (docket control number 144) prior to addressing my motion to be relieved (docket control number 146).

8. In the event the Court does grant motion #144 and enter judgment, then respectfully I ask the Court to consider my motion to be relieved as thereby rendered moot.  If this Honorable Court should opt to deny the request for dismissal of the claims and entry of judgment against Petitioner, then respectfully I maintain my motion to be relieved and ask that it be granted.  For the reasons stated therein, I do not believe I can continue before this Court.[1]  However, I see no impediment to proceeding as counsel before the Circuit.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.  Executed this day in the Saône-et-Loire, France.

Dated: June 2, 2023            Phillip A. Treviño

---

[1] An intervening factor that now also weighs in this assessment is the CJA unit's ongoing delay in acting upon a pending compensation claim. Until this juncture, I had no reason to believe compensation might be withheld in such a manner.