VERNA WEFALD, State Bar No. 127104
65 North Raymond Avenue, Suite 320
Pasadena, California 91103
Telephone: 626-577-2658
Email: verna@vernawefald.com

Attorney for Petitioner Ernest Dykes

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNEST DYKES, | Case No. CV 11-4454-SI |
| Petitioner, | **DEATH PENALTY CASE** |
| vs. | |
| RON DAVIS, Warden of San Quentin State Prison, | **REQUEST TO WITHDRAW AS SECOND COUNSEL** |
| Respondent. | |

     Verna Wefald, respectfully requests permission to withdraw as second counsel in this case now that lead counsel Phillip Trevino has been relieved of representation. (CR 149.)

     On December 21, 2011, Phillip Trevino was appointed as lead counsel for Petitioner Ernest Dykes and I was appointed as second counsel. (CR 6.) I agreed to be second counsel to assist Mr. Trevino as needed. We had worked together on other cases, including a capital case. However, he never asked me to do any work on this case.

     On October 8, 2020, Mr. Trevino filed a motion seeking to have me relieved as second counsel. (CR 99.) On that same day I filed a a declaration in support of that motion. (CR 100.) I stated that Mr. Trevino had done 100% of the

work on the case and had not asked for any help from me. I had done no work on the case, had not submitted any bills, and had no relationship with Mr. Dykes.

On March 24, 2021, the court denied the motion to allow me to withdraw. (CR 101.)

Since that time I still have done no work on the case, have not submitted a single bill, and have not communicated with Mr. Dykes.

Now that the case has been referred to Judge Chhabria for settlement (CR 141) and Mr. Trevino has been relieved (CR 149), I believe it is in Mr. Dykes' best interests for the court to appoint two brand new attorneys to represent him.

WHEREFORE, the request for Verna Wefald to withdraw as second counsel should be granted.

Date: June 29, 2023    Respectfully submitted,

/s/ verna wefald

VERNA WEFALD

Attorney for Petitioner

DECLARATION OF VERNA WEFALD

I, Verna Wefald, hereby declare the following:

I was appointed second counsel for Ernest Dykes in December 2011. The facts stated in this motion to withdraw which are not otherwise based on the files and records of the case are true of my own personal knowledge.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 29th day of June 2023, at Pasadena, California.

/s/ verna wefald

VERNA WEFALD, Declarant