UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNEST DYKES,<br><br>   Petitioner,<br><br>v.<br><br>MICHAEL MARTEL, Acting Warden,<br><br>   Respondent. | Case No. 3:11-cv-04454 (SI)<br>**DEATH PENALTY CASE**<br><br>**ORDER GRANTING REQUEST TO WITHDRAW AS SECOND COUNSEL**<br><br>Re: Dkt. No. 150 |

Before the Court is Verna Wefald's motion to withdraw as second counsel to Petitioner Ernest Dykes. Dkt. No. 146. The motion is unopposed. The decision whether to permit counsel to withdraw is committed to the sound discretion of the trial court. *See LaGrand v. Stewart*, 133 F.3d 1253, 1269 (9th Cir. 1998). Finding good cause to do so, the Court hereby **GRANTS** Verna Wefald's motion to withdraw as second counsel.

IT IS FURTHER ORDERED that this matter be referred to the Selection Board for the United States District Court, Northern District of California, for suggestion of second counsel to be appointed to represent Petitioner in these proceedings.

Proceedings shall be STAYED until counsel for Petitioner has been appointed.

**IT IS SO ORDERED**.

Dated: July 18, 2023

_____
SUSAN ILLSTON
United States District Judge