UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNEST EDWARD DYKES,<br><br>    Petitioner,<br><br>    v.<br><br>RON BROOMFIELD,<br><br>    Respondent. | Case No. 11-cv-04454-SI<br><br>**ORDER APPOINTING COUNSEL**<br><br>**DEATH PENALTY CASE** |

Pursuant to Local Rule 2254-25, subdivisions (a) and (b), and the recommendation of the Selection Board for the United States District Court for the Northern District of California, Brian M. Pomerantz, 6351 Owensmouth Avenue, Suite 203, Woodland Hills, CA 91367, telephone number (323) 630-0049, and Ann-Kathryn Tria, McBreen & Senior, 19101 Avenue of the Stars, Suite 450, Los Angeles, CA 90067-6006, telephone number (415) 655-1969, are appointed as lead and second counsel, respectively, to represent Petitioner in these habeas corpus death penalty proceedings.

Dated: November 6, 2023

_____
SUSAN ILLSTON
United States District Judge