UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNEST EDWARD DYKES,<br><br>        Petitioner,<br><br>   v.<br><br>RON BROOMFIELD,<br><br>        Respondent. | Case No. 11-cv-04454-SI<br><br>**ORDER REFERRING CASE TO JUDGE VINCENT CHHABRIA FOR SETTLEMENT** |

The Court refers this case to Judge Vince Chhabria for a settlement conference on a date that he determines. The Alameda County District Attorney's Office is encouraged to participate in the settlement conference, and the Attorney General is directed to serve this Order on the Alameda County District Attorney. The Attorney General is also encouraged to send an attorney from his newly-created Post-Conviction Justice Unit to the settlement conference. The parties are directed to file a joint status report no later than 14 days after the conference.

**IT IS SO ORDERED**.

Dated: November 6, 2023

_____
SUSAN ILLSTON
United States District Judge