UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNEST EDWARD DYKES,<br><br>        Petitioner,<br><br>    v.<br><br>MICHAEL MARTEL, et al.,<br><br>        Respondent. | Case No. 11-cv-04454-SI (VC)<br><br>**SETTLEMENT CONFERENCE BRIEFING ORDER**<br><br>Re: Dkt. No. 154 |

      In advance of the settlement conference, the petitioner and the respondent are ordered to submit a settlement conference statement, to be emailed to the Courtroom Deputy and served on the other side and on the District Attorney, that includes: (1) a list of the names, titles, positions, and email addresses of all people who will be attending the conference on behalf of the party or entity filing the statement; (2) a brief description of the facts of the case; (3) a list of key rulings, briefs, or documents that the Court could read to become more familiar with the details of the case; and (4) a brief discussion of the most significant claims in the case. The settlement conference statement should not exceed 15 pages, double-spaced. It is not intended to be a comprehensive discussion of all the issues in the case; it should focus on the most significant issues presented and the issues that could be most relevant to settlement negotiations. The settlement conference statements must be submitted and served by February 27, 2024.

      Also on February 27, 2024, the District Attorney's Office should email to the parties and the Court a list, with name, title, and contact information, of the people who will be attending the settlement conference.

      In addition, the parties are ordered, and the District Attorney is invited, to submit confidential settlement letters to the Court. The letters, which should not be served on the parties,

should evaluate the prospects for settlement, discuss what result would be reasonable, and identify any potential obstacles to settlement. The District Attorney's letter should focus primarily on the viability of a resentencing proceeding under California Penal Code § 1172.1. The confidential settlement letters should not exceed five pages, single-spaced, and should be emailed to the Courtroom Deputy. The deadline for submission of confidential settlement letters is March 5, 2024.

The Attorney General's Office is ordered to ensure that the District Attorney receives this order (and all subsequent orders relating to settlement efforts in this matter).

**IT IS SO ORDERED.**

Dated: February 14, 2024

VINCE CHHABRIA
United States District Judge