UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| ERNEST EDWARD DYKES, | ) | No. CV 3:11-cv-04454-SI |
| Petitioner, | ) ) | |
| v. | ) ) | **DEATH PENALTY CASE** |
| ROBERT L. AYERS, Warden of California State Prison at San Quentin, | ) ) ) | **[PROPOSED] ORDER FOR PETITIONER TO APPEAR AT SETTLEMENT CONFERENCE VIA ZOOM** |
| and | ) ) | |
| JEFF MACOMBER, Secretary, Department of Corrections and Rehabilitation, | ) ) ) | **The Honorable Vince Chhabria** |
| Respondent. | ) ) ) | |

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that Petitioner Ernest Edward Dykes appear via Zoom at the settlement conference in his case, scheduled for Tuesday, March 12, 2024, at 10:00 a.m. Respondents are instructed to serve this Order on the authorities at San Quentin State Prison, who should produce Mr. Dykes at that time. The Zoom link will be sent to Respondents beforehand.

IT IS SO ORDERED.


Dated: February ____, 2024

_____
HONORABLE VINCE CHHABRIA
United States District Court


Presented By:


By: ___*/S/ Brian M. Pomerantz*___
    BRIAN M. POMERANTZ
    ANN-KATHRYN R. TRIA

    Attorneys for Petitioner
    ERNEST EDWARD DYKES