UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ERNEST EDWARD DYKES,<br><br>    Petitioner,<br><br>    v.<br><br>ROBERT L. AYERS, Warden of California State Prison at San Quentin,<br><br>and<br><br>JEFF MACOMBER, Secretary, Department of Corrections and Rehabilitation,<br><br>    Respondent. | No. CV 3:11-cv-04454-SI<br><br>**DEATH PENALTY CASE**<br><br>**[PROPOSED] ORDER FOR PETITIONER TO APPEAR AT SETTLEMENT CONFERENCE VIA ZOOM**<br><br>**The Honorable Vince Chhabria** |

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that Petitioner Ernest Edward Dykes appear via Zoom at the settlement conference in his case, scheduled for Tuesday, March 12, 2024, at 10:00 a.m. Respondents are instructed to serve this Order on the authorities at San Quentin State Prison, who should produce Mr. Dykes at that time. The Zoom link will be sent to Respondents beforehand.

IT IS SO ORDERED.

Dated: March 4, 2024

                                          HONORABLE VINCE CHHABRIA
                                        United States District Court

Presented By:

By:    */S/ Brian M. Pomerantz*
       BRIAN M. POMERANTZ
       ANN-KATHRYN R. TRIA

       Attorneys for Petitioner
       ERNEST EDWARD DYKES