UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNEST EDWARD DYKES,<br><br>             Plaintiff,<br><br>     v.<br><br>MICHAEL MARTEL, et al.,<br><br>             Defendants. | Case No.  11-cv-04454-SI (VC)<br><br>**ORDER TO PRODUCE CDCR CENTRAL FILE** |

The Attorney General's Office is directed to provide a copy of the petitioner's CDCR central file to the District Attorney and to counsel for the petitioner within 7 days of this order. There is no need to provide a copy to the Court or to file a copy on the docket.

**IT IS SO ORDERED.**

Dated: March 6, 2024

VINCE CHHABRIA
United States District Judge