# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNEST EDWARD DYKES,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL MARTEL, et al.,<br><br>Defendants. | Case No.  11-cv-04454-SI  (VC)<br><br>**ORDER REGARDING<br>CONFIDENTIALITY OF<br>SETTLEMENT MATERIALS** |

The Alameda County District Attorney recently provided records to counsel for Dykes. There are questions about whether these records should remain confidential. Until this Court is able to determine the answer to these questions, counsel for Dykes is ordered not to use or disclose these records to anyone outside the context of Dykes' own challenge to the lawfulness of his confinement. If Dykes wishes to use the records in a court filing, he must seek to file the records and any description of them under seal, in accordance with the rules of the applicable court.

**IT IS SO ORDERED.**

Dated: April 2, 2024

VINCE CHHABRIA
United States District Judge