UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNEST EDWARD DYKES,<br><br>            Plaintiff,<br><br>     v.<br><br>MICHAEL MARTEL, et al.,<br><br>            Defendants. | Case No. 11-cv-04454-SI (VC)<br><br>**ORDER LIFTING CONFIDENTIALITY OF JURY SELECTION FILES**<br><br>Re: Dkt. No. 164 |

      In this case, the Alameda County District Attorney's Office, consistent with its legal and ethical obligations, disclosed the prosecutor's jury selection notes to the defense and the undersigned judge. These notes—especially when considered in conjunction with evidence presented in other cases—constitute strong evidence that, in prior decades, prosecutors from the office were engaged in a pattern of serious misconduct, automatically excluding Jewish and African American jurors in death penalty cases. On April 2, 2024, this Court ordered the defense not to use or disclose these records to anyone outside the context of this defendant's challenge to his confinement. That order is now lifted.

      **IT IS SO ORDERED.**

Dated: April 22, 2024

VINCE CHHABRIA
United States District Judge