Pamela Price
District Attorney for Alameda County
Demarris Evans
Senior Assistant District Attorney
Aimee Solway
Deputy District Attorney
State Bar No. 281477
    7677 Oakport St., Ste. 650
    Oakland, CA 94621
    Telephone: (510)777-2286
    Email: Aimee.Solway@acgov.org

*Attorneys for Alameda County District Attorney's Office*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **ERNEST EDWARD DYKES,** <br><br> Petitioner, <br><br> v. <br><br> **GENA JONES, et al.** <br><br> Respondent. | Case No. 11-CV-04454-SI <br><br> **DEATH PENALTY CASE** <br><br> **NOTICE OF APPEARANCE** |

    The Alameda County District Attorney's Office hereby files this Notice of Appearance and requests that the following attorney be notified of all filings and hearings in this matter:

Aimee Solway
Deputy District Attorney
State Bar No. 281477
7677 Oakport St., Ste. 650
Oakland, CA 94621
Telephone: (510)777-2286
Email: Aimee.Solway@acgov.org

Notice of Appearance (11-CV-04454-SI)

| | |
|---|---|
| Dated: May 9, 2024 | Respectfully submitted,<br><br>PAMELA PRICE<br>District Attorney for Alameda County<br>DEMARRIS EVANS<br>Senior Assistant District Attorney<br><br><u>s/ *Aimee Solway*</u><br>AIMEE SOLWAY<br>Deputy District Attorney<br>*Attorneys for Alameda County*<br>*District Attorney's Office* |

# CERTIFICATE OF SERVICE

Case Name: **Ernest Edward Dykes v. Gena Jones, Warden of California Health Care Facility**

Case No. **11-CV-04454-SI**

I hereby certify that on May 9, 2024, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**NOTICE OF APPEARANCE**

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I am employed in the Alameda County District Attorney's Office.

I further certify that some of the participants in the case are not registered CM/ECF users. On May 9, 2024, I have caused to be mailed, the foregoing document(s) by First-Class Mail:

California Appellate Project
Federal Court Docketing
425 California St., Suite 800
San Francisco, CA  94104

Habeas Corpus Resource Center
303 Second Street, Suite 400
South San Francisco, CA  94107

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on May 9, 2024, at San Francisco, California.

    Aimee Solway                 */s/ Aimee Solway*
      Declarant                        Signature