UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| ERNEST EDWARD DYKES, <br><br> Petitioner, <br><br> vs. <br><br> GENA JONES, Warden of California Health Care Facility, Stockton <br><br> Respondent. | Case No. 3:11-cv-04454-SI <br><br> DEATH PENALTY CASE <br><br> [~~PROPOSED~~] ORDER REGARDING EXAMINATION OF PETITIONER BY DR. JEREMY COLES, PH.D. |

Dr. Jeremy Coles, Ph.D. has been retained to examine Petitioner at California Health Care Facility, Stockton. Dr. Coles has advised counsel for Petitioner that he will require approximately four hours to conduct the examination and that he will require the use of his laptop computer during the examination. It is hereby ordered that Dr. Coles be allotted a four-hour block during regular legal visiting hours to meet with Petitioner and that he be allowed to bring his laptop computer into the facility for the purpose of conducting the examination.

Dated: June 10, 2024

VINCE CHHABRIA
United States District Judge