ROB BONTA
Attorney General of California
VENUS D. JOHNSON
Chief Deputy Attorney General
State Bar No. 240094
LANCE E. WINTERS
Chief Assistant Attorney General
JAMES WILLIAM BILDERBACK II
Senior Assistant Attorney General
ALICE B. LUSTRE
Supervising Deputy Attorney General
ERIC D. SHARE
Supervising Deputy Attorney General
 1300 I. Street
 Sacramento, CA  95814-2919
 Telephone:  (916) 210-6178
 E-mail:  Venus.Johnson@doj.ca.gov
*Attorneys for Respondent*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **ERNEST EDWARD DYKES,**<br><br>Petitioner,<br><br>v.<br><br>**CHANCE ANDES,[1] Acting Warden of San Quentin Rehabilitation Center,**<br><br>Respondent. | 11-CV-04454-SI<br><br>**<u>DEATH PENALTY CASE</u>**<br><br>**NOTICE OF APPEARANCE** |

    The California Attorney General, counsel for Respondent, hereby files this Notice of

Appearance to inform the Court of additional assigned counsel for Respondent in this proceeding.

---

    [1] Chance Andes is the current Acting Warden of the California State Rehabilitation Center at San Quentin.  Substitution of the proper warden is authorized by Rule 25(d) of the Federal Rules of Civil Procedure.

1

1    Venus D. Johnson
     Chief Deputy Attorney General
2    1300 I. Street
     Sacramento, CA  95814-2919
3    Telephone:  (916) 210-6178
     E-mail:  Venus.Johnson@doj.ca.gov
4    California State Bar No. 240094

5

6    Dated:  June 12, 2024                    Respectfully submitted,

7                                             ROB BONTA
                                              Attorney General of California
8
                                             /s/ Venus D. Johnson
9                                             VENUS D. JOHNSON
                                              Chief Deputy Attorney General
10                                            LANCE E. WINTERS
                                              Chief Assistant Attorney General
11                                            JAMES WILLIAM BILDERBACK II
                                              Senior Assistant Attorney General
12                                            ALICE B. LUSTRE
                                              Supervising Deputy Attorney General
13                                            ERIC D. SHARE
                                              Supervising Deputy Attorney General
14                                            *Attorneys for Respondent*

15   SF2011202695
     44200430.docx
16

17

18

19

20

21

22

23

24

25

26

27

28