UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNEST EDWARD DYKES,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>GENA JONES, Warden of California Health Care Facility, Stockton,<br><br>　　　　　Respondent. | Case No. 3:11-cv-04454-SI (VC)<br><br>**DEATH PENALTY CASE**<br><br>**ORDER OF DISMISSAL**<br><br>Re: Dkt. No. 173 |

　　　　On December 21, 2021, Petitioner filed a Petition for a Writ of Habeas Corpus. Dkt. No. 13. The Court referred this case to United States District Judge Vince Chhabria for settlement proceedings on November 6, 2023. Pursuant to an agreement between Petitioner and the Alameda County District Attorney's Office ("ACDAO"), the ACDAO petitioned the Alameda County Superior Court to have Petitioner's sentence recalled. The ACDAO sought resentencing in the interest of justice because previously undisclosed evidence indicated that Petitioner's state and constitutional rights under *People v. Wheeler*, 22 Cal. 3d 258 (1979), and *Batson v. Kentucky*, 476 U.S. 79 (1986), had been violated at his trial.

　　　　On August 13, 2024, the state court recalled Petitioner's death sentence and resentenced him according to the terms agreed upon by the parties in the settlement agreement. Petitioner now moves voluntarily to dismiss his Petition for a Writ of Habeas Corpus, pursuant to Federal Rule of Civil Procedure 41(a)(2). The Court, having considered that motion and any papers relating thereto, hereby **ORDERS**:

　　　　1. The petition for a writ of habeas corpus (Dkt. No. 13) is **DISMISSED**;

2. The Clerk is directed to close this case because this order terminates the proceeding in its entirety.

**IT IS SO ORDERED.**

Dated: July 8, 2025

_____
SUSAN ILLSTON
United States District Judge